United States District Court
Southern District of Texas
**ENTERED**
July 24, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LLOYD E. KELLEY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-22-2168 |
| | § | |
| RINGO LANZETTI, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

# ORDER

Pending before the Court is a motion to withdraw and substitute filed by movants Christopher Ramey, Ramey Legal Group, PLLC, and RB Legal Group, PLLC. (Docket Entry No. 41). Movants move to withdraw as counsel of record for Richard R. Metler, Ringo Lanzetti, Riley Uglum, Dale Pilgeram, Stephen K. Zupanc, and Edwin A. Mead ("Defendants"), and to substitute Rodney Drinnon, McCathern Houston, as counsel of record for Defendants. Movants represent to the Court that Rodney Drinnon, McCathern Houston, has agreed to the form and substance of the motion.

The motion is **GRANTED**. Christopher Ramey, Ramey Legal Group, PLLC, and RB Legal Group, PLLC are **ORDERED WITHDRAWN** as counsel of record for Defendants, and Rodney Drinnon, McCathern Houston, is **ORDERED SUBSTITUTED** in their place and stead as counsel of record for Defendants.

Signed at Houston, Texas, on this the 24th day of July, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE