EXHIBIT

1

exhibitsticker.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

*********************************************************************

LLOYD KELLEY                           4:22-CV-02175

VS.                                    HOUSTON, TEXAS

JOE SAENZ, ET AL                       MAY 11, 2023

*********************************************************************

LLOYD E. KELLEY                        4:22-CV-02168

VS.                                    HOUSTON, TEXAS

RINGO LANZETTI, ET AL.                 MAY 11, 2023

*********************************************************************

TRANSCRIPT OF INITIAL CONFERENCE PROCEEDINGS
HEARD BEFORE THE HONORABLE LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

*********************************************************************

APPEARANCES:

FOR THE PLAINTIFF:              MR. LLOYD EARL KELLEY
                                The Kelley Law Firm
                                2726 Bissonnet
                                Suite 240, PMB 12
                                Houston, Texas 77005


FOR THE DEFENDANTS             MR. CHRISTOPHER BRYAN RAMEY
SCOTT BREITENWISCHER,          RB Legal Group PLLC
ET AL.:                        215 South 4th Street
                               Wallis, Texas 77485

        Proceedings recorded by mechanical stenography,
transcript produced via computer.

FOR THE DEFENDANTS          MR. RODNEY LEE DRINNON
CHRISTOPHER RAMEY and       McCathern
SCOTT BREITENWISCHER:       2000 West Loop South
                            Suite 1850
                            Houston, Texas 77027


FOR THE DEFENDANT           MR. JEFFREY NOLAN DIAMANT
WAYNE DOLCEFINO:            Jeff Diamant PC
                            909 Fannin Street
                            Suite 2615
                            Houston, Texas 77010


Official Court Reporter:    Lanie M. Smith, CSR, RMR, CRR
                            Official Court Reporter
                            United States District Court
                            Southern District of Texas
                            515 Rusk
                            Room 8004
                            Houston, Texas 77002

**P R O C E E D I N G S**

THE COURT: All right. Are we ready to proceed in Kelley versus Saenz and Kelley versus Lanzetti?

MR. DIAMANT: I believe so, Your Honor. This is Jeff Diamant for Wayne Dolcefino. Good to see you again.

MR. RAMEY: Your Honor, this is Christopher Ramey for most of the Steadfast Defendants and Mr. Breitenwischer.

We should also, I believe, have a few other lawyers joining.

THE COURT: All right.

MR. DRINNON: I'm Rodney Drinnon. I represent Chris Ramey and Scott Breitenwischer individually.

THE COURT: Mr. Ramey, if you could change the angle of your camera. All I can see of you is your chin.

MR. RAMEY: I'm sorry. My screen seems to show better. Is that better or worse?

THE COURT: That's much better. Thank you.

MR. RAMEY: Okay. Yes, Your Honor.

THE COURT: Very good.

All right. Who is appearing under the name Kimberly Ayres and for whom?

MR. KELLEY: I'm Lloyd Kelley for the plaintiff. I apologize --

THE COURT: I can't hear you.

MR. KELLEY: I'm Lloyd Kelley, the plaintiff, *pro se*.

I can't -- that's my assistant's computer and so I have her name as Kimberly Ayres, but I apologize.  I'm the plaintiff.

THE COURT:  You need to exit, rename yourself and come back in.

MR. KELLEY:  Yes, Your Honor.

THE COURT:  Thank you.  All right.

Mr. Carson, who are you here for?

MR. CARSON:  Good afternoon, Judge Rosenthal.  I'll be representing Mr. Ramey.  I'm not sure I'll enter an appearance in this particular proceeding.  I was just contacted by Mr. Ramey last week to advise him on some issues.

THE COURT:  All right.  Let's just wait for Mr. Kelley.

(Brief pause in the proceedings.)

THE COURT:  All right.  Go ahead now and state your appearances and who you represent.

MR. KELLEY:  Lloyd Kelley for the plaintiff.  I'm *pro se*, Judge.

And I apologize again.  We could not fix the other computer, so I'm going to do this a different way.  Again, I apologize.

THE COURT:  All right.

MR. DIAMANT:  Jeff Diamant for Wayne Dolcefino.

MR. DRINNON:  Rodney Drinnon on behalf of Chris Ramey individually and Scott Breitenwischer individually.

THE COURT:  Very good.

MR. RAMEY: And Christopher Ramey for the other Steadfast Defendants, as well as *pro se* for the other issue.

THE COURT: Okay. Thank you.

I'm having a very hard time figuring out what this case is about, Mr. Kelley.

MR. KELLEY: May I explain?

THE COURT: Yes, please.

MR. KELLEY: Your Honor, I'm a counsel, a lawyer for now almost a decade, I guess, for a group of companies and an individual called Mr. Choudhri; and he had an employee that worked for him named Chris Wyatt. He probably worked for him for about nine months. He was basically a legal assistant.

And he interfaced with a group of lawyers, Jeff Joyce, Judge Medina and a group of lawyers on different matters. There was a series of cases. I was on some of them, and other lawyers were on other matters.

His son actually is the one that introduced him to the company. His name is Hayden Wyatt. He was doing legal research for the company.

And Chris Wyatt was there for approximately nine months; and during that time frame apparently, based on what we now know, he was recording conversations with his boss and the lawyers.

Now, he's not on any of the conversations. His voice does not appear on the conversations, and what we have is

he was leaving his phone in the boss's office -- or some recording device. He really doesn't explain what it was. And so he leaves it in the boss's office.

At some point in time he got into a dispute with his boss over allegedly money owed to his son. He said the boss had promised to buy his son a car.

Now, we've taken --

THE COURT: I'm getting lost in the hises.

MR. KELLEY: I apologize. Let me get the pronouns right.

Mr. Chris Wyatt is the father. Hayden Wyatt is the son. At some point in time there was a dispute between the father, Chris Wyatt, and I'm going to say the employer is Ali Choudhri, the Jetall Companies.

Right before this dispute, Mr. Wyatt went to a litigation opponent.

THE COURT: Which Mr. Wyatt?

MR. KELLEY: I'm sorry. Chris Wyatt, the father, goes to a litigation opponent named Osama Abdullatif -- they've been in litigation for about a decade -- and offers to give him information, a hard drive.

Basically Mr. Chris Wyatt had taken a hard drive from the company that contained all of their information -- e-mails and everything. In addition he had what appears to be tapes. We don't know how many. It could be a multitude,

but we know there are some tapes between the client and his lawyers, and I'm one of them. Ms. Fraga is another. I don't know who else of the lawyers are on tapes.

But Mr. Chris Wyatt, according to the affidavits I've seen, had tried to sell this information to Abdullatif. When that didn't happen, the employer went to state court to get an injunction on just the proprietary information under a nondisclosure agreement; and there was an injunctive order.

I attended one of the early injunctive hearings; and in that, the lawyer for Mr. Chris Wyatt represented to the court that there were no taped conversations. So it was not an issue in that case.

About a year later, I was in court with the client and other lawyers -- Ms. Fraga. I forgot the other lawyer. I was in court and Mr. Dolcefino, who was employed by Mr. Abdullatif or one of his entities, was there to do a blog, what they call a social blog.

And I was outside in the hall; and he tells me something along the lines of "I've heard you on tape talking about the 829 Yale thing."

And I said, "Wait a minute. You have a tape recording of me. Who is it with?"

And he starts getting white-faced and he kind of backs up and he won't tell me anymore. I don't hear

anything else about that. That confrontation is described in detail in my response to the summary judgment that they filed. This is May 21st approximately.

And there's approximately a month goes by to about July 15th. And on July 15th, Mr. Ramey, on behalf of this group of clients he has, files all of these -- files the motion in the Fifth Circuit basically, filing these tapes and making these allegations and stuff like that.

So when we --

THE COURT: In the Fifth Circuit?

MR. KELLEY: Yeah. That's where he first files it. There's an appeal of a case --

THE COURT: Okay. I missed that.

MR. KELLEY: I'm sorry. There was a Galveston case between the owner of the property and his clients. I wasn't a party or anything in that case. But he takes it and the Fifth Circuit has got a very limited appeal; and he files it in this motion to dismiss, fraud on the court, makes all these allegations based on these tapes of what he claims are conversations between me and my client. He's asked to cease and desist that.

I've got the pleading, Judge, if you want it. It's in the Fifth Circuit. I have it recorded in my response to summary judgment.

THE COURT: It is already in the file. Thank you.

MR. KELLEY: Mr. Dolcefino, on the very same day, then publishes his little blog on TV -- not on TV. I'm sorry. On social media. He's got a blog, website. He publishes it and he quotes from Ramey's pleading. He talks about corruption in the judiciary. It's kind of the similar stuff that he puts in these pleadings here, that all these judges are corrupt and they're part of some --

THE COURT: Wait. Wait. This is not a tape recording that he's publicizing. This is simply allegations in documents?

MR. KELLEY: It's mixed.

THE COURT: Filed with the court.

MR. KELLEY: He's filing with the court an electronic copy of what he claims are tapes and he's also filing in court these documents that Mr. Dolcefino then quotes in his blog. So now we know there are tapes.

Actually Dolcefino is actually playing what appears to be snippets of recorded conversations between me and my client and Ms. Fraga and the client. He appears to be playing little snippets in his blog.

And Mr. Ramey since then, I think, has filed these tapes in about 20 pleadings in about five or six different courts. He's laundering the tapes for Mr. Dolcefino.

THE COURT: I don't understand what that means -- "laundering the tapes."

MR. KELLEY: Mr. Dolcefino and I had a history of this same act being litigated in the Nineties. What Mr. Dolcefino does is he'll find somebody to try to put it in a court pleading and then he thinks it's fair game as an exception to the law if he then takes it off a court pleading and publicizes it.

So whereas the statute says you can't use or possess these type of illegal interceptions of --

THE COURT: So, Mr. Kelley, you're saying that Mr. Dolcefino is just looking for blog material?

MR. KELLEY: Correct. And what he does -- yes, ma'am.

THE COURT: Go ahead.

MR. KELLEY: He's hired to do this, Judge. He's hired. He's paid to do these hit pieces. I've seen his contract.

So he's got a contract to do hit pieces and then he calls it consulting, but it's always one-sided and he does these blogs. And then for that, he got panicked when I reminded him of the litigation in the Nineties. In that courthouse meeting, Mr. Dolcefino and I were having this conversation. He got panicked and then there's a month delay.

Now, subsequent to that, we've done some discovery in these different cases. We know that in the interim between Mr. Dolcefino telling me he has heard my tape or heard me on the conversation, we've now learned that Mr. Dolcefino has tapes of the client with some bankers at a

bank.  So that's the subject of a different case, but it goes to the idea that they're out gathering these tapes of electronic communications; and it's absolutely prohibited by the statute.  And so he takes them; but in this case, knowing our history together, Mr. Dolcefino and I, he then takes a month.  And according to Mr. Ramey's testimony, he was called by the lawyer for Chris Wyatt, who is also employed by Osama Abdullatif, to come to his office and hear the tapes.

So Chris Wyatt's lawyer previously had told the judge in the state court, there are no tapes.  And then all of a sudden there are tapes, and they're giving them to Ramey -- Mr. Ramey.  And what he does is file them in the courts to wash them, to get them to where people can say -- Mr. Dolcefino's blog makes it look like he just got these tapes off of court filings.

THE COURT:  So why aren't you in the state court protesting there since the fraud on the court was allegedly a fraud on the state court?

MR. KELLEY:  No, no, no.  He filed this in the Fifth Circuit.  Mr. Ramey filed this --

THE COURT:  Wait a minute.  I thought we were back in trial court a minute ago.  Have I missed a step?

MR. KELLEY:  I'm sorry.  Yes, ma'am.

Then the state court didn't deal with the Electronic Interception Act.  It's a federal act.

THE COURT: Wait. We were in the state court. You're talking about state court.

MR. KELLEY: Nondisclosure agreement. That's right. The client had sued --

THE COURT: Is the tape filed in the state court or used in the state court?

MR. KELLEY: Not in that case. Not with Mr. Ramey as a party, not with his clients as a party. To my knowledge, it wasn't filed at all in that case.

THE COURT: Or used or referred to?

MR. KELLEY: Right. It was not known at the time that he had any tapes.

THE COURT: All right.

MR. KELLEY: Subsequent -- I am put in a position where these folks are trying to pin me between having to answer as the lawyer for a conversation I'm having with my client because they claim by publicizing it with the Fifth Circuit that somehow the privilege has been waived.

So my client is instructing me "You are not to discuss our privileged communication. I don't want a waiver."

And on the other hand, they're out here publicizing these tapes, which I can't defend. So I'm trapped as a lawyer. To me, it's an analogy of if a legal assistant at Baker Botts walks off having taped some of the partners with their clients and then tries to sell it to litigation

opponents, the lawyers are put in a position of how do I defend myself talking to my client because you have now put them in pleadings and you think that makes it okay. There is no exception in the statute for even the government to have it.

And so one of the early people in this case was they gave it to -- they also all filed grievances on me on all of this stuff and so I could not defend myself. But the statute clearly says you can't use it. So I brought that up with him.

And so it's now so that Mr. Ramey has filed it all over the place. Judge Ellison has a case. He's filed it numerous times in that case. He just recently filed it again in some appeals. He's filed a grievance against Judge Miller claiming he's now a criminal, and he's filed the tapes in that.

So Mr. Ramey has filed disqualifications as to Judge Carter, Judge Miller. He's also claiming Judge Barnhart was in some conspiracy. He's claiming now Mr. Miller is in this Yale conspiracy. He's got a pending disqualification against him.

And he uses these tapes as some kind of proof of some -- he used to call it the "Yale criminal enterprise." Judge Ellison told him to stop doing that. He has a penchant for using little terms that generally are not allowed in most courts, especially not in federal court. So he's already been warned not to do that.

I think in your court he's just calling it the "Yale enterprise." That's his fancy way of doing a definition so it includes people that are not even related.

Judge Miller in the Yale enterprise with these other people, it makes no sense. But it's a way he can then throw in these wild accusations. So he's got the similar wild accusations. And I thought I made an exhibit of the Judge Miller disqualification that's recently been filed because he makes these allegations, and he's using the tape again. In fact, he's filed it in this case.

So the idea that you can unlawfully intercept electronic communications in violation of federal law and then have some other lawyer file it in court pleadings and then everybody else gets to use them because you violated the law, I believe goes contrary to what Congress intended. Congress intended the stuff not be used.

THE COURT: Hey, Mr. Kelley?

MR. KELLEY: Yes, Your Honor.

THE COURT: Where in this case -- at what docket entry number will I find the tape recording attached?

MR. KELLEY: Yes, ma'am. Will you give me one second, Judge?

THE COURT: All right. While you're looking for that, I'm going to ask Mr. Ramey if he is the next person -- seems like the most logical person to call on to present his side.

Mr. Ramey?

MR. RAMEY: Thank you, Your Honor. Thank you very much, Your Honor.

I'll be much more brief, and I'm not going to address all of the accusations or fallacies in that argument. I'm going to give this Court what this case is about in the very brief term and the bare minimum background necessary to understand what's going on here.

The issue here is that the parties that I call defense parties in this case are lenders. The Steadfast Group loaned 6 million bucks approximately to a company called 2017 Yale. It's undisputed and adjudicated that 2017 Yale stole the money and stole their collateral and are judgment debtors to the Steadfast lenders.

And it turns out that Mr. Kelley, the entire time that litigation was going on and he was pretending to be a lawyer, actually secretly owned 2017 Yale, the borrower and the judgment debtor to the tune of a judgment of about 8 and a half million bucks.

The reason we know that is because two whistle-blowers, not just Mr. Wyatt, came forward and produced e-mails, documents and audiotapes, all of which had been concealed from all those cases by Mr. Kelley as counsel and his clients, including Mr. Choudhri, which indicate that Mr. Kelley and Choudhri were doing two things: Plotting, Number 1, to

defraud the courts, as well as Steadfast, as well as making up fake entities to try and transfer the collateral away to try and avoid Steadfast's creditors' remedies.

All of those are felonies as well as clear fraudulent transfers and fraud.

So that brings us to the whistle-blower evidence, which includes more things than just tapes. It includes more whistle-blowers than just Chris Wyatt.

But let's focus briefly. We do have three audiotapes that were subpoenaed -- notified to be in existence, subpoenaed them.

And all of the defendants that are before you, Your Honor, in both of these cases are either lenders who loaned Mr. Kelley's company money and never got it paid back; and it's only a subset of the lenders. It's a retaliation against the lenders who filed bar complaints against Mr. Kelley for defrauding them into loaning this money and then trying to steal the collateral.

It's also me as an hourly rate lawyer for the lenders; my lawyer partner, Mr. Breitenwischer, who's been before you for 30 years, was the manager of Royston Rayzor, who had nothing to do with any of this -- he's not on these pleadings and hasn't dealt with any of this -- and the State Bar disciplinary counsel and Mr. Dolcefino.

So why are these tapes such an issue for

Mr. Kelley? Because they evidence Mr. Kelley plotting to create a secret trust to convey away the collateral and Mr. Kelley owning both sides of the conveyance, 2017 Yale, the judgment debtor and the borrower in default, who owned title to collateral in 829 Yale Street.

So he lost the summary judgments in the underlying litigation. To make that judgment useless, these tapes evidence him fabricating a fake trust using a friend of his in Michigan and having 2017 Yale, his secretly-owned company, give away the collateral out from under the judgment and then file a frivolous title case in other matters to try and delay and obstruct the foreclosure.

Now, why are these tapes such an easily adjudicated matter for this Court? Because none of what Mr. Kelley has told this Court today or has pled has any bearing on this issue.

For wiretap liability, the only key points are Mr. Wyatt not only recorded these tapes as a party to the conversation and also at the request of and instruction of Mr. Choudhri, in the room the entire time. And that's undisputed evidence.

Now, the reason for that recording, Number 1, is Mr. Choudhri records everyone all the time. And then Mr. Wyatt, while he was working there, was ordered to do so on his behalf. But more importantly, he specifically wanted to --

let me back up.

The reason why Mr. Kelley took secret ownership of the borrower entity was to pay off a debt related to old cases that Ali owed Mr. Kelley and they were at that point arguing over who was going to receive the benefit of defrauding the lenders and the courts.

And so Mr. Choudhri wanted to set Mr. Kelley up to privately blackmail him in a private arbitration and steal the Steadfast lenders' collateral out from under him.

Now, back to the reason why none of what Mr. Kelley said matters is that the tapes themselves make it clear that Mr. Wyatt was in the room. Mr. Wyatt, prior to responding to the subpoena, gave testimony under oath, filed pleadings under oath with his own separate counsel, which all remain undisputed to this day, that he was in the room and that Mr. Choudhri asked him to record the tapes, which means, no matter what, he can do with them what he pleases at that point and he's a party to the call.

Further, he produced to us text messages from Mr. Choudhri telling him to record these audiotapes.

And so the parties did a complete due diligence on the legality and use of these tapes. They had undisputed evidence proving the legality of the recordings and did the research that prove that this recording and the use of these recordings is perfectly legal. And all that was done prior to

any use of the tapes.

And the statute can only give standing if any of these parties before you, the defendants, know for sure that there's something indicating illegality of the recordings, which does not exist.

THE COURT: So 99 percent of what's in this giant file is irrelevant to what you've told me is the key issue, which is was the recording of the tape consented to by at least one of the participants in the taped conversation?

MR. RAMEY: Yes, Your Honor. And so I can summarize that evidence pretty quickly for you. In all of our pleadings, they are evidence.

Number 1, the texts from Mr. Choudhri telling Mr. Wyatt to record the audiotapes is before this Court. I believe that's Exhibit 122.

The declaration -- there's several. Both declarations that Mr. Wyatt swore under oath he was in the room the entire time and was instructed to record the conversations and proving up everything about the conversations is before the Court. That's Exhibit B.

Then the tapes themselves clearly indicate that Mr. Wyatt was in the room. Although he doesn't speak on the tapes, it's very clear that he's in the room with Mr. Choudhri.

And finally one thing that can't be overlooked here is Mr. Kelley has been fighting these tapes in other

courts for two years and never contested their legality or their authenticity, and he's waived those arguments. But he did sue -- or Choudhri tried to sue Mr. Wyatt to prevent the use of the tapes. That was more than two years ago, Your Honor. He's deposed Mr. Wyatt.

THE COURT: Whose court was that?

MR. RAMEY: Judge Rogers.

And Mr. Kelley appeared in that as well as Steadfast arguing over these exact same tapes we're talking about today. They tried to enjoin --

THE COURT: And did the judge decline to issue that order?

MR. RAMEY: That's right, Your Honor.

In fact, Mr. Choudhri refused to appear for a deposition on that matter, a court-ordered deposition; and he nonsuited that case rather than be exposed to having to give testimony. And his grounds for the nonsuit was that he alleged that there was a criminal and federal investigation that he's aware of so he's not excited about testifying in this case.

So the bottom line is those issues were -- all of these issues related to the tapes and all of the undisputed evidence from Mr. Wyatt, and has remained undisputed for more than two years prior to Mr. Kelley filing this lawsuit. They sued Mr. Wyatt in January of 2021 over these tapes. They knew they existed.

And quite frankly, the tapes fill in all the blanks.  No one could figure out why Mr. Kelley and Mr. Choudhri were doing what they were doing and what was going on with these weird trusts, and the tapes explain the entire fraudulent scheme on the tapes.

Now, it doesn't matter whether Mr. Kelley was a lawyer or not.  They're jointly plotting how to defraud their own entity, and they're arguing over who owns 2017 Yale between Choudhri and Kelley.  Actually both of them presented Mr. Parker to perjure himself and say he owned 2017 Yale.

So they are plotting a crime, and they're plotting who owns the entity on these tapes.  That being said, it is not an attorney-client relationship.  Furthermore, Jetall is the only client Mr. Kelley alleges.  There's no Jetall business on these tapes.  And further, the crime-fraud exception would apply.

But none of that even matters because even if it was attorney-client privilege, even if it wasn't the crime-fraud exception, it just doesn't matter.  Every defendant in this case that I know of certainly or every defendant that I represent absolutely did due diligence to ensure that the use of this evidence in court proceedings against the judgment debtor was perfectly legal and allowed and that the credible and only testimony even to this day proves that Mr. Wyatt was in the room and that Ali Choudhri instructed him to record

Mr. Kelley and why he instructed him to record Mr. Kelley.

So there's absolutely no credible evidence whatsoever that there could be a wire tape violation and further that the rest of the causes of action -- Mr. Kelley knows that attorneys are immune in this matter from these claims. It's flat out immunity. You can't sue the other side's lawyer for filing evidence.

So I won't belabor the whole issue, but the bottom line is Mr. Kelley even filed -- which I've never seen. We've never seen that issue. Mr. Kelley filed Mr. Wyatt's deposition that he took in January of this year. I didn't have that testimony. He filed it.

And that further proves, in addition to Mr. Wyatt's pleadings that we relied on being true, and that proved that the tapes were legally recorded in addition to his declaration, in addition to Ali Choudhri's texts. And I understand there's also an e-mail. I'm not sure if I have that or not.

But in addition to all that, Mr. Kelley even deposed Mr. Wyatt already. And why isn't he here? Why isn't Mr. Wyatt here?

But he's already deposed Mr. Wyatt, and he knew that Mr. Wyatt's undisputed testimony confirmed his declaration, confirmed the texts, confirmed the reasoning, and confirmed everything that our due diligence proved up before we

ever filed those tapes as evidence.

THE COURT: So in short, all of that material that you've just referred to from Mr. Wyatt was consistent with the belief that you had that the tape had been taken with the consent of at least one of the parties --

MR. RAMEY: Absolutely.

THE COURT: -- to the conversation?

MR. RAMEY: Absolutely. And we had other evidence in our due diligence as well, but those are the ones we filed before the Court. It's very clear what's going on.

THE COURT: That's the key issue. Was there consent by at least one party to the conversation when that conversation was taped?

MR. KELLEY: Yes, Judge.

MR. RAMEY: Actually, Your Honor --

MR. KELLEY: May I add some stuff?

THE COURT: Hang on. Let me hear from Mr. Ramey; and then you'll get a chance, Mr. Kelley.

MR. RAMEY: It actually doesn't matter if Mr. Wyatt recorded them legally or not. Mr. Wyatt is not a defendant here. It only matters whether any of these defendants knew that they were recorded illegally, and there's been no evidence to this day of that, still to this day, despite years of arguing and briefing this issue before other courts.

Mr. Kelley has caused 43 cause numbers to try

and cover up and confuse the fact in, I think, nine courts now, maybe 10, to try and confuse the fact and cover up the fact that it's quite simple. His company stole our loan money, stole our collateral. He got busted on tape plotting it. That evidence is perfectly legal, and he's trying to make a procedural issue out of it and trying to harass and intimidate everybody that's trying to seek relief for the lenders.

THE COURT: By blocking the use of the tape?

MR. RAMEY: And suing them. He sued everybody that filed a bar complaint, sued the State Bar, sued lawyers, sued a lawyer that didn't have anything to do with this. He has sued Wyatt in other cases. He's sued everybody that's tried to help Steadfast recover their debt.

THE COURT: All right. Who represents Mr. Dolcefino?

MR. DIAMANT: I do, Judge.

THE COURT: All right. What do you have to say on his behalf before I go back to Mr. Kelley?

MR. DIAMANT: Mine is even simpler, Judge. To establish liability under the ECPA, Mr. Kelley has to establish that the contents of the tape were illegally obtained and that we knew or had reason to know they were unlawfully obtained.

There's a second part on the damages issue I'll get to in a minute. But my client is in the position of, yes, in his reporting he had access to these tapes. But at that time he had a pleading filed in the Southern District where

these tapes were attached as public record, he had a pleading filed in the 190th state court where these tapes were attached, he had a copy of the affidavit from Mr. Wyatt saying that he was in the room and was asked to record it and that attaches the text messages between him and Mr. Choudhri as well as the transcripts of those tapes, all prior to.

The tapes, yes, were filed by Mr. Ramey, who is a known and well-respected lawyer, who certainly would not have been filing illegally obtained evidence as public record.

So aside from the fact that there's no way he could establish that the tapes were illegally obtained, he clearly cannot establish that Mr. Dolcefino knew or had reason to know that they were unlawfully obtained.  It's simply impossible for him to do so.

THE COURT:  How did Mr. Dolcefino get the tapes?

MR. DIAMANT:  I believe from there, Judge.

THE COURT:  I'm sorry.  From where there?

MR. DIAMANT:  From the public record.  Now, I know that at a second time he also obtained copies --

THE COURT:  The public record being the court?

MR. DIAMANT:  To my understanding, yes.

THE COURT:  All right.

MR. DIAMANT:  The cases are very clear on these points. We've cited them to you in our 12(b) motion.  There is a second issue with respect to damages where Mr. Kelley is required

under the statute -- and you can specifically as well look at the cases that we've cited, *Spokeo versus Robins* and others -- that he has to establish an injury in fact, that is, concrete and particularized, A; and B, actual or imminent and not conjectural or hypothetical damages that he sustained.

In his petition, he makes no effort to plead that Mr. Dolcefino knew or had reason to know that they were illegally obtained. He makes no effort to establish any damages, concrete and particularized, A; or actual or imminent or not conjectural or hypothetical, B.

As well, he's pled for diversity jurisdiction and they are all Texas parties to this case.

So I fail to see how any analysis reaches Mr. Dolcefino, who is in the simple position of reporting this information with clearly no reason to believe that any of this information was illegally obtained.

THE COURT: All right. Anything else I need to know?

MR. KELLEY: Yes, Judge. Two more points.

It's absolutely certain, because Mr. Dolcefino refers to it on his blog, that on May 21st Dolcefino had the tapes and no filing is done until July 15th. That's Point 1, so his story he just told you is just false.

2, there is -- and Mr. Ramey's deposition points this out. He'd been deposed. I did not depose Mr. Wyatt. I was present for the deposition. I was not the

person examining. It was an Akin & Gump lawyer and I forgot his name, but it doesn't matter.

Mr. Ramey's story is he got a call from the lawyer for Mr. Chris Wyatt to come to his office and in that office they gave him the tape and said don't worry about the injunctive order that the state court judge had entered. So that's what they said.

The client has given an affidavit in this case in response to summary judgment, so Mr. Ramey's accusations are incorrect. The client has sued -- Mr. Ramey sued a whole bunch of people under RICO, lawyers and everybody. He sued Mr. Choudhri. He sues me, all these lawyers and it's pending in front of Judge Ellison. And the client had sued Chris Wyatt, so that is -- they have attacked the veracity of these tapes.

The other thing we know from the deposition of Mr. Wyatt is Mr. Ramey wrote the affidavit for him, so between May 21st and July 15th, you have Ramey working with them to write an affidavit. Knowing there's an injunction, he doesn't comply with it. He doesn't mention a subpoena in his depo; but if he says now today "I had a subpoena," he didn't comply with the Court's instructions about a subpoena.

So they've done all these things to hide the fact of how they got it and so it's taken over a year to put exactly what happened, but I was there and Dolcefino has tapes

when he was recording where he's talking about "I have heard you on tape."

And when I asked him about it, he went white.

So the story his lawyer just told you is he gets it from public records, he got it from the Fifth Circuit filing on July 15th.

And on that exact day Dolcefino is quoting from this and quoting from Mr. Ramey's pleadings.  It is a concerted effort.  There's no doubt about it.

As far as damages, I don't have to prove damages.  I'm asking for injunctive relief.  I'm asking for the statutory damage for them using it.  The main thing is the injunctive relief to get me out of the box.

The last thing is Mr. Wyatt can't tell me how many tapes he actually took.  He leaves the cell phone.  He's never on a single conversation.  You never hear his voice.  So the fact that he's a participant is false, and the fact that consent by some e-mail -- look at the e-mail.  It doesn't say, "Go ahead and record these people.  I give you consent."

It said, "Did you record?"

The client has said that was about recording a deed.  So when they don't want to craft this theory that "Oh, my God, we have permission," everything he told you is sleight of hand.  It is not accurate on what they're talking about, and it doesn't even match the dates.

But more importantly, when we talked to Mr. Wyatt, he says he took the tapes off of his phone and deleted that, moved it to a program where you can edit it; and for that it goes over to Mr. Ramey and Mr. Trickey and other people, through his lawyer, Khawaja.

So now we don't know how many tapes they had, but the client has said and I said and another lawyer said those are not accurate tapes. They've cut and pasted these electronic snippets. And now we can't get to the actual recording that Wyatt made. We don't know what Ramey had; but it was on a program, according to Mr. Wyatt, where you could edit these tapes. He's admitted that. So we don't know what Ramey got, what Ramey edited, what Dolcefino had, what Dolcefino edited; but they certainly have put it into a position that doesn't make sense.

THE COURT: Time out. Time out.

What did Judge Ellison do with his case?

MR. KELLEY: It's still pending.

THE COURT: Why shouldn't this case be combined with those?

MR. KELLEY: I don't say it shouldn't, but I had already filed this because I was in a bind.

THE COURT: Who has the lowest number case?

MR. KELLEY: Judge Ellison for sure.

THE COURT: It seems to me that --

MR. KELLEY: But -- I'm sorry.

THE COURT: How related is this case to the case he has?

MR. KELLEY: Not really, except for Ramey uses these tapes as his evidence for that entire case. So if the only evidence that Mr. Ramey has for his RICO case that he filed against 32, 40 people, whatever it is, it's a --

THE COURT: Aren't the same issues involved, whether --

MR. KELLEY: No.

THE COURT: -- the tape was legitimately obtained and therefore properly used?

MR. DRINNON: No.

MR. KELLEY: He doesn't have it in his case. He's actually has the wrong parties.

THE COURT: I don't know who "he" is.

MR. KELLEY: Huh? The plaintiff in that case is not these folks. Mr. Ramey went to New Mexico and created a company. Real -- as soon as the Fifth Circuit oral argument was over, he goes to New Mexico, creates a company, files the lawsuit.

Then he assigns all their claims to this company, but he got the wrong company; and Judge Ellison just wrote an order a week and a half ago that says Ramey just can't suddenly change plaintiffs. "You filed it with this company and that company didn't -- this is not the company you want to

substitute in" -- and that company is not even these people.

So for -- and he's filing all these lawsuits in state court with 32 people as his clients and then he goes around and goes, but over here, I've got one client and he's doing appeals with 32 at the same time he's claiming this other entity has the other -- the assignment of all the claims.

So if you look at --

THE COURT:  Does Judge Ellison's case involve this recording?

MR. KELLEY:  By -- yes as to some of the participants in that case.  The -- Mr. Choudhri --

THE COURT:  Is it a key issue in that case?

MR. KELLEY:  I cannot say --

THE COURT:  Is the recording a key issue in that case --

MR. KELLEY:  It seems to be --

THE COURT:  -- as it is in this case?

MR. KELLEY:  It would appear -- it's not the same company, no.  It's not the same parties, no; but Mr. Ramey has used this in every pleading he's had since July 15th.  He's used it to the Fifth Circuit.  He's used it --

THE COURT:  Does he use it in Judge Ellison's case?

MR. KELLEY:  Yes, he is using it in Judge Ellison's case.  There's no doubt about it.  He's filed it probably ten times.

THE COURT: With the tapes?

MR. KELLEY: With the tapes, absolutely.

THE COURT: So the tapes have been filed in Judge Ellison's case?

MR. KELLEY: Yes. And the Fifth Circuit. I don't know if he filed it in the Galveston case, but I'm --

THE COURT: I guess you're missing my point, Mr. Kelley.

MR. KELLEY: Yes, ma'am. Yes, ma'am, he did. I have the numbers for you.

THE COURT: What is the difference between -- in terms of the tapes between Judge Ellison's case and this case?

MR. KELLEY: The plaintiff. The plaintiff that Mr. Ramey is suing for in that case didn't even exist on the date that Ramey gets the tapes, so it's --

THE COURT: Who is the plaintiff?

MR. KELLEY: Okay. He plays with the name, but it's something like Steadfast 829 Holdings; and it has nothing to do with -- well, it has -- we do not understand the connection between that and any individuals; but as far as what Mr. Ramey has pled about the RICO and the conspiracy and how all these judges and all these lawyers and all these parties are intertwined, he talks about the same stuff. It's just that the plaintiff did not exist; and it would be very difficult, I think, other than their using it, to put them back to the

conspiracy between Dolcefino -- Dolcefino's not in that case. The individuals in this case are not in that case. Mr. Saenz Mr. Ballesteros.

MR. DRINNON: Your Honor --

THE COURT: Yes. Go ahead.

MR. DRINNON: So just to add a little bit -- again, it's Rodney Drinnon. I'm representing Mr. Ramey and Mr. Breitenwischer individually in this case.

You've heard a lot of statements that do not have a lot of basis in either an affidavit or any type of basis of fact; so the whole issue is you have the deposition transcript, I think, filed with regard to Mr. Wyatt. You have his declaration that states that he was present in the actual recording with regard to these issues. It is undisputed that -- that testimony has been undisputed.

During his deposition, he didn't waiver from it with regard to those issues. The tapes actually come from his phone, so Mr. Kelley is making up this fantastical story that somehow he so serendipitously -- this particular tape recording, he just happened to leave his phone there on that particular day and then walked away from it and it happened to capture the fact that Mr. Kelley was involved in a -- well, let's just put it this way -- a unique property dispute.

So the whole issue here becomes we have to be able to use these particular types of tapes, Your Honor, in

order to go ahead and expose the kind of fraud that has been occurring with --

THE COURT: In court filings?

MR. DRINNON: Exactly. And that's the --

THE COURT: Do you have any use outside of court filings planned or any need for use outside of court filings?

MR. DRINNON: No, Your Honor. Absolutely not.

But I will speak to this and watch it as far as it goes. You know, with regard to these issues, it's that we need to use these particular types of documents and the public needs to be aware of these types of particular testimony -- however you want to call it -- these tapes because they're being consistently defrauded by Mr. Kelley's benefactor, Ali Choudhri; and so the issue is that Mr. Kelley has propagated that over the past ten years. I've been, I guess, a key witness to it only because I'm the attorney for Osama Abdullatif, whom he claims has hired Mr. Dolcefino, which is news to me and which he also claims that somehow we paid for the lawyers with regard to Mr. -- or Mr. -- I'm sorry -- Mr. Wyatt's lawyers, which I don't think we did either.

So the whole point of it is -- is that I think you have to cut through -- you're getting these stream-of-consciousness pleadings that are basically a hallmark of what Mr. Kelley does. He'll throw everything at you. But I think that as long as you look at the discrete arguments that

have been made by Mr. Ramey and made by Mr. Diamant, which are based in law and based on the current status of the facts, meaning you have affidavits, you have sworn testimony with regard to those issues, that there is -- Mr. Kelley wasn't present with Mr. Wyatt when he made the recording, meaning that he was on the other end of the phone. How could he know where he was?

So we have the actual -- you're just going to have to at some point go forward with it. Mr. Kelley is a member of the bar. He has an obligation to speak with candor and truthfulness to this Court going forward, but the problem is that what he did in the 190th and what he has stated on those tapes are antithetical to that and that's what he wants to hide.

The other part of it is this. With regard to -- I think you were just mentioning at the very end here where you had these particular issues going forward with the certain cases in the Nineties and all the state court cases. How this case gets here is beyond us. There's no diversity. There's clearly not a federal wiretap violation going forward with regard to any of these issues. He attacked just a minute ago -- or yesterday, I guess, filed a motion to disqualify Mr. Ramey from representing himself *pro se*. I mean this is ludicrous.

So the whole point of it is that we need to cut

through and we're depending on you -- and you've done it before in cases I've been involved in -- cut through all the chaff, get to the very meat of the matter and go forward.

Judge Ellison has set depositions in this case for next -- for the 25th. Mr. Kelley has to sit in those depositions until -- I suppose, and so does Mr. Choudhri, until all answers are provided. I think that will be illuminating with regard to this case. And I --

THE COURT: Let me ask one question, if I may.

MR. DRINNON: Sure.

THE COURT: I want to unpack a little bit the basis for seeking to disqualify Mr. Ramey.

MR. DRINNON: Yes, ma'am.

THE COURT: Is Mr. Ramey here as a lawyer representing himself; or is Mr. Ramey here as a defendant who has retained, wisely, a lawyer to represent him?

MR. DRINNON: Mr. Ramey represents Steadfast, one of the defendants in the case.

THE COURT: All right.

MR. DRINNON: And I represent Mr. Ramey, along with Derrick Carson, and also his partner Scott Breitenwischer, who has nothing to do with this case at all; and so that's what we've done.

MR. KELLEY: Judge, there is no Steadfast --

MR. DRINNON: Your Honor --

MR. KELLEY:  -- in this case.  Mr. Ramey --

THE COURT:  Hang on.  Mr. Kelley, I want to hear from Mr. Ramey first.

MR. KELLEY:  I apologize.

THE COURT:  And then I'll hear from you.

MR. KELLEY:  Yes, ma'am.

MR. RAMEY:  Thank you, Your Honor.  I don't mean to interrupt.  I apologize.

But I just wanted to address the question that you had as to what's the difference between this and the RICO case, and I'd like to weigh in on that before we're done if that's okay.  If you want to go ahead, may I do that?

THE COURT:  The RICO case being the one in Judge Ellison's court?

MR. RAMEY:  Yes, Your Honor.

THE COURT:  All right.

MR. RAMEY:  So it's very important that we keep these cases separate because they do arise from completely separate facts.  So the issue in RICO is the various torts committed, as evidenced by (technical interference) and other whistle-blowers who (technical interference) --

THE COURT:  You're cutting out again, sir.

MR. RAMEY:  Okay.  I'm sorry.

Various torts committed and other RICO violations that go back all the way, you know, years; and those

were essentially concluded in 2019 until the whistle-blowers came forward in 2020. So that case has plenty to do and plenty going on on its own and it does not revolve around these tapes and there's a whole series of predicate acts that have been proved up by other evidence.

And the reason this is important is Mr. Kelley (technical interference) --

MR. DRINNON: You're breaking up again, Chris. I'm sorry. You're breaking up.

MR. RAMEY: I'm sorry. Can you hear me now?

So that's the reason why there's so many cause numbers. This case is Mr. Kelley complaining and attempting to intimidate witnesses about conduct that happened in 2022 related to -- and 2021 related to the use of these tapes. That's very much a different set of transactions and occurrences that make the underlying litigation; and so Mr. Kelley is trying to sue for tortious interference with the independent -- I'm sorry -- with the contingent fee agreement with David Alvarez for all those cases he lost and he's trying to sue for defamation of Mr. Kelley for, you know, things that were supposedly said in 2021 and 2022 and 2023 by people who are not parties to the RICO litigation.

And then, you know, the peripheral thing is he's trying to harass and intimidate these people. So it's -- it would be a mess, and that has typically been Mr. Kelley's

goal is to make a mess out of a very simple substantive case.

So we're hoping and relying on this Court to deal with these discrete transactions and occurrences and this discrete evidence and hopefully, as Mr. Drinnon stated, cut through the chaff. The evidence is very clear.

MR. DRINNON: Last thing, Judge. To answer Mr. Ramey's question, he represents Mr. Sherrin in this case, so he is an attorney for a party in this case. And Mr. Sherrin is basically the person that is the corporate representative Steadfast, so I misspoke if I did that. So I apologize.

THE COURT: Thank you.

So here's my question. You guys have filed a mess of fairly scurrilous accusations towards each other. I would have, I think, a basis to strike many of the pleadings and say, "Do it over in conformity with the rules. Don't be nasty."

I also have the ability to decide what is the most efficient way to get to the most efficient issues that can be resolved most quickly and most accurately without engaging in prolonged discovery.

So if that was my goal, what are the threshold issues that need to be addressed first in order for the rest of the case to proceed or for me to know if the rest of the case can proceed?

MR. KELLEY: May I, Your Honor?

THE COURT: Yes, sir.

MR. KELLEY: You hit the nail on the head, which is consent. This is not a diversity case. It's a --

THE COURT: I'm not -- I want to know what the -- well, okay. Consent as to what? Participating in the phone call?

MR. KELLEY: He's not a participant. He's never on the phone call. Did the participants --

THE COURT: Is the --

MR. KELLEY: I'm sorry.

THE COURT: Is the central issue who was on the phone call knowing it was taped?

MR. KELLEY: Correct. Did a party to the conversation give consent to Wyatt to tape it? That's the issue.

THE COURT: Okay.

MR. KELLEY: That's a fact issue.

THE COURT: Stop there. Stop there.

Mr. Ramey, what is your view of what the central fact issue is, the threshold?

MR. RAMEY: That's irrelevant. Your Honor, the central issue is -- there's a whole waterfall of, I think, justified reasons for substantive relief here. But the central issue is that there remains no evidence and there never can be any evidence that any defendant, or any Steadfast Defendants at least, had any reason to know that the tapes were illegally recorded and as a -- that's the truth, and that's the case.

That's the undisputed evidence.  As long as that's true --

THE COURT:  I don't have to find out if they were illegally recorded.  I just have to find out if your clients knew they were illegally recorded.

MR. RAMEY:  Exactly, Your Honor.

THE COURT:  Well, wouldn't the first be relevant to determining the second?

MR. DRINNON:  Yes.

MR. RAMEY:  It would.  There's really no factual dispute there either, Your Honor.  Certainly everybody knows --

THE COURT:  Wait.  Everybody knows what?

MR. RAMEY:  Everybody knows these tapes were legally recorded, and there's no evidence otherwise.

THE COURT:  I'm sorry.  Legally or illegally?

MR. RAMEY:  Were legally, not illegally.  Were legally --

THE COURT:  How do I get to know that with the same level of certainly or with as much certainty as the law requires that the tapes were legal?

MR. RAMEY:  By reviewing the pleadings and the evidence before you right now.  When the pleadings and evidence are extremely clear for everything that we have mentioned about the consent and about the due diligence done by the defendants to ensure that they weren't taking illegal information.  So that's all before the Court.

And then you evaluate that against the pleadings and evidence of Mr. Kelley, which is not sufficient by any legal standard to contest any of that or to raise a fact issue.

Mr. Kelley had two and a half years to contest these issues in other courts.  He did so.  We had hearings in front of Judge Rogers.  I was there, my clients were there, he was there, Choudhri was there and Chris Wyatt was there.

He had every right to do that.  They didn't do that because they knew it was all perfectly legal; and his pleadings and his affidavits do not raise any evidence, not even a scintilla of evidence that any party defendant had any reason to believe that these tapes were not -- or that these tapes were illegal.  Nobody had any reason to believe it.

THE COURT:  Couple of questions.  Of all the courts that have had these tapes presented, have any of them found that they were illegal?

MR. DRINNON:  No.

THE COURT:  Have all the courts --

MR. KELLEY:  Sorry, Judge.

THE COURT:  Okay, Mr. Kelley.

Have any of them found them illegal, any of the courts?

MR. DRINNON:  No.

MR. KELLEY:  No.  They've never come up as an issue.

The Fifth Circuit immediately dismissed Mr. Ramey's motion, dismissed it out of hand.  Judge Ellison still has it pending.  The other courts are -- like the appellate courts, they've all dismissed them without adjudicating any of the facts.  No --

THE COURT:  Okay.  Second question.  Second question.  Has any court found them illegal?

MR. KELLEY:  No, ma'am.

MR. DRINNON:  No.

MR. KELLEY:  Never been addressed.

THE COURT:  Fine.  Is Judge Ellison's case going to present the question of whether the tape was legally made?

MR. KELLEY:  Probably not.

THE COURT:  Okay.  That's all I needed to know on that.  Here's what I need.

MR. KELLEY:  Back --

THE COURT:  Yes, Mr. --

MR. KELLEY:  Back to disqualifications.  Mr. Ramey represents three other parties in this case, Ballesteros, Saenz and Hibbard.  They filed motions to dismiss, they filed a motion for summary judgment.  He's also a party here.

In the companion case -- and I don't know what you want to do there, very similar deadlines -- with Lanzetti and that group he represents them all; and Mr. Drinnon has not appeared in that case at all.

Mr. Ramey, as you can obviously see, is the

material witness on acquiring these tapes and his whole defense is his belief as imputed to his clients; so he's the material witness.

THE COURT: I don't think he's seeking to impute his beliefs to his clients. I don't understand that to be his argument at all.

MR. DRINNON: No.

MR. KELLEY: He said, "I got the tapes, and that's how my clients got them."

MR. DRINNON: The other part, though, too, is that the ethical rules are very simple here. He is actually defending the cases with regard to those issues; and so as -- he can be a -- he could even be a witness for that matter as long as he's defending what Mr. Kelley is bringing.

And currently, at least in this case because, as far as I know, there hasn't been counterclaims filed yet -- yet -- so the whole issue would be going forward with those issues.

The disqualification is just a -- it's a red herring. It happens in every case. They try some shenanigans like this, so we have to get through it. But my issue would be if we need to brief it, if you want us to brief it, or you can just dismiss it out of hand, which I suggest you do.

THE COURT: Let's assume for the purpose of this discussion that I deny the motion to disqualify Mr. Ramey.

What is the most straightforward way to get to the bottom of the issue of whether, A, the tapes were legally made, B, even if they weren't whether Mr. Ramey's clients had any basis to believe or suspect that they weren't?

MR. DRINNON: Right. Or Mr. Ramey himself, as a matter of fact.

THE COURT: Or Mr. Ramey himself.

MR. DRINNON: Right.

THE COURT: So if we start with those two questions --

MR. KELLEY: Well, Mr. Ramey -- Mr. Khawaja is a witness. Mr. Wyatt's a witness. Mr. Choudhri and myself and Ms. Fraga.

Mr. Choudhri has given an affidavit in this case disputing the affidavit given by Wyatt that there was any consent, so it's an issue of consent. It's a fact issue.

And then as to them, you have the circumstantial evidence. We don't have a confession, but we have the circumstantial evidence how Ramey is filing it in random cases and then Dolcefino is suddenly using it. So there's probably e-mails. I'm looking for e-mails. I'd like to see e-mails between these parties like Mr. Ramey, Mr. Khawaja, Mr. --

THE COURT: It seems to me that the issues concerning Mr. Dolcefino are very different because he is not alleged to have a stake in this Yale transaction that appears to be

arguably motivating some of the taping and dissemination of tapes. Correct me if I'm wrong on that.

MR. DIAMANT: And, Judge, that's what I was going to comment on when I raised my hand earlier. I just didn't -- I don't want -- I don't want Mr. Dolcefino being conflated with everything else that's going on here. The issues are very different. You -- although whether the tapes were legally or illegally obtained is relevant to point to and he never had reason to know, it also doesn't matter with respect to Mr. Dolcefino because if knew or had reason to know it was unlawfully obtained is not true, it doesn't matter in his case whether they were or were not illegally obtained.

And when you've got these things being filed in multiple courts by a lawyer of good repute, we have an affidavit from Chris Wyatt, which was attached to our 12(b) motion, Exhibit D, that was dated all the way back to July 7, 2021, there's no basis for Mr. Dolcefino to have any reason to believe that these tapes were illegally obtained. So it is a very separate issue.

That, the significant pleading defects of Mr. Kelley's petition -- and we're the only one, I think, Judge, that's only filed one document, which was our 12(b) motion, which I think was much more legally focused than addressing some of the factual aspersions that have been going on; but he simply cannot make a claim legally against

Mr. Dolcefino.  And I just wanted to make sure to point out to the Court the significance of the difference in the analysis between the two and that motion is pending.

So that's all I wanted to add.

THE COURT:  Where will I find that motion in the record?

MR. DIAMANT:  I can log in if you need me to, but -- to find it but we did --

MR. DRINNON:  I've got it for you.  One second.

MR. DIAMANT:  Okay.

MR. RAMEY:  May I address briefly to your question about what would the evidence be?

THE COURT:  Hang on.  First I want to know at what docket entry I can find --

MR. DIAMANT:  Somebody is pulling -- somebody said they were pulling the docket entry specifically.  It was filed on 19 December.

MR. DRINNON:  19 December.  Okay.  It is Number 13.

THE COURT:  Okay.

MR. DRINNON:  Motion to --

MR. DIAMANT:  Thank you.

MR. DRINNON:  Motion to dismiss for failure to state a claim.

MR. DIAMANT:  Attached to -- attached to that motion, Judge, is Chris Wyatt's affidavit, which also attaches the text

messages between him and Mr. Choudhri which is at Exhibit D.

MR. DRINNON: Exhibit D, yes.

MR. DIAMANT: And two of the documents where these -- they're briefed in the Fifth Circuit as well as the document filed in the 190th Texas State District Court were both attached as exhibits to that as well; and that really in my opinion should end the inquiry with respect to Mr. Dolcefino, who simply is guilty only of reporting on what is a newsworthy event.

MR. KELLEY: Your Honor, Mr. Dolcefino had those tapes six weeks before any of those events and was directly confronted by me in a courtroom when he mentioned them; and we have his blog now of his little story he made where we're talking about him having tapes before any of this happened. So you can't say he got it off of the Fifth Circuit website when he had it six weeks prior.

The questions is: How did he get it?

And nobody is able to tell you that today. They're giving you a story that's factually false, so that's a fact --

THE COURT: Hang on. Hang on.

Mr. Dolcefino, counsel for Mr. Dolcefino, how did Mr. Dolcefino get the tape?

MR. DIAMANT: Judge, if you want to ask him, he's here.

THE COURT: He's got a lawyer, and he's entitled to

rely on his lawyer.

MR. DIAMANT: Yes.

So my understanding is Mr. Dolcefino got the tapes from two different places. Some -- a -- somebody, a confidential source whose name I don't know, gave him a copy of them. He also obtained them from the pleadings. No --

THE COURT: From the Fifth Circuit?

MR. DIAMANT: I think that's the -- hang on. I can tell you, because I can tell you from the date which one it was. It was the 190th District Court of Harris County. That pleading was filed on July 15, 2021, where he was able to obtain a copy of them. That was a pleading filed by Mr. Ramey.

And nonetheless, how even -- unless he was there recording it or he was recording it with a wiretap, it wouldn't matter how he obtained the tapes anyways. The very fact that this lawyer said, "These are legal," had gave him a copy of the affidavit and no use was made prior to him knowing, fully understanding and being able to verify that information wouldn't make any difference.

THE COURT: All right. And that was all clearly before the Fifth Circuit?

MR. DIAMANT: It -- yeah.

THE COURT: It was filed?

MR. DIAMANT: It was filed on July 15, 2021, in the 190th.

There was a brief filed in the Fifth Circuit on -- let me see. I can get you a date on this one. It was filed again.

MR. KELLEY: Same day, July 15. I have the document.

MR. DIAMANT: Same date. Filed in the Fifth Circuit July 15, 2021.

So, you know, that is in and of itself prima facia evidence that Mr. Dolcefino would have no reason to believe that these were illegally obtained. Somebody like Chris Ramey is filing these things knowing that they're illegally obtained? It's absurd.

MR. KELLEY: But he had them --

MR. DIAMANT: That's the only reason that Mr. Dolcefino is here.

MR. DRINNON: And that's the other issue --

MR. KELLEY: How is that confidential when --

MR. DRINNON: That's the other issue.

THE COURT: One at a time, please. One at a time.

MR. DRINNON: That's the issue --

MR. KELLEY: Your Honor, he has just told --

THE COURT: Excuse me, Mr. Kelley.

Go ahead, Mr. Drinnon.

MR. DRINNON: That's the same issue that we -- that you face in the motion to dismiss with regard to Mr. Ramey is that he gets the information or he would have obtained the

information, you know, from Mr. Wyatt and got an affidavit from Mr. Wyatt. That's all the research that he would need to do because he truly believes at that point that they're authentic and that they're truthful and he was present there.

So it's not what -- it's not even if -- actually to be frank with you, it's not even if Mr. Wyatt was there. It's what Mr. Ramey believed when he used those particular tapes.

And so that's why I -- Judge, I don't think that there's any facts going forward. I think the affidavit of Mr. Wyatt that states simply that he was there, that my client was able to rely upon and that Mr. Breitenwischer, who has no involvement at all in this, was allowed to rely upon, I think, dismisses this case out of hand; and I think that's what should happen today.

THE COURT: All right.

MR. DIAMANT: Judge, just to point out something not related to the case, my Zoom froze completely, so there's a reasonable chance my computer may restart itself. I could hear everybody fine; but just in case I suddenly disappear, I'm simply restarting and reentering. I just wanted to make sure that you're aware if I disappear.

THE COURT: I appreciate that.

MR. DIAMANT: Thank you.

THE COURT: So I'm very dubious about Mr. Kelley's

claims against Mr. Ramey based from the work that I've done so far, and I frankly don't have enough information yet to be clear on whether there is any substance, merits, to the claims against Mr. Hibbard, Mr. Breitenwischer, Mr. -- or Mark Sherrin.

I do think that the motion to disqualify Mr. Ramey is without basis, and I'm going to deny that.

I've got all your briefs on the motion to dismiss.

I have one motion that is a motion for summary judgment. I'll deal with that one on that basis as well.

It sounds like the best way for me to proceed, because this case does not seem to be one that could be settled, would be to try to figure out those questions, whether the case is -- whether summary judgment or a motion to dismiss is the right way to go and stay discovery until then.

MR. DRINNON: Yes, Your Honor.

THE COURT: Unless I convert to summary judgment.

MR. KELLEY: May I say --

MR. DRINNON: Thank you, Your Honor.

MR. KELLEY: May I, Your Honor?

THE COURT: Yes, sir.

MR. KELLEY: You just heard a different story. Now we have Wayne saying he obtained the source --

THE COURT: "Mr. Dolcefino." This is a formal

proceeding.

MR. KELLEY: Yes, ma'am.

From Mr. Dolcefino's lawyer that Wayne obtained it from a confidential source. He's not naming it. He's not telling us how he got it. And we know that acquisition -- that's what he just said on the record -- acquisition occurred before any filings in the federal courts; and if that's the case, he just waited, as I've laid out.

So the statute prohibits use or possession and the way they've gone about is at least enough circumstantial evidence that these are not legally obtained and they should have known.

The question is should they have known when there's litigation over it with a former employee and you're talking to your lawyer? If you're talking to Baker Botts and Exxon, do you think that's fair game for a legal assistant to have walked out and say, "Here's the tape of that"?

THE COURT: I think you're repeating yourself now, Mr. Kelley.

MR. KELLEY: I wasn't --

THE COURT: Let me ask you one more question.

MR. KELLEY: Yes, ma'am.

THE COURT: I'd like each party to give me what they think is the best case supporting your position on what you view as the critical issue and tell me what issue that is when

you identify the case.

MR. KELLEY:  Yes, ma'am.

MR. DRINNON:  Time period, Judge?

THE COURT:  Now hopefully.

MR. DRINNON:  When would you like that?

THE COURT:  Seriously.  All right.  How about Monday?

MR. DRINNON:  Thank you.  I appreciate that.

THE COURT:  This is just to be a page, no more.

MR. DRINNON:  Thank you.

May we be excused?

THE COURT:  Critical case on critical issue.

MR. DIAMANT:  Judge, should we just submit that as brief requested -- or information requested by Court?

THE COURT:  Yes.  Yes.

MR. DRINNON:  Thank you, Your Honor.

THE COURT:  All right.  I hope we can get this resolved relatively soon.

MR. DRINNON:  Thank you, Your Honor.

MR. RAMEY:  Thank you, Your Honor.

THE COURT:  And is it -- just to get back to one thing, Mr. Kelley, you want an injunction for the damages -- what -- your mental anguish on hearing these tapes?

MR. KELLEY:  No, ma'am.  Statutory.  Look -- if you'll look at what I put in there --

THE COURT:  Well, I looked at the *Sadler* case.

Statutory damages.

MR. KELLEY:  Yeah.  I've offered them -- you asked about settlement.  I've offered them if they just agree not to use it, which is the same basis that John Brannon got out of the case.  If you're just going to say that "You're not going to possess it or use it," I'm done.

And they won't do that.  They continue to use these tapes knowing they're unlawful now, and it's a repeat offense.  So they know it's unlawful; and the use or possession going forward, even today, is still unlawful.

MR. DRINNON:  We respectfully disagree, Your Honor, and when somebody gets their hands caught in the cookie jar, the easiest way to go ahead and defuse that is to accuse the other person of doing something wrong and I think that's what exactly is happening here and that'll be my final word.

MR. DOLCEFINO:  Your Honor, I would like to interrupt.  Mr. Diamant told me he is trying to dial back in.  It will take a couple of seconds.

THE COURT:  Thank you.

MR. DRINNON:  I think we're finished.

THE COURT:  All right.  Mr. Diamant, did you want to add anything as a final word?

MR. DIAMANT:  It wasn't really a final word, Judge.  I was just asking a question.  So as I understood, you just want us to submit a single page on that and just file that; and then

if I understand right, the Court would then rule on the relevant subsequent -- the substantive motions at some point shortly.

THE COURT: Some of them may be made moot by the rulings on others. But just so I fully understand, what Mr. Kelley wants is an injunction. He's not seeking damages, although he refers to them in his pleadings.

Is that right, Mr. Kelley?

MR. KELLEY: Yes, ma'am. It's limited at all times to statutory damages.

THE COURT: All right. And you would like an injunction against further use?

MR. KELLEY: That's the main thing. That is the --

THE COURT: And I gather there is opposition to that?

MR. DRINNON: Yes.

MR. RAMEY: Yes, Your Honor.

THE COURT: All right. Thank you very much. I think I've got what I hope I need. If I need more, I will let you know.

MR. DRINNON: We appreciate it. Thank you, Your Honor.

MR. DIAMANT: Judge, if I heard correctly, you're staying discovery pending rulings.

THE COURT: Correct. Correct.

All right. Thank you very much.

MR. RAMEY: Thank you, Your Honor.

(The proceedings were adjourned.)

*   *   *   *

REPORTER'S CERTIFICATE

I, Lanie M. Smith, CSR, RMR, CRR, Official Court Reporter, United States District Court, Southern District of Texas, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled and numbered matter.

___/s/ Lanie M. Smith_____
Official Court Reporter

## /

**/s** [1] - 57:6

## 1

**1** [4] - 15:24, 17:21, 19:12, 26:20
**10** [1] - 24:1
**11** [2] - 1:7, 1:12
**12** [1] - 1:20
**12(b** [3] - 25:23, 46:12, 46:19
**122** [1] - 19:14
**13** [1] - 47:15
**15** [4] - 49:8, 49:21, 50:1, 50:3
**15th** [6] - 8:4, 26:20, 27:17, 28:5, 31:19
**1850** [1] - 2:2
**19** [2] - 47:14, 47:15
**190th** [5] - 25:1, 35:11, 48:2, 49:7, 49:22

## 2

**2** [1] - 26:22
**20** [1] - 9:21
**2000** [1] - 2:2
**2017** [7] - 15:10, 15:11, 15:16, 17:2, 17:8, 21:7, 21:9
**2019** [1] - 37:25
**2020** [1] - 38:1
**2021** [7] - 20:23, 38:13, 38:20, 46:14, 49:8, 49:21, 50:3
**2022** [2] - 38:12, 38:20
**2023** [3] - 1:7, 1:12, 38:20
**215** [1] - 1:23
**21st** [3] - 8:2, 26:19, 27:17
**240** [1] - 1:20
**25th** [1] - 36:4
**2615** [1] - 2:6
**2726** [1] - 1:19

## 3

**30** [1] - 16:20
**32** [3] - 30:6, 31:2, 31:4

## 4

**40** [1] - 30:6
**43** [1] - 23:24
**4:22-CV-02168** [1] - 1:9
**4:22-CV-02175** [1] - 1:4
**4th** [1] - 1:23

## 5

**515** [1] - 2:10

## 6

**6** [1] - 15:10

## 7

**7** [1] - 46:14
**77002** [1] - 2:11
**77005** [1] - 1:20
**77010** [1] - 2:6
**77027** [1] - 2:3
**77485** [1] - 1:23

## 8

**8** [1] - 15:17
**8004** [1] - 2:10
**829** [3] - 7:20, 17:4, 32:17

## 9

**909** [1] - 2:5
**99** [1] - 19:5

## A

**A** [3] - 26:3, 26:8, 44:25
**a** [198] - 3:8, 4:19, 5:4, 5:8, 5:9, 5:12, 5:13, 5:14, 5:15, 6:4, 6:6, 6:12, 6:15, 6:19, 6:20, 6:21, 6:22, 6:25, 7:7, 7:13, 7:16, 7:17, 7:21, 8:3, 8:11, 8:13, 8:14, 8:16, 9:2, 9:7, 9:25, 10:2, 10:4, 10:14, 10:19, 10:24, 10:25, 11:4, 11:10, 11:16, 11:20, 11:21, 11:24, 12:6, 12:7, 12:13, 12:15, 12:19, 12:22, 12:25, 13:10, 13:12, 13:13, 13:17, 13:21, 14:1, 14:4, 15:10, 15:15, 15:17, 16:14, 17:1, 17:7, 17:10, 17:17, 18:2, 18:7, 18:17, 18:20, 20:13, 20:14, 20:17, 21:5, 21:10, 22:2, 23:17, 23:19, 24:4, 24:9, 24:21, 24:22, 24:24, 24:25, 25:2, 25:6, 25:18, 25:23, 27:2, 27:9, 27:19, 27:20, 27:21, 27:23, 28:7, 28:15, 28:16, 28:20, 29:2, 29:10, 29:13, 29:21, 30:6, 30:16, 30:18, 30:22, 31:11, 31:13, 33:5, 33:8, 33:9, 33:21, 33:22, 34:14, 34:22, 35:8, 35:19, 35:20, 35:21, 36:10, 36:13, 36:14, 36:15, 38:3, 38:14, 38:24, 38:25, 39:7, 39:11, 39:13, 40:2, 40:5, 40:11, 40:14, 40:19, 40:24, 42:2, 42:3, 42:10, 43:17, 43:18, 44:11, 44:17, 45:3, 45:8, 45:9, 45:13, 45:15, 45:22, 46:11, 46:16, 46:22, 47:19, 48:5, 48:9, 48:16, 48:22, 49:1, 49:2, 49:9, 49:11, 49:13, 49:23, 49:24, 50:15, 51:15, 52:7, 52:12, 52:20, 52:22, 53:1, 53:11, 53:13, 54:5, 55:5, 55:15, 55:19, 55:20, 55:21, 55:22, 57:3
**Abdullatif** [5] - 6:19, 7:5, 7:16, 11:7, 34:16
**ability** [2] - 39:16, 57:3
**able** [5] - 33:24, 48:15, 49:8, 49:15, 51:9
**about** [35] - 5:5, 5:12, 6:20, 7:13, 7:20, 7:25, 8:4, 9:3, 9:21, 12:1, 15:5, 15:17,
19:18, 20:9, 20:18, 27:4, 27:21, 27:25, 28:2, 28:8, 28:20, 28:23, 31:23, 32:20, 32:22, 38:12, 41:21, 41:22, 47:9, 48:11, 51:22, 53:7, 54:3, 54:25
**above** [1] - 57:4
**above-entitled** [1] - 57:4
**absolutely** [8] - 11:2, 21:20, 22:1, 23:5, 23:7, 26:18, 32:1, 34:6
**absurd** [1] - 50:8
**access** [1] - 24:23
**according** [3] - 7:4, 11:5, 29:10
**accurate** [2] - 28:23, 29:7
**accurately** [1] - 39:18
**accusations** [5] - 14:5, 14:6, 15:4, 27:8, 39:12
**accuse** [1] - 55:10
**acquiring** [1] - 43:24
**acquisition** [2] - 53:2, 53:3
**act** [2] - 10:1, 11:24
**Act** [1] - 11:24
**action** [1] - 22:3
**acts** [1] - 38:3
**actual** [5] - 26:3, 26:8, 29:8, 33:12, 35:7
**actually** [12] - 5:17, 9:16, 15:16, 21:8, 23:14, 23:18, 28:14, 30:13, 33:16, 44:9, 51:2
**add** [4] - 23:15, 33:5, 47:1, 55:19
**addition** [5] - 6:24, 22:12, 22:14, 22:15, 22:18
**address** [3] - 15:4, 37:8, 47:8
**addressed** [2] - 39:21, 43:7
**addressing** [1] - 46:21
**adjourned** [1] - 56:23
**adjudicated** [2] - 15:11, 17:13
**adjudicating** [1] - 43:2
**admitted** [1] - 29:11
**advise** [1] - 4:11
**affidavit** [12] - 25:2, 27:7, 27:16, 27:18, 33:9, 45:11, 45:12, 46:12, 47:22, 49:14, 50:23, 51:7
**affidavits** [3] - 7:4, 35:2, 42:9
**afternoon** [1] - 4:8
**again** [9] - 3:5, 4:18, 4:20, 13:11, 14:9, 33:5, 37:21, 38:7, 49:25
**against** [11] - 13:12, 13:18, 16:15, 21:21, 30:6, 41:25, 46:22, 51:23, 52:1, 56:9
**ago** [4] - 11:21, 20:3, 30:22, 35:21
**agree** [1] - 54:25
**agreement** [3] - 7:8, 12:2, 38:17
**ahead** [8] - 4:14, 10:11, 28:18, 33:4, 33:25, 37:11, 50:19, 55:10
**Akin** [1] - 26:25
**AL** [3] - 1:7, 1:12, 1:23
**Ali** [5] - 6:14, 18:3, 21:24, 22:15, 34:13
**all** [79] - 3:2, 3:10, 3:14, 3:20, 4:6, 4:12, 4:14, 4:21, 6:23, 8:5, 8:17, 9:5, 11:9, 12:8, 12:12, 13:5, 13:10, 14:22,

15:4, 15:21, 15:22, 16:3, 16:11, 17:22, 18:13, 18:24, 19:10, 20:19, 20:20, 20:25, 22:18, 23:1, 24:13, 24:15, 25:5, 25:21, 26:11, 26:16, 27:11, 27:22, 30:20, 31:1, 31:5, 32:20, 32:21, 35:17, 36:1, 36:6, 36:18, 36:21, 37:15, 37:24, 38:18, 41:24, 42:8, 42:13, 42:17, 43:1, 43:11, 43:21, 43:22, 44:4, 46:13, 47:1, 49:17, 50:24, 51:10, 51:13, 52:5, 54:3, 54:13, 55:18, 56:6, 56:8, 56:14, 56:21

**allegations** [4] - 8:7, 8:18, 9:8, 14:8
**alleged** [2] - 20:16, 45:21
**allegedly** [2] - 6:5, 11:16
**alleges** [1] - 21:13
**allowed** [3] - 13:22, 21:22, 51:10
**almost** [1] - 5:9
**along** [2] - 7:19, 36:19
**already** [5] - 8:24, 13:23, 22:19, 22:21, 29:21
**also** [16] - 3:8, 9:13, 11:6, 13:5, 13:15, 16:18, 17:18, 22:16, 25:18, 34:17, 36:20, 39:16, 43:18, 46:6, 47:22, 49:3
**although** [3] - 19:21, 46:4, 56:4
**Alvarez** [1] - 38:18
**always** [1] - 10:15
**am** [1] - 12:13
**an** [33] - 4:9, 5:9, 5:10, 7:7, 7:8, 7:11, 8:11, 9:12, 10:3, 12:22, 14:6, 16:18, 16:24, 17:12, 21:12, 22:16, 26:2, 26:25, 27:7, 27:18, 30:21, 33:9, 35:9, 39:6, 42:23, 45:11, 45:13, 46:11, 50:23, 54:18, 56:3, 56:8
**analogy** [1] - 12:22
**analysis** [2] - 26:12, 46:24
**And** [1] - 5:1
**and** [356] - 2:1, 3:3, 3:7, 3:12, 3:21, 4:1, 4:3, 4:14, 4:15, 4:18, 4:24, 5:9, 5:10, 5:13, 5:14, 5:16, 5:20, 5:21, 5:22, 5:25, 6:2, 6:13, 6:20, 6:24, 7:1, 7:2, 7:8, 7:10, 7:14, 7:15, 7:18, 7:21, 7:23, 7:24, 8:3, 8:4, 8:6, 8:7, 8:14, 8:15, 8:16, 8:19, 8:20, 9:2, 9:5, 9:13, 9:17, 9:18, 9:20, 9:25, 10:3, 10:4, 10:10, 10:14, 10:15, 10:16, 10:18, 10:19, 11:2, 11:3, 11:4, 11:5, 11:7, 11:9, 11:10, 11:11, 12:20, 12:24, 13:2, 13:4, 13:6, 13:9, 13:13, 13:19, 14:6, 14:8, 14:11, 14:12, 15:3, 15:6, 15:11, 15:12, 15:14, 15:15, 15:16, 15:17, 15:20, 15:21, 15:22, 15:24, 16:1, 16:2, 16:4, 16:11, 16:13, 16:14, 16:16, 16:22, 16:23, 17:1, 17:3, 17:8, 17:10, 17:11, 17:18, 17:19, 17:22, 18:3, 18:5, 18:6, 18:7, 18:14, 18:17, 18:20, 18:21, 18:22, 18:23, 18:24, 19:1, 19:9, 19:17, 19:18, 19:23, 19:25, 20:1, 20:7, 20:10, 20:14, 20:16, 20:17, 20:20, 20:21, 20:25, 21:1, 21:2, 21:3, 21:7, 21:8, 21:9, 21:10, 21:14, 21:22, 21:23, 21:24, 21:25, 22:2, 22:12, 22:13, 22:15, 22:19, 22:21, 22:23, 23:7, 23:16, 23:21, 23:23,

23:24, 23:25, 24:1, 24:4, 24:5, 24:8, 24:19, 25:3, 25:4, 25:7, 25:25, 26:1, 26:3, 26:8, 26:10, 26:20, 26:22, 26:25, 27:3, 27:4, 27:10, 27:11, 27:12, 27:17, 27:23, 27:24, 28:2, 28:6, 28:7, 28:16, 28:18, 28:23, 29:1, 29:2, 29:3, 29:6, 29:7, 29:8, 30:9, 30:16, 30:21, 30:22, 30:23, 30:25, 31:1, 31:2, 31:3, 32:4, 32:11, 32:17, 32:19, 32:20, 32:21, 32:23, 33:6, 33:20, 33:25, 34:3, 34:7, 34:9, 34:13, 34:17, 34:25, 35:1, 35:10, 35:11, 35:12, 35:17, 35:25, 36:2, 36:5, 36:7, 36:19, 36:20, 36:21, 37:4, 37:9, 37:10, 37:19, 37:23, 37:24, 38:1, 38:2, 38:3, 38:5, 38:11, 38:13, 38:14, 38:15, 38:18, 38:20, 38:22, 38:23, 38:24, 39:1, 39:2, 39:3, 39:7, 39:14, 39:18, 40:21, 40:24, 41:12, 41:19, 41:20, 41:22, 41:25, 42:1, 42:3, 42:6, 42:8, 42:9, 43:17, 43:19, 43:21, 43:24, 44:6, 44:10, 44:13, 45:9, 45:14, 45:17, 45:23, 45:25, 46:5, 46:10, 46:18, 46:23, 46:25, 47:23, 47:25, 48:3, 48:8, 48:9, 48:15, 48:22, 49:10, 49:14, 49:15, 49:17, 50:4, 50:12, 50:23, 51:1, 51:6, 51:9, 51:11, 51:18, 51:24, 52:4, 52:13, 53:2, 53:4, 53:6, 53:8, 53:11, 53:12, 53:14, 53:22, 54:17, 55:4, 55:5, 55:6, 55:8, 55:10, 55:11, 55:12, 55:22, 56:8, 56:11, 57:3, 57:3, 57:4

**angle** [1] - 3:13
**anguish** [1] - 54:19
**another** [2] - 7:2, 29:6
**answer** [2] - 12:14, 39:5
**answers** [1] - 36:6
**antithetical** [1] - 35:12
**any** [40] - 5:24, 12:11, 16:21, 16:22, 17:14, 18:25, 19:1, 23:20, 26:7, 26:12, 26:14, 32:19, 33:9, 34:4, 34:5, 35:20, 40:21, 40:22, 40:23, 42:1, 42:2, 42:9, 42:10, 42:12, 42:14, 42:20, 43:2, 43:4, 45:1, 45:12, 46:14, 48:8, 48:11, 49:16, 51:7, 51:25, 53:4
**anymore** [1] - 7:24
**anything** [5] - 7:24, 8:15, 24:10, 26:16, 55:19
**anyways** [1] - 49:12
**apologize** [8] - 3:23, 4:2, 4:18, 4:20, 6:9, 37:3, 37:7, 39:9
**apparently** [1] - 5:21
**appeal** [2] - 8:11, 8:16
**appeals** [2] - 13:12, 31:4
**appear** [3] - 5:25, 20:13, 31:17
**appearance** [1] - 4:9
**APPEARANCES** [1] - 1:17
**appearances** [1] - 4:15
**appeared** [2] - 20:7, 43:22
**appearing** [1] - 3:20
**appears** [4] - 6:24, 9:17, 9:18, 45:22
**appellate** [1] - 43:1

**apply** [1] - 21:15
**appreciate** [3] - 51:20, 54:4, 56:17
**approximately** [4] - 5:20, 8:2, 8:3, 15:10
**arbitration** [1] - 18:7
**are** [46] - 3:2, 4:7, 7:1, 7:3, 8:18, 9:5, 9:13, 9:15, 11:9, 11:10, 12:14, 12:18, 12:25, 13:22, 14:2, 15:9, 15:12, 16:3, 16:11, 16:12, 16:24, 17:12, 17:16, 19:11, 21:10, 22:4, 23:8, 25:22, 26:11, 27:8, 29:7, 32:21, 33:1, 34:22, 34:25, 35:12, 36:6, 38:21, 39:20, 41:20, 43:1, 44:9, 45:21, 46:3, 49:13, 53:8
**aren't** [2] - 11:15, 30:7
**arguably** [1] - 45:23
**arguing** [4] - 18:4, 20:8, 21:7, 23:23
**argument** [3] - 15:4, 30:17, 44:4
**arguments** [2] - 20:1, 34:24
**arise** [1] - 37:17
**around** [2] - 31:3, 38:2
**as** [74] - 4:2, 5:2, 10:3, 12:6, 12:7, 12:14, 12:22, 13:14, 13:19, 15:22, 15:25, 16:3, 16:18, 17:17, 20:7, 22:25, 23:8, 24:25, 25:4, 25:8, 25:25, 26:10, 28:9, 30:4, 30:17, 31:2, 31:9, 31:16, 32:19, 34:7, 34:24, 36:13, 36:14, 37:9, 37:18, 39:3, 40:4, 40:24, 40:25, 41:17, 42:23, 43:23, 43:25, 44:10, 44:11, 44:13, 44:14, 45:3, 45:14, 48:1, 48:3, 52:8, 53:5, 53:22, 54:9, 55:19, 55:21
**aside** [1] - 25:9
**ask** [4] - 14:23, 36:8, 48:21, 53:18
**asked** [5] - 8:19, 18:15, 25:3, 28:2, 54:24
**asking** [3] - 28:10, 55:21
**aspersions** [1] - 46:21
**assignment** [1] - 31:5
**assigns** [1] - 30:20
**assistant** [3] - 5:12, 12:22, 53:13
**assistant's** [1] - 4:1
**assume** [1] - 44:22
**at** [39] - 6:4, 6:12, 10:24, 12:8, 12:10, 12:22, 14:18, 17:18, 18:3, 18:16, 19:7, 23:4, 23:11, 24:23, 25:18, 25:25, 28:17, 31:4, 31:6, 34:23, 34:24, 35:8, 35:15, 36:21, 40:22, 43:22, 44:4, 44:13, 47:10, 47:23, 50:15, 50:25, 51:10, 53:7, 54:21, 54:22, 55:24, 56:6
**attached** [7] - 14:19, 24:25, 25:1, 46:12, 47:21, 48:3
**attaches** [2] - 25:3, 47:22
**attacked** [2] - 27:13, 35:20
**attempting** [1] - 38:11
**attended** [1] - 7:9
**attorney** [4] - 21:12, 21:17, 34:15, 39:7
**attorney-client** [2] - 21:12, 21:17
**attorneys** [1] - 22:4
**audiotapes** [4] - 15:21, 16:9, 18:19, 19:13
**authentic** [1] - 50:25

| | | |
|---|---|---|
| **authenticity** [1] - 20:1 | **benefactor** [1] - 34:12 | 25:6, 28:17, 31:9, 34:12, 34:25, 37:19, |

**authenticity** [1] - 20:1
**avoid** [1] - 16:2
**aware** [3] - 20:18, 34:10, 51:19
**away** [4] - 16:1, 17:1, 17:9, 33:20
**Ayres** [2] - 3:21, 4:2

## B

**B** [4] - 19:19, 26:3, 26:9, 44:25
**back** [13] - 4:4, 11:20, 16:13, 17:25, 18:9, 24:16, 32:24, 37:24, 43:13, 43:15, 46:13, 54:17, 55:14
**background** [1] - 15:6
**backs** [1] - 7:24
**Baker** [2] - 12:23, 53:12
**Ballesteros** [2] - 33:2, 43:16
**bank** [1] - 10:25
**bankers** [1] - 10:24
**bar** [3] - 16:15, 24:9, 35:9
**Bar** [2] - 16:23, 24:9
**bare** [1] - 15:6
**Barnhart** [1] - 13:15
**based** [5] - 5:21, 8:18, 35:1, 51:23
**basically** [5] - 5:12, 6:22, 8:6, 34:22, 39:8
**basis** [9] - 33:9, 36:10, 39:13, 45:1, 46:14, 52:4, 52:8, 55:1
**be** [40] - 4:8, 6:24, 6:25, 9:17, 9:18, 14:15, 15:3, 15:15, 16:9, 19:23, 20:15, 22:2, 29:18, 31:15, 32:23, 33:23, 34:10, 36:6, 38:24, 39:14, 39:18, 39:21, 40:21, 41:5, 44:3, 44:10, 44:11, 44:15, 44:19, 45:22, 47:9, 51:3, 51:24, 52:10, 52:11, 54:5, 54:7, 55:12, 56:1
**bearing** [1] - 17:15
**because** [20] - 12:15, 13:1, 14:8, 14:13, 15:19, 16:25, 17:13, 21:16, 26:18, 29:21, 34:11, 34:15, 37:17, 42:8, 44:13, 45:21, 46:7, 49:6, 50:25, 52:10
**becomes** [1] - 33:23
**been** [22] - 6:19, 12:17, 13:23, 14:7, 15:21, 16:19, 19:24, 23:3, 23:21, 25:8, 26:23, 32:2, 33:14, 33:25, 34:14, 34:25, 36:1, 38:3, 38:24, 43:7, 44:14, 46:21
**BEFORE** [1] - 1:15
**before** [18] - 6:15, 16:11, 16:20, 19:2, 19:13, 19:18, 22:24, 23:9, 23:23, 24:16, 35:25, 37:10, 41:20, 41:24, 48:8, 48:11, 49:17, 53:4
**behalf** [4] - 4:23, 8:4, 17:24, 24:16
**being** [9] - 10:1, 21:11, 22:13, 25:19, 34:12, 37:12, 46:2, 46:10, 49:15
**belabor** [1] - 22:7
**belief** [2] - 23:3, 43:25
**beliefs** [1] - 44:3
**believe** [11] - 3:4, 3:8, 14:14, 19:14, 25:15, 26:14, 42:11, 42:12, 45:2, 46:15, 50:6
**believed** [1] - 51:4
**believes** [1] - 50:25

**benefactor** [1] - 34:12
**benefit** [1] - 18:4
**best** [3] - 52:9, 53:21, 57:3
**better** [3] - 3:15, 3:16, 3:17
**between** [18] - 6:12, 7:1, 8:14, 8:19, 9:17, 10:22, 12:14, 21:7, 25:4, 27:16, 32:10, 32:11, 32:19, 32:25, 37:9, 45:19, 46:25, 47:23
**beyond** [1] - 35:18
**bind** [1] - 29:21
**Bissonnet** [1] - 1:19
**bit** [2] - 33:5, 36:10
**blackmail** [1] - 18:7
**blanks** [1] - 21:1
**blocking** [1] - 24:7
**blog** [10] - 7:16, 7:17, 9:1, 9:2, 9:14, 9:19, 10:9, 11:13, 26:19, 48:10
**blogs** [1] - 10:16
**blower** [1] - 16:5
**blowers** [4] - 15:20, 16:7, 37:19, 37:25
**borrower** [3] - 15:16, 17:3, 18:2
**boss** [3] - 5:22, 6:5, 6:6
**boss's** [2] - 6:1, 6:3
**both** [5] - 16:12, 17:2, 19:15, 21:8, 48:2
**bottom** [3] - 20:19, 22:8, 44:24
**Botts** [2] - 12:23, 53:12
**box** [1] - 28:12
**Brannon** [1] - 55:1
**breaking** [2] - 38:7, 38:8
**BREITENWISCHER** [2] - 1:22, 2:2
**Breitenwischer** [8] - 3:7, 3:12, 4:24, 16:19, 33:7, 36:20, 51:9, 52:1
**Brief** [1] - 4:13
**brief** [6] - 15:3, 15:6, 44:20, 49:23, 54:10
**briefed** [1] - 48:1
**briefing** [1] - 23:23
**briefly** [2] - 16:8, 47:8
**briefs** [1] - 52:5
**bringing** [1] - 44:12
**brings** [1] - 16:5
**brought** [1] - 13:7
**BRYAN** [1] - 1:22
**bucks** [2] - 15:10, 15:18
**bunch** [1] - 27:9
**business** [1] - 21:14
**busted** [1] - 24:3
**but** [47] - 4:2, 6:25, 7:4, 8:15, 10:15, 10:25, 11:3, 13:6, 14:4, 16:8, 17:24, 20:1, 21:16, 22:7, 22:18, 22:21, 23:8, 24:22, 24:23, 27:1, 27:19, 27:24, 28:25, 29:5, 29:9, 29:13, 29:20, 29:25, 30:21, 31:3, 31:18, 32:5, 32:16, 32:19, 34:7, 34:23, 35:10, 37:8, 40:20, 44:19, 45:15, 46:22, 47:4, 47:5, 50:9, 51:17, 56:2
**buy** [1] - 6:6
**by** [30] - 1:24, 4:10, 7:15, 8:3, 11:2, 11:6, 12:16, 15:22, 19:7, 23:10, 24:7,

25:6, 28:17, 31:9, 34:12, 34:25, 37:19, 38:4, 38:20, 41:19, 41:22, 42:1, 45:12, 46:11, 48:9, 49:9, 54:10, 56:1

## C

**C** [1] - 3:1
**call** [10] - 7:17, 13:20, 14:24, 15:8, 18:17, 27:2, 34:11, 40:4, 40:6, 40:10
**called** [3] - 5:10, 11:5, 15:10
**calling** [1] - 13:25
**calls** [1] - 10:15
**came** [2] - 15:20, 37:25
**camera** [1] - 3:14
**can** [22] - 3:14, 11:12, 14:4, 14:10, 18:16, 19:1, 19:9, 25:25, 29:2, 38:9, 39:17, 39:23, 40:21, 43:23, 44:10, 44:20, 47:4, 47:11, 49:5, 49:6, 49:24, 54:13
**can't** [11] - 3:24, 4:1, 10:6, 12:21, 13:7, 19:23, 22:5, 28:13, 29:8, 30:22, 48:12
**candor** [1] - 35:9
**cannot** [3] - 25:11, 31:12, 46:22
**capture** [1] - 33:21
**car** [1] - 6:6
**Carson** [2] - 4:7, 36:20
**CARSON** [1] - 4:8
**Carter** [1] - 13:15
**case** [83] - 5:5, 7:12, 8:11, 8:13, 8:15, 10:25, 11:3, 12:6, 12:8, 13:4, 13:10, 13:11, 14:9, 14:18, 15:5, 15:9, 17:10, 20:15, 20:18, 21:19, 26:11, 27:7, 29:16, 29:18, 29:22, 30:1, 30:4, 30:5, 30:12, 30:15, 31:7, 31:10, 31:11, 31:14, 31:16, 31:21, 31:23, 32:3, 32:5, 32:11, 32:13, 32:25, 33:1, 33:7, 35:18, 36:3, 36:7, 36:17, 36:21, 36:25, 37:10, 37:12, 38:1, 38:11, 38:25, 39:6, 39:7, 39:22, 40:2, 40:24, 43:8, 43:16, 43:19, 43:22, 44:13, 44:18, 45:11, 46:8, 51:11, 51:15, 51:17, 52:10, 52:12, 53:5, 53:21, 53:23, 54:8, 54:22, 55:2
**cases** [15] - 5:15, 10:21, 15:22, 16:12, 18:3, 24:11, 25:22, 26:1, 35:17, 36:1, 37:17, 38:18, 44:10, 45:16
**caught** [1] - 55:9
**cause** [2] - 23:24, 38:10
**caused** [1] - 23:24
**causes** [1] - 22:3
**cease** [1] - 8:19
**cell** [1] - 28:14
**central** [4] - 40:9, 40:16, 40:18, 40:20
**certain** [2] - 26:18, 35:16
**certainly** [5] - 21:19, 25:7, 29:13, 41:9, 41:17
**certainty** [1] - 41:17
**CERTIFICATE** [1] - 57:1
**certify** [1] - 57:3
**chaff** [2] - 36:1, 39:4
**chance** [2] - 23:17, 51:16

change [2] - 3:13, 30:23
chin [1] - 3:14
Choudhri [25] - 5:10, 6:14, 15:23, 15:24, 17:19, 17:22, 18:6, 18:15, 18:19, 19:12, 19:22, 20:2, 20:13, 21:2, 21:8, 21:24, 25:4, 27:11, 31:10, 34:13, 36:5, 42:6, 45:9, 45:11, 47:23
Choudhri's [1] - 22:15
Chris [20] - 3:12, 4:23, 5:11, 5:20, 6:11, 6:13, 6:18, 6:22, 7:4, 7:10, 11:6, 11:8, 16:7, 27:3, 27:12, 38:7, 42:6, 46:12, 47:22, 50:7
CHRISTOPHER [2] - 1:22, 2:1
Christopher [2] - 3:6, 5:1
Circuit [17] - 8:6, 8:9, 8:16, 8:22, 11:19, 12:16, 28:4, 30:17, 31:20, 32:4, 42:24, 48:1, 48:12, 49:4, 49:18, 49:23, 50:2
circumstantial [3] - 45:14, 45:16, 53:7
cited [2] - 25:23, 26:1
claim [3] - 12:16, 46:22, 47:20
claiming [4] - 13:13, 13:15, 13:16, 31:4
claims [9] - 8:18, 9:13, 22:5, 30:20, 31:5, 34:16, 34:17, 51:23, 51:25
clear [8] - 16:3, 18:11, 19:22, 23:9, 25:22, 39:4, 41:21, 51:25
clearly [6] - 13:7, 19:20, 25:11, 26:14, 35:19, 49:17
client [21] - 7:1, 7:14, 8:19, 9:18, 10:24, 12:3, 12:15, 12:18, 13:1, 21:12, 21:13, 21:17, 24:22, 27:7, 27:9, 27:12, 28:20, 29:6, 31:3, 51:8
clients [12] - 8:5, 8:14, 12:7, 12:24, 15:23, 31:2, 41:2, 42:5, 43:25, 44:3, 44:7, 45:1
collateral [8] - 15:12, 16:1, 16:17, 17:1, 17:4, 17:9, 18:8, 24:3
combined [1] - 29:18
come [5] - 4:3, 11:7, 27:3, 33:16, 42:23
comment [1] - 46:1
committed [2] - 37:18, 37:23
communication [1] - 12:19
communications [2] - 11:2, 14:11
Companies [1] - 6:14
companies [1] - 5:9
companion [1] - 43:19
company [16] - 5:18, 5:19, 6:23, 15:10, 16:13, 17:9, 24:2, 30:17, 30:18, 30:20, 30:21, 30:23, 30:24, 30:25, 31:18
complaining [1] - 38:11
complaint [1] - 24:9
complaints [1] - 16:15
complete [1] - 18:20
completely [2] - 37:17, 51:15
comply [2] - 27:19, 27:20
computer [4] - 1:25, 4:1, 4:19, 51:16
concealed [1] - 15:22
concerning [1] - 45:20
concerted [1] - 28:7

concluded [1] - 37:25
concrete [2] - 26:2, 26:8
conduct [1] - 38:12
CONFERENCE [1] - 1:14
confession [1] - 45:15
confidential [3] - 49:2, 50:13, 53:1
confirmed [4] - 22:22, 22:23, 22:24
conflated [1] - 46:2
conformity [1] - 39:14
confrontation [1] - 7:25
confronted [1] - 48:9
confuse [2] - 23:25, 24:1
Congress [2] - 14:14
conjectural [2] - 26:4, 26:9
connection [1] - 32:18
consciousness [1] - 34:22
consent [10] - 23:4, 23:10, 28:17, 28:18, 40:2, 40:4, 40:12, 41:22, 45:13
consented [1] - 19:7
consistent [1] - 23:2
consistently [1] - 34:12
conspiracy [4] - 13:16, 13:17, 32:20, 32:25
consulting [1] - 10:15
contacted [1] - 4:10
contained [1] - 6:23
contents [1] - 24:19
contest [2] - 42:2, 42:3
contested [1] - 19:25
contingent [1] - 38:17
continue [1] - 55:4
contract [2] - 10:13, 10:14
contrary [1] - 14:14
conversation [10] - 10:19, 10:23, 12:15, 17:18, 19:8, 23:6, 23:11, 28:15, 40:11
conversations [8] - 5:22, 5:24, 5:25, 7:11, 8:19, 9:17, 19:17, 19:18
convert [1] - 52:15
convey [1] - 17:1
conveyance [1] - 17:2
cookie [1] - 55:9
copies [1] - 25:18
copy [5] - 9:13, 25:2, 49:2, 49:9, 49:13
corporate [1] - 39:8
correct [6] - 10:10, 40:11, 45:24, 56:20, 57:3
correctly [1] - 56:18
corrupt [1] - 9:5
corruption [1] - 9:3
could [12] - 3:13, 4:18, 6:25, 13:6, 21:1, 22:2, 25:10, 29:10, 35:5, 44:11, 51:16, 52:10
counsel [5] - 5:8, 15:22, 16:23, 18:13, 48:19
counterclaims [1] - 44:14
County [1] - 49:7
couple [2] - 42:13, 55:15
court [37] - 7:6, 7:11, 7:13, 7:15, 8:17,

9:11, 9:12, 9:13, 10:2, 10:4, 11:9, 11:13, 11:15, 11:16, 11:17, 11:21, 11:23, 11:25, 12:1, 12:4, 12:5, 13:23, 13:25, 14:12, 20:5, 20:14, 21:21, 25:1, 25:19, 27:5, 31:2, 34:2, 34:4, 34:5, 35:17, 37:13, 43:4
COURT [137] - 1:1, 3:2, 3:10, 3:13, 3:17, 3:19, 3:24, 4:3, 4:6, 4:12, 4:14, 4:21, 4:25, 5:3, 5:7, 6:8, 6:17, 8:9, 8:12, 8:24, 9:7, 9:11, 9:23, 10:8, 10:11, 11:15, 11:20, 11:25, 12:4, 12:9, 12:12, 14:16, 14:18, 14:22, 19:5, 20:5, 20:10, 23:1, 23:6, 23:10, 23:16, 24:7, 24:13, 24:15, 25:14, 25:16, 25:19, 25:21, 26:16, 29:15, 29:18, 29:22, 29:24, 30:1, 30:7, 30:9, 30:14, 31:7, 31:11, 31:13, 31:16, 31:21, 31:25, 32:2, 32:6, 32:10, 32:15, 33:4, 34:2, 34:4, 36:8, 36:10, 36:13, 36:18, 37:1, 37:4, 37:12, 37:15, 37:21, 39:10, 39:25, 40:3, 40:7, 40:9, 40:13, 40:15, 41:1, 41:5, 41:10, 41:13, 41:16, 42:13, 42:17, 42:19, 43:3, 43:8, 43:11, 43:14, 44:2, 44:22, 45:5, 45:7, 45:20, 47:2, 47:10, 47:16, 48:18, 48:22, 49:4, 49:17, 49:20, 50:15, 50:18, 51:13, 51:20, 51:22, 52:15, 52:19, 52:22, 53:15, 53:18, 53:20, 54:1, 54:3, 54:5, 54:8, 54:11, 54:13, 54:17, 54:22, 55:16, 55:18, 56:1, 56:8, 56:11, 56:14, 56:20
Court [20] - 2:8, 2:8, 2:9, 15:5, 17:13, 17:14, 19:13, 19:19, 23:9, 35:10, 39:1, 41:24, 46:24, 48:2, 49:7, 54:10, 55:23, 57:2, 57:6
Court's [1] - 27:21
court-ordered [1] - 20:14
courthouse [1] - 10:18
courtroom [1] - 48:9
courts [16] - 9:22, 11:11, 13:23, 15:25, 18:5, 19:25, 23:23, 23:25, 42:4, 42:13, 42:17, 42:21, 43:1, 46:11, 53:4
cover [2] - 23:25, 24:1
craft [1] - 28:21
create [1] - 17:1
created [1] - 30:16
creates [1] - 30:18
credible [2] - 21:22, 22:1
creditors' [1] - 16:2
crime [3] - 21:10, 21:14, 21:18
crime-fraud [2] - 21:14, 21:18
criminal [3] - 13:13, 13:20, 20:17
critical [3] - 53:22, 54:8
CRR [2] - 2:8, 57:2
CSR [2] - 2:8, 57:2
current [1] - 35:1
currently [1] - 44:13
cut [5] - 29:7, 34:21, 35:24, 36:1, 39:3
cutting [1] - 37:21

## D

D [4] - 3:1, 46:13, 47:23, 47:24
damage [1] - 28:11
damages [10] - 24:21, 25:24, 26:4, 26:8, 28:9, 54:18, 54:23, 56:3, 56:7
date [4] - 32:14, 49:6, 49:24, 50:2
dated [1] - 46:13
dates [1] - 28:24
David [1] - 38:18
day [8] - 8:25, 18:14, 21:23, 23:22, 28:6, 33:20, 50:1
deadlines [1] - 43:20
deal [3] - 11:23, 39:1, 52:8
dealt [1] - 16:22
debt [2] - 18:2, 24:12
debtor [3] - 15:17, 17:3, 21:22
debtors [1] - 15:12
decade [2] - 5:9, 6:20
December [2] - 47:14, 47:15
decide [1] - 39:16
declaration [4] - 19:15, 22:15, 22:23, 33:12
declarations [1] - 19:16
decline [1] - 20:10
deed [1] - 28:21
defamation [1] - 38:19
default [1] - 17:3
defects [1] - 46:17
defend [3] - 12:21, 12:25, 13:6
defendant [6] - 21:18, 21:19, 23:19, 36:14, 40:22, 42:10
DEFENDANT [1] - 2:4
Defendants [3] - 3:7, 5:2, 40:22
DEFENDANTS [2] - 1:22, 2:1
defendants [5] - 16:11, 19:2, 23:20, 36:17, 41:22
defending [2] - 44:9, 44:12
defense [2] - 15:9, 43:24
definition [1] - 14:1
defraud [2] - 15:25, 21:6
defrauded [1] - 34:12
defrauding [2] - 16:16, 18:4
defuse [1] - 55:10
delay [2] - 10:19, 17:11
deleted [1] - 29:2
deny [2] - 44:23, 52:4
depending [1] - 35:25
depo [1] - 27:19
depose [1] - 26:23
deposed [4] - 20:4, 22:19, 22:21, 26:23
deposition [8] - 20:14, 22:10, 26:22, 26:24, 27:15, 33:10, 33:15
depositions [2] - 36:3, 36:5
Derrick [1] - 36:20
described [1] - 7:25
desist [1] - 8:20
despite [1] - 23:22

detail [1] - 7:25
determining [1] - 41:6
device [1] - 6:2
dial [1] - 55:14
DIAMANT [28] - 2:4, 3:4, 4:22, 24:14, 24:17, 25:15, 25:17, 25:20, 25:22, 45:25, 47:4, 47:7, 47:12, 47:18, 47:21, 47:25, 48:21, 48:24, 49:5, 49:19, 49:21, 50:2, 50:10, 51:14, 51:21, 54:9, 55:20, 56:18
Diamant [6] - 2:5, 3:5, 4:22, 34:25, 55:14, 55:18
did [20] - 18:20, 18:22, 20:2, 20:10, 21:20, 25:14, 26:23, 29:16, 32:8, 32:23, 34:19, 35:11, 39:9, 40:6, 40:11, 42:4, 47:5, 48:14, 48:19, 55:18
Did [1] - 28:19
didn't [10] - 7:6, 11:23, 22:10, 24:10, 27:20, 30:24, 32:13, 33:15, 42:7, 46:1
difference [4] - 32:10, 37:9, 46:24, 49:16
different [10] - 4:19, 5:14, 9:22, 10:21, 10:25, 38:14, 45:21, 46:4, 49:1, 52:20
difficult [1] - 32:23
diligence [5] - 18:20, 21:20, 22:24, 23:8, 41:22
directly [1] - 48:8
disagree [1] - 55:8
disappear [2] - 51:17, 51:19
disciplinary [1] - 16:23
discovery [4] - 10:21, 39:19, 52:13, 56:19
discrete [3] - 34:24, 39:2, 39:3
discuss [1] - 12:19
discussion [1] - 44:23
dismiss [7] - 8:17, 43:17, 44:21, 47:19, 50:21, 52:6, 52:12
dismissed [3] - 42:24, 42:25, 43:2
dismisses [1] - 51:11
dispute [5] - 6:4, 6:12, 6:15, 33:22, 41:9
disputing [1] - 45:12
disqualification [3] - 13:17, 14:7, 44:17
disqualifications [2] - 13:14, 43:15
disqualify [4] - 35:21, 36:11, 44:23, 52:3
dissemination [1] - 45:23
District [7] - 2:9, 2:9, 24:24, 48:2, 49:7, 57:2
DISTRICT [3] - 1:1, 1:1, 1:15
diversity [3] - 26:10, 35:18, 40:2
DIVISION [1] - 1:2
Do [1] - 39:14
do [35] - 4:19, 7:16, 10:12, 10:13, 10:14, 12:25, 13:24, 16:8, 16:21, 17:23, 18:16, 24:10, 24:14, 24:15, 25:13, 29:16, 32:17, 32:18, 33:8, 34:4, 36:21, 37:11, 37:17, 38:1, 41:16, 42:7, 42:9, 43:20, 44:21, 50:24, 52:3, 53:13, 55:4,

57:3
docket [3] - 14:18, 47:11, 47:13
document [3] - 46:19, 48:1, 50:1
documents [5] - 9:9, 9:14, 15:21, 34:9, 47:25
does [12] - 5:25, 10:2, 10:10, 10:15, 11:11, 19:4, 31:7, 31:21, 34:23, 36:5, 38:2, 52:10
doesn't [14] - 6:2, 19:21, 21:5, 21:18, 23:18, 27:1, 27:18, 27:19, 28:17, 28:24, 29:14, 30:12, 46:6, 46:8
doing [8] - 5:18, 13:21, 14:1, 15:24, 21:2, 31:4, 55:11
Dolcefino [43] - 3:5, 4:22, 7:15, 8:25, 9:14, 9:16, 9:22, 9:25, 10:1, 10:9, 10:18, 10:22, 10:24, 11:4, 16:23, 24:13, 25:11, 25:14, 26:6, 26:13, 26:18, 26:19, 27:24, 28:6, 29:12, 29:13, 32:25, 34:16, 45:17, 45:21, 46:2, 46:7, 46:14, 46:23, 48:4, 48:7, 48:19, 48:20, 48:25, 50:5, 50:10, 52:22
DOLCEFINO [2] - 2:5, 55:13
Dolcefino's [3] - 11:12, 32:25, 52:25
don't [27] - 6:25, 7:2, 7:24, 9:23, 12:19, 27:4, 28:9, 28:21, 29:5, 29:9, 29:11, 29:20, 30:14, 32:4, 34:19, 37:6, 39:14, 41:1, 43:19, 44:2, 44:3, 45:15, 46:2, 49:2, 51:6, 51:24
done [10] - 10:20, 18:24, 26:20, 27:22, 35:25, 36:22, 37:10, 41:22, 51:23, 55:3
doubt [2] - 28:8, 31:23
DRINNON [44] - 2:1, 3:11, 4:23, 30:11, 33:3, 33:5, 34:3, 34:6, 36:9, 36:12, 36:16, 36:19, 36:24, 38:7, 39:5, 41:7, 42:16, 42:22, 43:6, 44:5, 44:8, 45:3, 45:6, 47:6, 47:15, 47:17, 47:19, 47:24, 50:12, 50:14, 50:16, 50:20, 52:14, 52:17, 53:25, 54:2, 54:4, 54:6, 54:12, 54:15, 55:8, 55:17, 56:12, 56:17
Drinnon [6] - 3:11, 4:23, 33:6, 39:3, 43:21, 50:19
drive [2] - 6:21, 6:22
dubious [1] - 51:22
due [5] - 18:20, 21:20, 22:24, 23:8, 41:22
during [2] - 5:21, 33:15

## E

E [3] - 1:9, 3:1
e [8] - 6:24, 15:21, 22:16, 28:17, 45:18
e-mail [3] - 22:16, 28:17
e-mails [5] - 6:24, 15:21, 45:18
each [2] - 39:12, 53:20
EARL [1] - 1:18
earlier [1] - 46:1
early [2] - 7:9, 13:4
easiest [1] - 55:10
easily [1] - 17:12
ECPA [1] - 24:18

edit [2] - 29:2, 29:11
edited [2] - 29:12, 29:13
efficient [2] - 39:17
effort [3] - 26:5, 26:7, 28:8
either [4] - 16:12, 33:9, 34:19, 41:9
Electronic [1] - 11:24
electronic [4] - 9:12, 11:2, 14:11, 29:8
Ellison [8] - 13:10, 13:21, 27:12, 29:16, 29:23, 30:21, 36:3, 42:25
Ellison's [7] - 31:7, 31:21, 31:22, 32:3, 32:11, 37:13, 43:8
else [5] - 7:3, 7:25, 14:13, 26:16, 46:3
employed [2] - 7:15, 11:6
employee [2] - 5:10, 53:11
employer [2] - 6:13, 7:6
end [3] - 35:5, 35:15, 48:4
engaging [1] - 39:18
enjoin [1] - 20:9
enough [2] - 51:24, 53:7
ensure [2] - 21:20, 41:23
enter [1] - 4:9
entered [1] - 27:5
enterprise [3] - 13:20, 14:1, 14:3
entire [5] - 15:14, 17:19, 19:17, 21:3, 30:4
entities [2] - 7:16, 16:1
entitled [2] - 48:22, 57:4
entity [4] - 18:2, 21:7, 21:11, 31:5
entry [3] - 14:18, 47:11, 47:13
especially [1] - 13:23
essentially [1] - 37:25
establish [6] - 24:18, 25:10, 25:11, 26:2, 26:7
ET [3] - 1:7, 1:12, 1:23
ethical [1] - 44:9
evaluate [1] - 41:25
even [19] - 13:3, 14:2, 21:16, 21:17, 21:23, 22:8, 22:18, 24:17, 28:24, 30:25, 32:13, 42:10, 44:11, 44:25, 49:10, 51:2, 51:3, 55:7
event [1] - 48:6
events [1] - 48:8
ever [1] - 22:25
every [5] - 21:18, 21:19, 31:19, 42:7, 44:18
everybody [9] - 14:13, 24:6, 24:8, 24:11, 27:10, 41:9, 41:10, 41:11, 51:17
everyone [1] - 17:22
everything [7] - 6:24, 19:18, 22:24, 28:22, 34:23, 41:21, 46:3
evidence [35] - 16:5, 16:25, 17:7, 17:20, 18:22, 19:10, 19:11, 20:21, 21:21, 22:1, 22:6, 22:25, 23:7, 23:21, 24:4, 25:8, 30:4, 30:5, 38:4, 39:3, 39:4, 40:21, 40:22, 40:25, 41:12, 41:19, 41:20, 42:1, 42:9, 42:10, 45:15, 45:16, 47:9, 50:5, 53:8
evidenced [1] - 37:19
exact [2] - 20:8, 28:6

exactly [4] - 27:23, 34:3, 41:4, 55:11
examining [1] - 26:25
except [1] - 30:3
exception [4] - 10:3, 13:3, 21:15, 21:18
excited [1] - 20:18
excuse [1] - 50:18
excused [1] - 54:7
exhibit [1] - 14:6
Exhibit [5] - 19:14, 19:19, 46:13, 47:23, 47:24
exhibits [1] - 48:3
exist [3] - 19:4, 32:13, 32:23
existed [1] - 20:24
existence [1] - 16:9
exit [1] - 4:3
explain [3] - 5:6, 6:2, 21:3
expose [1] - 33:25
exposed [1] - 20:15
extremely [1] - 41:21
Exxon [1] - 53:13

## F

fabricating [1] - 17:7
face [1] - 50:21
faced [1] - 7:23
facia [1] - 50:5
fact [19] - 14:9, 20:13, 23:25, 24:1, 25:9, 26:2, 27:22, 28:16, 33:10, 33:21, 40:14, 40:17, 42:2, 45:4, 45:13, 48:17, 49:12
facts [4] - 35:1, 37:18, 43:2, 51:7
factual [2] - 41:8, 46:21
factually [1] - 48:16
fail [1] - 26:12
failure [1] - 47:19
fair [2] - 10:3, 53:13
fairly [1] - 39:12
fake [2] - 16:1, 17:7
fallacies [1] - 15:4
false [3] - 26:21, 28:16, 48:16
fancy [1] - 14:1
Fannin [1] - 2:5
fantastical [1] - 33:17
far [5] - 28:9, 32:19, 34:7, 44:14, 51:24
father [3] - 6:11, 6:13, 6:18
federal [6] - 11:24, 13:23, 14:11, 20:17, 35:19, 53:4
fee [1] - 38:17
felonies [1] - 16:3
few [1] - 3:8
Fifth [17] - 8:6, 8:9, 8:16, 8:22, 11:19, 12:16, 28:4, 30:17, 31:20, 32:4, 42:24, 48:1, 48:12, 49:4, 49:18, 49:23, 50:2
fighting [1] - 19:24
figure [2] - 21:1, 52:11
figuring [1] - 5:4
file [6] - 8:24, 11:11, 14:12, 17:10,

19:5, 55:22
filed [50] - 8:1, 9:11, 9:20, 11:18, 11:19, 12:4, 12:8, 13:5, 13:9, 13:10, 13:11, 13:12, 13:13, 13:14, 14:7, 14:9, 16:15, 18:12, 22:8, 22:9, 22:11, 22:25, 23:8, 24:9, 24:24, 25:1, 25:6, 29:21, 30:5, 30:23, 31:23, 32:2, 32:5, 33:11, 35:21, 39:11, 43:17, 44:14, 46:10, 46:19, 47:13, 48:2, 49:8, 49:9, 49:20, 49:21, 49:23, 49:25, 50:2
files [5] - 8:5, 8:10, 8:16, 30:18
filing [11] - 8:6, 9:12, 9:13, 20:22, 22:6, 25:8, 26:20, 28:4, 31:1, 45:16, 50:7
filings [5] - 11:14, 34:2, 34:5, 53:4
fill [1] - 20:25
final [3] - 55:12, 55:19, 55:20
finally [1] - 19:23
find [7] - 10:2, 14:19, 41:1, 41:2, 47:2, 47:5, 47:11
fine [2] - 43:8, 51:17
finished [1] - 55:17
Firm [1] - 1:19
first [5] - 8:10, 37:2, 39:21, 41:5, 47:10
five [1] - 9:21
fix [1] - 4:18
flat [1] - 22:5
focus [1] - 16:8
focused [1] - 46:20
folks [2] - 12:14, 30:16
FOR [4] - 1:18, 1:22, 2:1, 2:4
for [85] - 3:5, 3:6, 3:21, 3:22, 4:7, 4:12, 4:16, 4:22, 5:1, 5:2, 5:8, 5:9, 5:11, 5:12, 5:19, 5:20, 6:20, 7:10, 9:22, 10:9, 10:16, 11:6, 12:15, 13:3, 13:22, 14:22, 16:16, 16:18, 16:20, 16:24, 17:13, 17:16, 17:21, 19:2, 19:10, 19:25, 20:13, 20:16, 20:21, 22:6, 24:6, 25:13, 26:10, 26:24, 27:3, 27:16, 28:10, 28:11, 29:3, 29:23, 30:3, 30:4, 30:5, 31:1, 32:9, 32:13, 34:5, 34:15, 34:17, 36:4, 36:10, 38:16, 38:18, 38:19, 39:7, 39:21, 39:22, 40:20, 41:21, 43:18, 44:11, 44:22, 45:18, 46:14, 47:6, 47:19, 48:19, 52:7, 52:9, 53:13, 54:18
foreclosure [1] - 17:11
foregoing [1] - 57:3
forgot [2] - 7:14, 26:25
formal [1] - 52:22
former [1] - 53:11
forward [10] - 15:20, 35:8, 35:10, 35:16, 35:19, 36:2, 38:1, 44:15, 51:7, 55:7
found [3] - 42:14, 42:20, 43:4
Fraga [4] - 7:2, 7:14, 9:18, 45:10
frame [1] - 5:21
frank [1] - 51:3
frankly [2] - 20:25, 51:24
fraud [7] - 8:17, 11:16, 11:17, 16:4, 21:14, 21:18, 33:25
fraudulent [2] - 16:4, 21:4

**friend** [1] - 17:7
**frivolous** [1] - 17:10
**from** [40] - 6:23, 9:3, 15:22, 17:9, 18:8, 18:18, 19:12, 20:21, 22:4, 23:2, 23:16, 25:2, 25:9, 25:15, 25:16, 25:17, 27:2, 27:15, 28:4, 28:6, 28:7, 33:15, 33:16, 33:20, 35:22, 37:1, 37:4, 37:17, 46:12, 49:1, 49:3, 49:4, 49:6, 50:23, 51:23, 52:25, 53:1, 57:4
**front** [2] - 27:12, 42:5
**froze** [1] - 51:15
**fully** [2] - 49:14, 56:2
**further** [5] - 18:18, 21:14, 22:3, 22:12, 56:9
**furthermore** [1] - 21:12

## G

**G** [1] - 3:1
**Galveston** [2] - 8:13, 32:5
**game** [2] - 10:3, 53:13
**gather** [1] - 56:11
**gathering** [1] - 11:1
**gave** [5] - 13:5, 18:12, 27:4, 49:2, 49:13
**generally** [1] - 13:22
**get** [18] - 6:9, 7:7, 11:12, 23:17, 24:22, 25:14, 28:12, 29:8, 36:2, 39:17, 41:16, 44:19, 44:24, 48:14, 48:20, 49:24, 54:13, 54:17
**gets** [6] - 14:13, 28:3, 32:14, 35:18, 50:22, 55:9
**getting** [3] - 6:8, 7:23, 34:21
**giant** [1] - 19:5
**give** [9] - 6:20, 14:20, 15:5, 17:9, 19:1, 20:15, 28:18, 40:12, 53:20
**given** [3] - 27:7, 45:11, 45:12
**giving** [2] - 11:10, 48:16
**go** [12] - 4:14, 10:11, 24:16, 33:4, 33:25, 35:8, 36:2, 37:11, 37:24, 50:19, 52:13, 55:10
**Go** [1] - 28:18
**goal** [2] - 38:24, 39:20
**God** [1] - 28:22
**goes** [9] - 6:18, 8:3, 10:25, 14:14, 29:3, 30:18, 31:2, 31:3, 34:8
**going** [25] - 4:19, 6:13, 14:23, 15:3, 15:5, 15:7, 15:15, 18:4, 21:2, 23:9, 35:7, 35:10, 35:16, 35:19, 38:2, 43:8, 44:15, 45:25, 46:3, 46:21, 51:7, 52:4, 55:2, 55:7
**gone** [1] - 53:7
**good** [4] - 3:19, 4:8, 4:25, 46:11
**Good** [1] - 3:5
**got** [30] - 6:4, 8:16, 8:21, 9:2, 10:14, 10:16, 10:19, 11:13, 13:17, 14:5, 16:13, 24:3, 27:2, 27:23, 28:4, 29:12, 30:21, 31:3, 44:6, 44:7, 46:10, 47:6, 48:12, 48:22, 48:25, 50:23, 52:5, 53:2, 55:1, 56:15

**government** [1] - 13:3
**grievance** [1] - 13:12
**grievances** [1] - 13:5
**grounds** [1] - 20:16
**Group** [2] - 1:22, 15:9
**group** [5] - 5:9, 5:13, 5:14, 8:5, 43:21
**guess** [4] - 5:9, 32:6, 34:14, 35:21
**guilty** [1] - 48:5
**Gump** [1] - 26:25
**guys** [1] - 39:11

## H

**H** [1] - 1:15
**had** [47] - 5:10, 6:6, 6:22, 6:24, 7:5, 9:25, 11:8, 12:3, 12:11, 15:21, 16:21, 18:21, 23:3, 23:7, 24:20, 24:23, 24:24, 24:25, 25:2, 25:11, 26:6, 26:19, 27:5, 27:12, 27:20, 29:5, 29:9, 29:12, 29:20, 31:19, 35:16, 37:9, 40:23, 42:3, 42:4, 42:7, 42:10, 42:12, 42:14, 45:1, 46:5, 46:7, 48:7, 48:13, 49:13, 50:9
**half** [3] - 15:17, 30:22, 42:3
**hall** [1] - 7:18
**hallmark** [1] - 34:22
**hand** [6] - 12:20, 28:23, 42:25, 44:21, 46:1, 51:11
**hands** [1] - 55:9
**hang** [6] - 23:16, 37:1, 47:10, 48:18, 49:5
**happen** [2] - 7:6, 51:12
**happened** [5] - 27:24, 33:19, 33:20, 38:12, 48:11
**happening** [1] - 55:12
**happens** [1] - 44:18
**harass** [2] - 24:5, 38:23
**hard** [3] - 5:4, 6:21, 6:22
**Harris** [1] - 49:7
**has** [51] - 8:5, 8:16, 9:20, 10:22, 10:24, 12:17, 13:9, 13:10, 13:14, 13:21, 17:14, 19:24, 20:21, 23:24, 24:10, 24:18, 26:2, 27:7, 27:9, 27:24, 28:20, 29:6, 29:22, 30:2, 30:5, 30:13, 31:5, 31:18, 32:17, 32:18, 32:20, 33:14, 33:25, 34:13, 34:16, 35:9, 35:11, 36:3, 36:4, 36:14, 36:21, 38:1, 38:24, 42:25, 43:4, 43:21, 45:11, 50:17, 51:9
**hasn't** [2] - 16:22, 44:14
**have** [64] - 3:8, 4:1, 5:25, 7:21, 8:22, 11:21, 13:1, 13:3, 14:12, 16:8, 22:10, 22:16, 24:10, 24:15, 25:7, 27:13, 27:17, 27:25, 28:9, 28:22, 29:13, 30:12, 32:2, 32:8, 33:8, 33:10, 33:11, 33:23, 34:4, 34:21, 34:25, 35:2, 35:7, 35:8, 38:3, 39:11, 39:13, 39:16, 41:1, 41:2, 41:21, 42:14, 42:17, 42:20, 44:19, 45:14, 45:15, 45:22, 46:11, 46:14, 46:21, 48:10, 50:1, 50:5, 50:22, 51:24, 52:7, 52:21, 53:9, 53:10, 53:14
**having** [8] - 5:4, 10:18, 12:14, 12:15,

12:23, 17:8, 20:15, 48:11
**Hayden** [2] - 5:18, 6:11
**he** [168] - 5:10, 5:11, 5:12, 5:13, 5:18, 5:22, 6:1, 6:2, 6:3, 6:4, 6:5, 6:24, 7:18, 7:23, 7:24, 8:5, 8:10, 8:15, 8:16, 8:18, 9:2, 9:3, 9:4, 9:13, 9:18, 10:3, 10:4, 10:10, 10:15, 10:16, 10:19, 10:22, 11:3, 11:4, 11:5, 11:11, 11:13, 11:18, 12:11, 13:11, 13:19, 13:20, 13:21, 14:4, 14:8, 14:23, 15:15, 17:5, 17:23, 17:24, 18:14, 18:16, 18:18, 19:16, 19:21, 20:1, 20:14, 20:16, 21:9, 21:25, 22:10, 22:11, 22:19, 22:21, 24:3, 24:8, 24:10, 24:23, 24:24, 24:25, 25:2, 25:9, 25:10, 25:18, 26:2, 26:4, 26:5, 26:7, 26:21, 27:2, 27:10, 27:11, 27:18, 27:19, 27:20, 27:24, 28:2, 28:3, 28:4, 28:14, 28:22, 29:1, 30:1, 30:5, 30:12, 30:14, 30:18, 30:20, 30:21, 31:2, 31:21, 31:22, 32:5, 32:8, 32:16, 32:22, 33:12, 33:15, 33:18, 33:19, 34:16, 34:17, 35:4, 35:5, 35:6, 35:9, 35:11, 35:12, 35:20, 38:18, 39:6, 42:4, 42:5, 42:7, 43:21, 44:6, 44:9, 44:10, 44:11, 45:21, 46:5, 46:22, 48:9, 48:10, 48:12, 48:13, 48:14, 49:3, 49:8, 49:10, 49:11, 49:12, 50:9, 50:17, 50:22, 50:24, 50:25, 51:1, 51:4, 51:8, 52:21, 53:2, 53:3, 53:5, 55:14, 56:4
**he'd** [1] - 26:23
**he'll** [2] - 10:2, 34:23
**He's** [1] - 10:12
**he's** [59] - 5:24, 8:19, 9:2, 9:8, 9:12, 9:13, 9:22, 10:12, 10:13, 10:14, 13:10, 13:12, 13:13, 13:15, 13:16, 13:17, 13:23, 13:25, 14:5, 14:8, 14:9, 16:21, 18:17, 19:22, 20:1, 20:4, 20:17, 20:18, 22:21, 24:4, 24:11, 26:10, 27:25, 28:14, 28:16, 29:11, 30:12, 31:1, 31:3, 31:4, 31:19, 31:20, 31:23, 38:18, 38:22, 40:5, 43:18, 43:25, 44:2, 44:11, 48:21, 48:22, 53:1, 56:3
**head** [1] - 40:1
**hear** [9] - 3:24, 7:24, 11:7, 23:16, 28:15, 37:1, 37:4, 38:9, 51:16
**HEARD** [1] - 1:15
**heard** [7] - 7:19, 10:22, 10:23, 27:25, 33:8, 52:20, 56:18
**hearing** [1] - 54:19
**hearings** [2] - 7:9, 42:4
**help** [1] - 24:11
**her** [1] - 4:1
**here** [22] - 4:7, 9:5, 12:20, 15:7, 15:8, 19:24, 22:19, 22:20, 23:20, 31:3, 33:23, 35:15, 35:18, 36:13, 36:14, 40:20, 43:18, 44:9, 46:3, 48:21, 50:11, 55:12
**Here's** [1] - 53:14
**here's** [2] - 39:11, 43:12
**hereby** [1] - 57:3
**herring** [1] - 44:18
**hey** [1] - 14:16

**Hibbard** [2] - 43:17, 52:1
**hide** [2] - 27:22, 35:13
**him** [28] - 4:11, 5:11, 5:17, 6:20, 10:17, 13:8, 13:18, 13:21, 17:7, 18:7, 18:8, 18:15, 18:19, 21:24, 21:25, 25:4, 25:13, 27:4, 27:16, 28:2, 36:15, 47:23, 48:11, 48:21, 49:2, 49:13, 49:14
**himself** [5] - 21:9, 35:22, 36:14, 45:3, 45:5
**hired** [3] - 10:12, 34:16
**his** [63] - 5:17, 5:18, 5:22, 5:24, 6:1, 6:5, 6:6, 7:1, 7:16, 8:14, 9:1, 9:14, 9:19, 10:13, 11:7, 12:7, 14:1, 14:24, 15:22, 17:8, 17:24, 18:13, 20:16, 22:14, 22:22, 24:2, 24:15, 24:23, 26:5, 26:19, 26:21, 26:25, 27:3, 27:19, 28:3, 28:15, 29:1, 29:4, 29:16, 30:4, 30:5, 30:12, 31:2, 33:11, 33:15, 33:16, 33:19, 36:20, 42:8, 42:9, 43:24, 43:25, 44:2, 44:3, 46:8, 48:10, 48:23, 56:4
**hises** [1] - 6:8
**history** [2] - 9:25, 11:4
**hit** [3] - 10:13, 10:14, 40:1
**Holdings** [1] - 32:17
**Honor** [36] - 3:4, 3:6, 3:18, 4:5, 5:8, 14:17, 15:1, 15:2, 16:12, 19:9, 20:4, 20:12, 23:14, 33:3, 33:24, 34:6, 36:24, 37:6, 37:14, 39:24, 40:18, 41:4, 41:9, 48:7, 50:17, 52:14, 52:17, 52:18, 54:12, 54:15, 54:16, 55:8, 55:13, 56:13, 56:17, 56:22
**HONORABLE** [1] - 1:15
**hope** [2] - 54:13, 56:15
**hopefully** [2] - 39:3, 54:1
**hoping** [1] - 39:1
**hourly** [1] - 16:18
**HOUSTON** [3] - 1:2, 1:5, 1:11
**Houston** [4] - 1:20, 2:3, 2:6, 2:11
**how** [22] - 6:25, 12:25, 21:6, 25:14, 26:12, 27:23, 28:13, 29:5, 30:1, 32:20, 35:5, 35:17, 41:16, 44:6, 45:16, 48:14, 48:19, 49:10, 49:12, 50:13, 53:2, 54:3
**however** [1] - 34:11
**huh** [1] - 30:15
**hypothetical** [2] - 26:4, 26:9

# I

**i** [5] - 31:12, 37:3, 51:20, 52:3, 53:17
**I** [179] - 3:1, 3:4, 3:8, 3:11, 3:14, 3:22, 3:24, 4:1, 4:2, 4:10, 4:18, 4:20, 5:6, 5:9, 5:15, 6:9, 7:2, 7:9, 7:13, 7:14, 7:15, 7:18, 7:21, 7:24, 8:12, 8:14, 8:22, 9:20, 9:23, 9:25, 10:16, 10:18, 11:4, 11:20, 11:21, 12:13, 12:19, 12:21, 12:25, 13:6, 13:7, 13:25, 14:6, 14:13, 14:19, 15:8, 19:9, 19:13, 21:19, 22:7, 22:10, 22:15, 22:16, 23:15, 23:25, 24:14, 24:16, 25:15, 25:17, 26:12, 26:16, 26:23, 26:24, 26:25, 27:20, 27:24, 27:25, 28:2,

28:9, 28:18, 29:6, 29:20, 29:21, 30:14, 32:4, 32:6, 32:8, 32:23, 33:11, 34:7, 34:14, 34:19, 34:20, 34:23, 35:15, 35:21, 35:22, 36:5, 36:6, 36:7, 36:8, 36:10, 36:19, 37:1, 37:6, 37:7, 37:8, 37:11, 39:9, 39:12, 39:13, 39:16, 39:24, 40:3, 40:19, 41:1, 41:2, 41:16, 42:5, 43:11, 43:12, 43:19, 44:2, 44:3, 44:6, 44:14, 44:21, 44:23, 45:25, 46:1, 46:2, 46:18, 46:20, 46:23, 47:1, 47:2, 47:4, 47:8, 47:10, 47:11, 49:2, 49:5, 49:6, 49:24, 50:1, 51:6, 51:7, 51:10, 51:11, 51:16, 51:17, 51:18, 51:19, 51:24, 52:7, 52:15, 52:16, 52:18, 53:15, 54:4, 54:13, 54:21, 54:22, 55:11, 55:13, 55:17, 55:20, 55:21, 55:23, 56:2, 56:11, 56:14, 56:15, 56:18, 57:2
**I'd** [3] - 37:10, 45:18, 53:20
**I'll** [6] - 4:8, 4:9, 15:3, 24:21, 37:4, 52:8
**I'm** [43] - 3:11, 3:15, 3:22, 3:25, 4:2, 4:9, 4:16, 4:19, 5:4, 5:8, 6:8, 6:13, 6:18, 7:2, 8:13, 9:1, 11:22, 12:15, 12:21, 14:23, 15:3, 15:5, 22:16, 25:16, 28:10, 29:25, 32:5, 33:6, 34:15, 34:18, 37:22, 38:7, 38:17, 40:3, 40:8, 41:13, 45:18, 45:24, 51:17, 51:22, 52:4, 55:3
**i'm** [1] - 38:9
**I've** [15] - 7:5, 7:19, 8:21, 10:13, 22:8, 31:3, 34:14, 36:1, 47:6, 51:23, 52:5, 53:5, 54:24, 54:25, 56:15
**idea** [2] - 11:1, 14:10
**identify** [1] - 53:23
**if** [41] - 3:13, 8:21, 10:4, 12:22, 14:23, 19:1, 21:16, 21:17, 22:16, 23:18, 27:20, 30:4, 31:6, 32:5, 36:8, 37:10, 37:11, 39:9, 39:20, 39:22, 41:1, 41:2, 44:20, 45:1, 45:7, 45:24, 46:7, 47:4, 48:21, 51:2, 51:3, 51:19, 53:4, 53:12, 54:20, 54:25, 55:2, 55:23, 56:15, 56:18
**illegal** [6] - 10:7, 41:23, 42:12, 42:15, 42:20, 43:4
**illegality** [1] - 19:3
**illegally** [16] - 23:21, 24:19, 25:8, 25:10, 26:7, 26:15, 40:23, 41:2, 41:3, 41:13, 41:14, 46:5, 46:9, 46:15, 50:6, 50:8
**illuminating** [1] - 36:6
**immediately** [1] - 42:24
**imminent** [2] - 26:3, 26:8
**immune** [1] - 22:4
**immunity** [1] - 22:5
**important** [2] - 37:16, 38:5
**importantly** [2] - 17:24, 28:25
**impossible** [1] - 25:13
**impute** [1] - 44:2
**imputed** [1] - 43:25
**In** [2] - 14:9, 20:13
**in** [201] - 3:2, 4:4, 4:10, 4:13, 6:1, 6:3, 6:4, 6:8, 6:12, 6:20, 6:24, 7:10, 7:12, 7:13, 7:15, 7:18, 7:25, 8:6, 8:9, 8:15,

8:16, 8:22, 8:24, 9:3, 9:4, 9:8, 9:13, 9:14, 9:19, 9:21, 10:1, 10:2, 10:17, 10:21, 11:3, 11:9, 11:11, 11:15, 11:18, 11:20, 11:25, 12:4, 12:5, 12:6, 12:8, 12:13, 12:25, 13:1, 13:3, 13:4, 13:11, 13:12, 13:13, 13:16, 13:22, 13:23, 13:25, 14:3, 14:5, 14:9, 14:11, 14:12, 14:18, 15:4, 15:5, 15:9, 16:9, 16:12, 17:3, 17:4, 17:5, 17:8, 17:10, 17:19, 18:7, 18:11, 18:14, 19:5, 19:8, 19:10, 19:16, 19:21, 19:22, 19:24, 20:7, 20:18, 20:23, 20:25, 21:19, 21:21, 21:24, 22:4, 22:10, 22:12, 22:14, 22:15, 22:18, 23:1, 23:7, 23:25, 24:11, 24:22, 24:23, 24:24, 25:1, 25:3, 25:23, 26:2, 26:5, 26:13, 27:3, 27:7, 27:12, 27:19, 29:21, 30:12, 30:15, 30:25, 31:1, 31:10, 31:11, 31:13, 31:16, 31:19, 31:21, 31:22, 32:2, 32:5, 32:10, 32:13, 32:25, 33:1, 33:7, 33:9, 33:12, 33:21, 33:24, 34:2, 35:1, 35:11, 35:17, 36:1, 36:3, 36:4, 36:17, 36:25, 37:10, 37:12, 37:18, 37:25, 38:1, 38:12, 38:20, 39:6, 39:7, 39:14, 39:19, 39:21, 40:4, 42:4, 43:16, 43:19, 43:22, 44:13, 44:18, 45:11, 45:16, 45:22, 46:8, 46:10, 46:24, 47:2, 47:4, 48:1, 48:2, 48:3, 48:9, 49:21, 49:23, 50:2, 50:4, 50:21, 51:10, 51:17, 53:4, 54:21, 55:9, 55:14, 56:4, 57:4
**includes** [3] - 14:2, 16:6
**including** [1] - 15:23
**incorrect** [1] - 27:9
**independent** [1] - 38:17
**indicate** [2] - 15:23, 19:20
**indicating** [1] - 19:3
**individual** [1] - 5:10
**individually** [4] - 3:12, 4:24, 33:7
**individuals** [2] - 32:19, 33:1
**information** [12] - 6:21, 6:23, 7:5, 7:7, 26:14, 26:15, 41:23, 49:15, 50:22, 50:23, 51:24, 54:10
**INITIAL** [1] - 1:14
**injunction** [5] - 7:7, 27:18, 54:18, 56:3, 56:9
**injunctive** [5] - 7:8, 7:9, 27:5, 28:10, 28:11
**injury** [1] - 26:2
**inquiry** [1] - 48:4
**instructed** [3] - 19:17, 21:24, 21:25
**instructing** [1] - 12:18
**instruction** [1] - 17:18
**instructions** [1] - 27:21
**intended** [2] - 14:14, 14:15
**intercept** [1] - 14:10
**Interception** [1] - 11:24
**interceptions** [1] - 10:7
**interfaced** [1] - 5:13
**interference** [4] - 37:19, 37:20, 38:6, 38:16
**interim** [1] - 10:22

**interrupt** [2] - 37:7, 55:13
**intertwined** [1] - 32:22
**intimidate** [3] - 24:5, 38:12, 38:23
**into** [3] - 6:4, 16:16, 29:13
**introduced** [1] - 5:17
**investigation** [1] - 20:17
**involve** [1] - 31:7
**involved** [3] - 30:7, 33:21, 36:1
**involvement** [1] - 51:10
**irrelevant** [2] - 19:6, 40:18
**is** [171] - 3:4, 3:6, 3:14, 3:16, 3:20, 5:5, 5:17, 5:18, 5:25, 6:11, 6:13, 7:2, 7:22, 7:25, 8:1, 8:24, 9:7, 9:8, 9:16, 10:2, 10:9, 11:6, 11:11, 12:4, 12:18, 13:2, 13:16, 14:23, 15:5, 15:8, 15:19, 17:21, 18:10, 18:24, 19:6, 19:13, 19:18, 19:24, 20:19, 21:12, 21:13, 22:8, 23:19, 24:4, 24:17, 24:22, 25:6, 25:23, 25:24, 26:2, 26:13, 26:20, 26:21, 26:22, 27:2, 27:13, 27:16, 28:3, 28:6, 28:7, 28:11, 28:13, 28:16, 28:22, 28:23, 30:1, 30:6, 30:14, 30:15, 30:24, 30:25, 31:11, 31:13, 31:16, 31:22, 32:10, 32:13, 32:15, 33:10, 33:13, 33:17, 34:13, 34:17, 34:20, 35:3, 35:8, 35:11, 35:14, 35:18, 35:22, 35:24, 36:13, 36:14, 36:23, 37:18, 38:5, 38:11, 38:16, 38:22, 38:25, 39:4, 39:6, 39:7, 39:8, 39:16, 40:1, 40:2, 40:7, 40:9, 40:16, 40:17, 40:19, 40:20, 42:1, 43:8, 43:23, 43:25, 44:8, 44:9, 44:12, 44:17, 44:24, 45:8, 45:16, 45:17, 45:21, 46:5, 46:8, 46:16, 46:25, 47:12, 47:15, 47:22, 47:23, 48:5, 48:14, 48:15, 48:25, 50:4, 50:7, 50:11, 50:13, 50:21, 51:25, 52:4, 52:7, 52:12, 52:13, 52:22, 53:7, 53:10, 53:21, 53:22, 54:5, 54:17, 55:1, 55:7, 55:10, 55:12, 55:14, 56:3, 56:5, 56:10, 56:11, 57:3
**isn't** [2] - 22:19
**issue** [41] - 5:2, 7:12, 15:8, 16:24, 17:15, 19:6, 20:10, 22:7, 22:9, 23:10, 23:23, 24:5, 24:21, 25:24, 31:11, 31:13, 33:10, 33:23, 34:13, 37:18, 40:9, 40:12, 40:14, 40:17, 40:19, 40:20, 42:2, 42:23, 44:15, 44:19, 44:25, 45:13, 46:16, 50:12, 50:14, 50:16, 50:20, 53:22, 54:8
**issues** [17] - 4:11, 20:19, 20:20, 30:7, 33:13, 33:16, 34:8, 35:3, 35:16, 35:20, 39:17, 39:21, 42:4, 44:10, 44:16, 45:20, 46:3
**it** [154] - 6:2, 6:3, 6:25, 7:11, 7:22, 8:10, 8:15, 8:16, 8:21, 8:22, 8:24, 9:2, 10:2, 10:4, 10:5, 10:15, 10:25, 11:13, 12:7, 12:10, 12:16, 12:24, 13:2, 13:3, 13:5, 13:7, 13:9, 13:10, 13:11, 13:20, 13:25, 14:2, 14:4, 14:9, 14:12, 15:14, 16:6, 16:13, 18:10, 21:5, 21:12, 21:16, 21:17, 21:18, 22:11, 23:18, 23:20, 24:3, 24:5, 25:3, 26:19, 26:25, 27:1, 27:19, 27:23, 28:2, 28:4, 28:7, 28:8, 28:11, 28:17,

28:19, 28:23, 28:24, 29:2, 29:3, 29:10, 29:13, 29:20, 29:24, 30:6, 30:12, 30:23, 31:11, 31:15, 31:16, 31:17, 31:20, 31:21, 31:22, 31:23, 32:5, 32:17, 32:18, 32:23, 32:24, 33:13, 33:15, 33:20, 33:22, 34:7, 34:8, 34:11, 34:15, 34:20, 35:8, 35:14, 35:24, 35:25, 38:2, 38:23, 39:14, 40:10, 40:12, 41:8, 42:8, 42:12, 42:25, 44:18, 44:19, 44:20, 44:21, 45:16, 45:17, 45:20, 46:6, 46:7, 46:8, 46:16, 47:5, 47:6, 47:13, 47:15, 48:12, 48:13, 48:14, 49:6, 49:7, 49:11, 49:19, 49:20, 49:21, 49:24, 52:9, 53:1, 53:2, 53:11, 54:17, 55:1, 55:3, 55:14, 55:20, 56:17
**it's** [45] - 8:22, 9:4, 9:10, 10:3, 10:15, 11:2, 11:24, 12:22, 13:9, 14:4, 15:11, 16:14, 16:18, 19:22, 22:5, 23:9, 24:2, 25:12, 26:18, 27:11, 27:23, 29:17, 30:6, 31:17, 31:18, 32:14, 32:16, 32:22, 33:6, 34:8, 37:16, 38:23, 40:2, 44:17, 45:13, 50:8, 51:2, 51:3, 51:4, 55:5, 55:6, 56:6
**its** [1] - 38:2
**itself** [2] - 50:4, 51:16

**J**

**January** [2] - 20:23, 22:10
**jar** [1] - 55:9
**Jeff** [4] - 2:5, 3:5, 4:22, 5:14
**JEFFREY** [1] - 2:4
**Jetall** [3] - 6:14, 21:12, 21:13
**JOE** [1] - 1:7
**John** [1] - 55:1
**joining** [1] - 3:9
**jointly** [1] - 21:6
**Joyce** [1] - 5:14
**judge** [8] - 11:9, 20:6, 20:10, 27:5, 36:23, 48:21, 54:9, 56:18
**Judge** [42] - 4:8, 4:17, 5:14, 8:21, 10:12, 13:10, 13:12, 13:15, 13:21, 14:3, 14:7, 14:21, 23:13, 24:14, 24:17, 25:15, 26:17, 27:12, 29:16, 29:23, 30:21, 31:7, 31:21, 31:22, 32:3, 32:11, 36:3, 37:13, 39:5, 42:5, 42:18, 42:25, 43:8, 45:25, 46:19, 47:22, 51:6, 51:14, 53:25, 55:20
**JUDGE** [1] - 1:15
**judges** [2] - 9:5, 32:21
**judgment** [14] - 8:1, 8:23, 15:12, 15:17, 17:3, 17:6, 17:9, 21:21, 27:8, 43:18, 52:8, 52:12, 52:15
**judgments** [1] - 17:5
**judiciary** [1] - 9:4
**July** [11] - 8:4, 26:20, 27:17, 28:5, 31:19, 46:14, 49:8, 49:21, 50:1, 50:3
**jurisdiction** [1] - 26:10
**just** [46] - 4:10, 4:12, 7:7, 10:9, 11:13, 13:11, 13:25, 15:20, 16:6, 16:7, 21:18, 23:2, 26:21, 28:3, 30:21, 30:22, 32:22, 33:5, 33:19, 33:22, 35:7, 35:15, 35:20,

37:8, 41:2, 44:17, 44:21, 46:1, 46:23, 50:17, 51:14, 51:17, 51:18, 52:20, 53:3, 53:5, 54:5, 54:9, 54:17, 54:25, 55:2, 55:21, 55:22, 56:2
**justified** [1] - 40:19

**K**

**keep** [1] - 37:16
**KELLEY** [83] - 1:4, 1:9, 1:18, 3:22, 3:25, 4:5, 4:16, 5:6, 5:8, 6:9, 6:18, 8:10, 8:13, 8:25, 9:10, 9:12, 9:25, 10:10, 10:12, 11:18, 11:22, 12:2, 12:6, 12:10, 12:13, 14:17, 14:20, 23:13, 23:15, 26:17, 29:17, 29:20, 29:23, 29:25, 30:3, 30:8, 30:12, 30:15, 31:9, 31:12, 31:15, 31:17, 31:22, 32:1, 32:4, 32:8, 32:12, 32:16, 36:23, 36:25, 37:3, 37:5, 39:24, 40:1, 40:5, 40:8, 40:11, 40:14, 42:18, 42:23, 43:5, 43:7, 43:10, 43:13, 43:15, 44:6, 45:8, 48:7, 50:1, 50:9, 50:13, 50:17, 52:16, 52:18, 52:20, 52:24, 53:17, 53:19, 53:24, 54:20, 54:24, 56:6, 56:10
**Kelley** [62] - 1:19, 3:3, 3:22, 3:25, 4:12, 4:16, 5:5, 10:8, 14:16, 15:14, 15:22, 15:23, 16:15, 16:25, 17:2, 17:14, 18:1, 18:3, 18:6, 18:10, 19:24, 20:7, 20:22, 21:1, 21:5, 21:8, 21:13, 21:25, 22:3, 22:8, 22:9, 22:18, 23:17, 23:24, 24:16, 24:18, 25:24, 32:7, 33:17, 33:21, 34:13, 34:23, 35:3, 35:8, 36:4, 37:1, 38:5, 38:11, 38:16, 38:19, 42:1, 42:3, 42:19, 44:12, 50:18, 53:16, 54:18, 56:3, 56:5
**Kelley's** [5] - 16:13, 34:12, 38:24, 46:18, 51:22
**key** [6] - 17:16, 19:6, 23:10, 31:11, 31:13, 34:15
**Khawaja** [3] - 29:4, 45:8, 45:19
**Kimberly** [2] - 3:21, 4:2
**kind** [4] - 7:23, 9:4, 13:19, 33:25
**knew** [9] - 20:23, 22:21, 23:20, 24:20, 25:11, 26:6, 41:3, 42:8, 46:7
**know** [41] - 5:22, 6:25, 7:1, 7:3, 9:15, 10:21, 15:19, 19:2, 21:19, 24:20, 25:12, 25:17, 26:6, 26:16, 27:15, 29:5, 29:9, 29:11, 30:14, 32:4, 34:8, 35:5, 37:24, 38:19, 38:22, 39:22, 40:3, 40:23, 41:16, 43:11, 43:19, 44:14, 46:6, 46:7, 47:10, 49:2, 50:4, 50:23, 53:2, 55:6, 56:16
**knowing** [6] - 11:3, 27:18, 40:10, 49:14, 50:7, 55:5
**knowledge** [1] - 12:7
**known** [4] - 12:10, 25:7, 53:9, 53:10
**knows** [4] - 22:4, 41:9, 41:10, 41:11

**L**

**laid** [1] - 53:5
**Lanie** [3] - 2:8, 57:2, 57:6

**LANZETTI** [1] - 1:12
**Lanzetti** [2] - 3:3, 43:20
**last** [3] - 4:11, 28:13, 39:5
**later** [1] - 7:13
**laundering** [2] - 9:22, 9:24
**Law** [1] - 1:19
**law** [5] - 10:4, 14:11, 14:13, 35:1, 41:17
**lawsuit** [2] - 20:22, 30:19
**lawsuits** [1] - 31:1
**lawyer** [28] - 5:8, 7:10, 7:15, 11:6, 11:8, 12:15, 12:22, 14:12, 15:16, 16:18, 16:19, 21:6, 22:6, 24:10, 25:7, 26:25, 27:3, 28:3, 29:4, 29:6, 36:13, 36:15, 46:11, 48:22, 48:23, 49:13, 52:25, 53:12
**lawyers** [15] - 3:9, 5:13, 5:14, 5:16, 5:23, 7:2, 7:3, 7:14, 12:25, 24:9, 27:10, 27:11, 32:21, 34:18, 34:19
**learned** [1] - 10:23
**least** [6] - 19:7, 23:4, 23:11, 40:23, 44:13, 53:7
**leave** [1] - 33:19
**leaves** [2] - 6:3, 28:14
**leaving** [1] - 6:1
**LEE** [2] - 1:15, 2:1
**legal** [11] - 5:12, 5:18, 12:22, 18:24, 21:22, 24:4, 41:18, 42:2, 42:8, 49:13, 53:13
**Legal** [1] - 1:22
**legality** [3] - 18:21, 18:22, 19:25
**legally** [12] - 22:14, 23:19, 41:11, 41:13, 41:14, 41:15, 43:9, 44:25, 46:4, 46:20, 46:22, 53:8
**legitimately** [1] - 30:9
**lenders** [8] - 15:9, 15:13, 16:12, 16:14, 16:15, 16:19, 18:5, 24:6
**lenders'** [1] - 18:8
**let** [7] - 6:9, 17:25, 23:16, 36:8, 49:24, 53:18, 56:15
**Let's** [1] - 44:22
**let's** [3] - 4:12, 16:8, 33:22
**level** [1] - 41:17
**liability** [2] - 17:16, 24:18
**like** [15] - 8:7, 11:13, 14:24, 32:17, 37:10, 43:1, 44:19, 45:18, 45:19, 50:6, 52:9, 53:20, 54:2, 55:13, 56:8
**limited** [2] - 8:16, 56:6
**line** [2] - 20:19, 22:8
**lines** [1] - 7:19
**litigated** [1] - 10:1
**litigation** [10] - 6:16, 6:19, 6:20, 10:17, 12:24, 15:15, 17:6, 38:15, 38:21, 53:11
**little** [6] - 9:1, 9:19, 13:22, 33:5, 36:10, 48:10
**LLOYD** [3] - 1:4, 1:9, 1:18
**Lloyd** [3] - 3:22, 3:25, 4:16
**loan** [1] - 24:2
**loaned** [2] - 15:10, 16:13

**loaning** [1] - 16:16
**log** [1] - 47:4
**logical** [1] - 14:24
**long** [3] - 34:24, 40:25, 44:11
**look** [7] - 11:13, 25:25, 28:17, 31:6, 34:24, 54:20, 54:21
**looked** [1] - 54:22
**looking** [3] - 10:9, 14:22, 45:18
**Loop** [1] - 2:2
**lost** [3] - 6:8, 17:5, 38:18
**lot** [2] - 33:8, 33:9
**lowest** [1] - 29:22
**ludicrous** [1] - 35:23

## M

**M** [3] - 2:8, 57:2, 57:6
**ma'am** [13] - 10:10, 11:22, 14:20, 32:8, 36:12, 37:5, 43:5, 52:24, 53:19, 53:24, 54:20, 56:6
**made** [10] - 14:6, 29:9, 34:25, 35:4, 43:9, 44:25, 48:10, 49:14, 56:1
**mail** [3] - 22:16, 28:17
**mails** [5] - 6:24, 15:21, 45:18
**main** [2] - 28:11, 56:10
**make** [10] - 17:6, 18:10, 24:4, 29:14, 38:15, 38:25, 46:22, 46:23, 49:16, 51:18
**makes** [7] - 8:17, 11:13, 13:2, 14:4, 14:8, 26:5, 26:7
**making** [3] - 8:7, 15:25, 33:17
**manager** [1] - 16:20
**many** [5] - 6:25, 28:14, 29:5, 38:10, 39:13
**Mark** [1] - 52:2
**match** [1] - 28:24
**material** [4] - 10:9, 23:1, 43:24, 43:25
**matter** [15] - 17:13, 18:16, 20:14, 21:5, 21:18, 22:4, 23:18, 27:1, 36:2, 44:11, 45:3, 46:6, 46:8, 49:12, 57:4
**matters** [6] - 5:15, 5:16, 17:10, 18:10, 21:16, 23:20
**MAY** [2] - 1:7, 1:12
**may** [11] - 5:6, 23:15, 36:8, 37:11, 39:24, 47:8, 51:16, 52:16, 52:18, 54:7, 56:1
**May** [3] - 8:2, 26:19, 27:17
**maybe** [1] - 24:1
**McCathern** [1] - 2:1
**me** [36] - 6:9, 7:18, 7:22, 7:24, 8:19, 9:17, 10:22, 10:23, 12:14, 12:18, 12:22, 13:5, 14:20, 16:18, 17:25, 19:6, 23:16, 27:11, 28:12, 28:13, 29:24, 34:17, 36:8, 38:9, 39:22, 45:20, 45:24, 47:4, 48:9, 49:24, 50:18, 52:9, 53:18, 53:20, 53:22, 55:14
**mean** [2] - 35:22, 37:6
**meaning** [2] - 35:2, 35:4
**means** [2] - 9:23, 18:15
**meat** [1] - 36:2

**mechanical** [1] - 1:24
**media** [1] - 9:2
**Medina** [1] - 5:14
**meeting** [1] - 10:18
**member** [1] - 35:9
**mental** [1] - 54:19
**mention** [1] - 27:19
**mentioned** [2] - 41:21, 48:9
**mentioning** [1] - 35:15
**merits** [1] - 51:25
**mess** [3] - 38:24, 38:25, 39:12
**messages** [3] - 18:18, 25:4, 47:23
**Mexico** [2] - 30:16, 30:18
**Michigan** [1] - 17:8
**Miller** [5] - 13:12, 13:15, 13:16, 14:3, 14:7
**million** [2] - 15:10, 15:18
**mine** [1] - 24:17
**minimum** [1] - 15:6
**minute** [5] - 7:21, 11:20, 11:21, 24:22, 35:20
**missed** [2] - 8:12, 11:21
**missing** [1] - 32:6
**misspoke** [1] - 39:9
**mixed** [1] - 9:10
**Monday** [1] - 54:3
**money** [5] - 6:5, 15:12, 16:13, 16:16, 24:2
**month** [3] - 8:3, 10:19, 11:5
**months** [2] - 5:12, 5:21
**moot** [1] - 56:1
**more** [12] - 15:3, 16:6, 17:24, 20:3, 20:21, 26:17, 28:25, 46:20, 53:18, 54:5, 56:15
**most** [8] - 3:7, 13:22, 14:24, 39:17, 39:18, 44:24
**motion** [20] - 8:6, 8:17, 25:23, 35:21, 42:24, 43:18, 44:23, 46:13, 46:20, 46:25, 47:2, 47:17, 47:19, 47:21, 50:21, 52:3, 52:5, 52:7, 52:12
**motions** [2] - 43:17, 55:24
**motivating** [1] - 45:23
**moved** [1] - 29:2
**MR** [180] - 1:18, 1:22, 2:1, 2:4, 3:4, 3:6, 3:11, 3:15, 3:18, 3:22, 3:25, 4:5, 4:8, 4:16, 4:22, 4:23, 5:1, 5:6, 5:8, 6:9, 6:18, 8:10, 8:13, 8:25, 9:10, 9:12, 9:25, 10:10, 10:12, 11:18, 11:22, 12:2, 12:6, 12:10, 12:13, 14:17, 14:20, 15:1, 19:9, 20:6, 20:12, 23:5, 23:7, 23:13, 23:14, 23:15, 23:18, 24:8, 24:14, 24:17, 25:15, 25:17, 25:20, 25:22, 26:17, 29:17, 29:20, 29:23, 29:25, 30:3, 30:8, 30:11, 30:12, 30:15, 31:9, 31:12, 31:15, 31:17, 31:22, 32:1, 32:4, 32:8, 32:12, 32:16, 33:3, 33:5, 34:3, 34:6, 36:9, 36:12, 36:16, 36:19, 36:23, 36:24, 36:25, 37:3, 37:5, 37:6, 37:14, 37:16, 37:22, 38:7, 38:9, 39:5, 39:24, 40:1, 40:5, 40:8, 40:11, 40:14, 40:18, 41:4, 41:7, 41:8,

41:11, 41:14, 41:19, 42:16, 42:18, 42:22, 42:23, 43:5, 43:6, 43:7, 43:10, 43:13, 43:15, 44:5, 44:6, 44:8, 45:3, 45:6, 45:8, 45:25, 47:4, 47:6, 47:7, 47:8, 47:12, 47:15, 47:17, 47:18, 47:19, 47:21, 47:24, 47:25, 48:7, 48:21, 49:5, 49:21, 50:1, 50:2, 50:9, 50:12, 50:13, 50:14, 50:16, 50:17, 50:20, 51:21, 52:14, 52:16, 52:17, 52:18, 52:20, 52:24, 53:17, 53:19, 53:24, 53:25, 54:2, 54:4, 54:6, 54:9, 54:12, 54:15, 54:16, 54:20, 54:24, 55:8, 55:13, 55:17, 55:20, 56:6, 56:10, 56:12, 56:13, 56:17, 56:18, 56:22

**Mr** [237] - 3:7, 3:13, 4:7, 4:9, 4:11, 4:12, 5:5, 5:10, 6:11, 6:15, 6:17, 6:22, 7:4, 7:10, 7:15, 7:16, 8:4, 8:25, 9:14, 9:20, 9:22, 9:25, 10:1, 10:8, 10:9, 10:18, 10:22, 10:24, 11:4, 11:5, 11:11, 11:12, 11:19, 12:6, 13:9, 13:14, 13:16, 14:16, 14:23, 14:25, 15:14, 15:20, 15:22, 15:23, 16:13, 16:15, 16:19, 16:23, 16:25, 17:2, 17:14, 17:17, 17:19, 17:22, 17:23, 18:1, 18:3, 18:6, 18:10, 18:11, 18:15, 18:19, 19:12, 19:13, 19:16, 19:21, 19:22, 19:24, 20:2, 20:4, 20:7, 20:13, 20:21, 20:22, 20:23, 21:1, 21:2, 21:5, 21:9, 21:13, 21:23, 21:25, 22:3, 22:8, 22:9, 22:13, 22:18, 22:19, 22:20, 22:21, 22:22, 23:2, 23:16, 23:17, 23:18, 23:19, 23:24, 24:13, 24:16, 24:18, 25:2, 25:4, 25:6, 25:11, 25:14, 25:24, 26:6, 26:13, 26:18, 26:22, 26:23, 27:2, 27:3, 27:8, 27:9, 27:11, 27:16, 28:7, 28:13, 29:1, 29:3, 29:10, 30:5, 30:16, 31:10, 31:18, 32:7, 32:13, 32:19, 33:1, 33:2, 33:6, 33:7, 33:11, 33:17, 33:21, 34:12, 34:13, 34:16, 34:18, 34:19, 34:23, 34:25, 35:3, 35:4, 35:8, 35:22, 36:4, 36:5, 36:11, 36:13, 36:14, 36:16, 36:19, 36:25, 37:1, 37:2, 38:5, 38:11, 38:16, 38:19, 38:24, 39:3, 39:5, 39:6, 39:7, 40:16, 42:1, 42:3, 42:19, 42:24, 43:14, 43:15, 43:21, 43:23, 44:12, 44:23, 45:1, 45:3, 45:5, 45:8, 45:9, 45:11, 45:19, 45:21, 46:2, 46:7, 46:14, 46:18, 46:23, 47:23, 48:4, 48:7, 48:19, 48:20, 48:25, 49:9, 50:5, 50:10, 50:18, 50:19, 50:21, 50:23, 50:24, 51:3, 51:4, 51:8, 51:9, 51:22, 51:23, 52:1, 52:4, 52:22, 52:25, 53:16, 54:18, 55:14, 55:18, 56:3, 56:5

**mR** [4] - 48:24, 49:19, 50:10, 51:14
**Ms** [4] - 7:2, 7:14, 9:18, 45:10
**much** [8] - 3:17, 15:2, 15:3, 38:14, 41:17, 46:20, 56:14, 56:21
**multiple** [1] - 46:11
**multitude** [1] - 6:25
**My** [1] - 3:15
**my** [28] - 4:1, 8:1, 8:19, 8:22, 9:18, 10:22, 12:7, 12:15, 12:18, 13:1, 16:19,

24:22, 25:20, 28:22, 32:6, 39:11, 39:20, 42:5, 44:7, 44:19, 46:1, 48:3, 48:25, 51:8, 51:15, 51:16, 55:12, 57:3
**myself** [3] - 13:1, 13:6, 45:9

# N

**N** [1] - 3:1
**nail** [1] - 40:1
**name** [6] - 3:20, 4:2, 5:18, 26:25, 32:16, 49:2
**named** [2] - 5:11, 6:19
**naming** [1] - 53:1
**nasty** [1] - 39:15
**necessary** [1] - 15:6
**need** [12] - 4:3, 26:16, 34:5, 34:9, 35:24, 39:21, 43:12, 44:20, 47:4, 50:24, 56:15
**needed** [1] - 43:11
**needs** [1] - 34:10
**never** [11] - 16:13, 19:25, 22:8, 22:9, 28:15, 40:5, 40:21, 42:23, 43:7, 46:5
**New** [2] - 30:16, 30:18
**news** [1] - 34:17
**newsworthy** [1] - 48:5
**next** [2] - 14:23, 36:4
**nine** [3] - 5:12, 5:20, 23:25
**Nineties** [3] - 10:1, 10:17, 35:17
**no** [43] - 7:11, 11:9, 11:18, 13:2, 14:4, 18:15, 21:1, 21:13, 22:1, 23:21, 25:9, 26:5, 26:7, 26:14, 26:20, 28:8, 30:8, 30:11, 31:18, 31:23, 34:6, 35:18, 36:23, 40:21, 41:8, 41:12, 42:16, 42:22, 42:23, 43:2, 43:5, 43:6, 44:5, 46:14, 49:3, 49:14, 50:5, 51:9, 54:5, 54:20
**nobody** [2] - 42:12, 48:15
**NOLAN** [1] - 2:4
**nondisclosure** [2] - 7:8, 12:2
**none** [3] - 17:13, 18:9, 21:16
**nonetheless** [1] - 49:10
**nonsuit** [1] - 20:16
**nonsuited** [1] - 20:15
**not** [76] - 4:9, 4:18, 5:24, 5:25, 7:11, 9:1, 9:7, 12:6, 12:7, 12:10, 12:18, 13:6, 13:22, 13:23, 13:24, 14:2, 14:15, 15:3, 15:20, 16:21, 17:17, 19:4, 20:18, 21:6, 21:12, 22:16, 22:17, 23:19, 25:7, 26:3, 26:9, 26:23, 26:24, 28:23, 29:7, 30:3, 30:15, 30:24, 30:25, 31:17, 31:18, 32:18, 32:23, 32:25, 33:1, 33:8, 34:6, 35:19, 38:2, 38:21, 40:2, 40:3, 40:5, 41:14, 42:1, 42:9, 42:11, 43:10, 43:21, 45:21, 46:8, 46:9, 51:2, 51:3, 51:14, 52:10, 53:1, 53:8, 54:25, 55:2, 56:3
**nothing** [3] - 16:21, 32:17, 36:21
**notified** [1] - 16:9
**now** [28] - 4:14, 5:9, 5:22, 5:24, 6:7, 9:15, 10:20, 10:23, 13:1, 13:9, 13:13, 13:16, 17:12, 17:21, 18:9, 21:5, 23:25, 25:17, 27:20, 29:5, 29:8, 38:9, 41:20,

48:10, 52:20, 53:15, 54:1, 55:5
**number** [3] - 14:19, 19:12, 29:22
**Number** [3] - 15:24, 17:21, 47:15
**numbered** [1] - 57:4
**numbers** [3] - 23:24, 32:9, 38:11
**numerous** [1] - 13:11

# O

**O** [1] - 3:1
**oath** [3] - 18:12, 18:13, 19:16
**obligation** [1] - 35:9
**obstruct** [1] - 17:11
**obtain** [1] - 49:9
**obtained** [21] - 24:19, 24:20, 25:8, 25:10, 25:12, 25:18, 26:7, 26:15, 30:9, 46:5, 46:8, 46:9, 46:15, 49:3, 49:12, 50:6, 50:8, 50:22, 52:21, 52:25, 53:8
**obviously** [1] - 43:23
**occurred** [1] - 53:3
**occurrences** [2] - 38:15, 39:2
**occurring** [1] - 34:1
**of** [193] - 2:9, 3:7, 3:13, 3:14, 4:23, 5:9, 5:13, 5:14, 5:15, 5:24, 6:23, 7:2, 7:3, 7:9, 7:16, 7:19, 7:22, 7:23, 8:4, 8:5, 8:11, 8:14, 8:18, 9:4, 9:6, 9:13, 9:17, 9:25, 10:7, 10:17, 10:24, 10:25, 11:1, 11:9, 11:13, 12:22, 12:23, 12:25, 13:4, 13:6, 13:19, 14:1, 14:6, 14:11, 15:4, 15:17, 15:21, 16:3, 16:11, 16:12, 16:14, 16:20, 16:21, 16:22, 17:2, 17:7, 17:13, 17:18, 18:2, 18:4, 18:9, 18:21, 18:22, 18:23, 18:25, 19:1, 19:3, 19:5, 19:7, 19:10, 20:3, 20:18, 20:19, 20:20, 20:23, 21:8, 21:16, 21:19, 21:21, 22:3, 22:10, 23:1, 23:4, 23:20, 23:22, 24:5, 24:7, 24:19, 24:22, 25:2, 25:5, 26:13, 26:14, 27:10, 27:12, 27:13, 27:15, 27:23, 28:12, 28:23, 29:1, 31:5, 31:9, 32:11, 33:8, 33:9, 33:24, 33:25, 34:4, 34:5, 34:9, 34:10, 34:20, 34:22, 34:23, 35:1, 35:5, 35:9, 35:14, 35:20, 35:24, 36:2, 36:16, 38:3, 38:13, 38:14, 38:19, 38:25, 39:12, 39:13, 39:21, 39:22, 40:16, 40:19, 41:17, 42:1, 42:2, 42:5, 42:10, 42:13, 42:14, 42:20, 42:25, 43:2, 43:9, 44:21, 44:22, 44:24, 44:25, 45:4, 45:13, 45:23, 46:11, 46:17, 46:21, 46:24, 47:25, 48:5, 48:8, 48:10, 48:11, 48:12, 49:2, 49:7, 49:9, 49:13, 50:4, 51:7, 51:11, 53:14, 55:1, 55:11, 55:15, 56:1, 57:3, 57:3, 57:4
**OF** [2] - 1:1, 1:14
**off** [6] - 10:4, 11:13, 12:23, 18:2, 29:1, 48:12
**offense** [1] - 55:6
**offered** [2] - 54:24, 54:25
**offers** [1] - 6:20
**office** [5] - 6:1, 6:3, 11:7, 27:3, 27:4
**Official** [4] - 2:8, 2:8, 57:2, 57:6

**Oh** [1] - 28:21
**okay** [13] - 3:18, 5:3, 13:2, 32:16, 37:11, 37:22, 40:4, 40:13, 43:3, 43:11, 47:7, 47:15, 47:16
**Okay** [2] - 8:12, 42:19
**old** [1] - 18:2
**On** [1] - 9:1
**on** [93] - 4:11, 4:23, 5:14, 5:15, 5:16, 5:21, 5:24, 5:25, 7:3, 7:7, 7:19, 8:4, 8:17, 8:18, 8:25, 9:1, 10:23, 11:16, 11:17, 12:20, 13:5, 14:24, 15:7, 15:15, 16:21, 17:15, 17:23, 18:21, 19:21, 20:14, 21:3, 21:4, 21:11, 21:14, 22:13, 23:9, 23:16, 24:3, 24:15, 24:21, 25:22, 26:19, 27:25, 28:5, 28:6, 28:15, 28:23, 29:10, 32:13, 33:19, 35:1, 35:5, 35:11, 35:25, 37:1, 37:10, 38:2, 39:1, 40:1, 40:5, 40:9, 43:11, 43:24, 45:24, 46:1, 46:3, 46:22, 47:10, 47:13, 48:5, 48:18, 48:23, 49:5, 49:8, 49:21, 49:24, 51:25, 52:5, 52:8, 53:3, 53:21, 54:8, 54:19, 55:22, 55:23, 56:2
**one** [28] - 5:17, 7:2, 7:9, 7:16, 10:15, 13:4, 14:20, 19:7, 19:23, 21:1, 23:4, 23:11, 31:3, 36:8, 36:16, 37:12, 46:18, 46:19, 47:6, 49:6, 49:24, 50:15, 52:7, 52:8, 52:10, 53:18, 54:17
**one-sided** [1] - 10:15
**ones** [1] - 23:8
**only** [13] - 16:14, 17:16, 17:17, 19:1, 21:13, 21:23, 23:20, 30:4, 34:15, 46:18, 46:19, 48:5, 50:10
**opinion** [1] - 48:4
**opponent** [2] - 6:16, 6:19
**opponents** [1] - 12:25
**opposition** [1] - 56:11
**or** [53] - 3:16, 6:1, 7:16, 8:15, 9:21, 10:6, 10:23, 12:4, 12:9, 15:4, 17:14, 19:25, 20:2, 21:6, 21:19, 22:17, 23:19, 24:20, 25:11, 26:3, 26:4, 26:6, 26:8, 26:9, 33:9, 34:5, 34:18, 35:21, 36:14, 39:22, 40:22, 41:13, 41:17, 42:2, 42:11, 44:20, 45:2, 45:3, 45:5, 46:4, 46:7, 46:9, 49:11, 50:22, 52:1, 52:12, 53:6, 54:10, 55:3, 55:6
**oral** [1] - 30:17
**order** [6] - 7:8, 20:11, 27:5, 30:22, 33:25, 39:21
**ordered** [2] - 17:23, 20:14
**Osama** [3] - 6:19, 11:7, 34:16
**other** [35] - 3:8, 4:19, 5:1, 5:2, 5:16, 7:14, 12:20, 14:4, 14:12, 17:10, 19:24, 22:5, 23:7, 23:23, 24:11, 27:15, 29:3, 31:4, 31:5, 32:24, 35:5, 35:14, 37:19, 37:23, 38:4, 39:12, 42:4, 43:1, 43:16, 44:8, 50:12, 50:14, 55:10
**others** [2] - 26:1, 56:2
**otherwise** [1] - 41:12
**our** [10] - 11:4, 12:19, 19:10, 22:24, 23:8, 24:2, 24:3, 25:23, 46:12, 46:19

**out** [26] - 5:4, 11:1, 12:20, 15:14, 17:9, 18:8, 21:1, 22:5, 24:5, 26:23, 28:12, 29:15, 37:21, 38:25, 41:1, 41:2, 42:25, 44:21, 46:23, 51:11, 51:14, 52:11, 53:5, 53:14, 55:1
**outside** [3] - 7:18, 34:4, 34:5
**over** [13] - 6:5, 13:10, 18:4, 20:8, 20:23, 21:7, 27:23, 29:3, 30:18, 31:3, 34:14, 39:14, 53:11
**overlooked** [1] - 19:23
**owed** [2] - 6:5, 18:3
**own** [3] - 18:13, 21:7, 38:2
**owned** [4] - 15:16, 17:3, 17:8, 21:9
**owner** [1] - 8:14
**ownership** [1] - 18:1
**owning** [1] - 17:2
**owns** [2] - 21:7, 21:11

## P

**P** [1] - 3:1
**page** [2] - 54:5, 55:22
**paid** [3] - 10:13, 16:13, 34:17
**panicked** [2] - 10:16, 10:19
**parker** [1] - 21:9
**part** [4] - 9:6, 24:21, 35:14, 44:8
**participant** [2] - 28:16, 40:5
**participants** [3] - 19:8, 31:9, 40:6
**participating** [1] - 40:4
**particular** [8] - 4:10, 33:18, 33:20, 33:24, 34:9, 34:10, 35:16, 51:4
**particularized** [2] - 26:3, 26:8
**parties** [12] - 15:8, 15:9, 18:20, 19:2, 23:4, 26:11, 30:13, 31:18, 32:21, 38:21, 43:16, 45:19
**partner** [2] - 16:19, 36:20
**partners** [1] - 12:23
**party** [11] - 8:15, 12:7, 17:17, 18:17, 23:11, 39:7, 40:11, 42:10, 43:18, 53:20
**past** [1] - 34:14
**pasted** [1] - 29:7
**pause** [1] - 4:13
**pay** [1] - 18:2
**PC** [1] - 2:5
**penchant** [1] - 13:21
**pending** [6] - 13:17, 27:11, 29:17, 42:25, 46:25, 56:19
**people** [12] - 11:12, 13:4, 14:2, 14:4, 27:10, 28:18, 29:4, 30:6, 30:25, 31:2, 38:20, 38:23
**percent** [1] - 19:5
**perfectly** [4] - 18:24, 21:22, 24:4, 42:8
**period** [1] - 53:25
**peripheral** [1] - 38:22
**perjure** [1] - 21:9
**permission** [1] - 28:22
**person** [5] - 14:23, 14:24, 26:24, 39:8, 55:11
**petition** [2] - 26:5, 46:18
**phone** [9] - 6:1, 28:14, 29:1, 33:17,

33:19, 35:5, 40:4, 40:6, 40:9
**pieces** [2] - 10:13, 10:14
**pin** [1] - 12:14
**place** [1] - 13:10
**places** [1] - 49:1
**plaintiff** [9] - 3:22, 3:25, 4:2, 4:16, 30:15, 32:12, 32:15, 32:23
**PLAINTIFF** [1] - 1:18
**plaintiffs** [1] - 30:23
**planned** [1] - 34:5
**playing** [2] - 9:16, 9:19
**plays** [1] - 32:16
**plead** [1] - 26:5
**pleading** [10] - 8:21, 9:3, 10:3, 10:4, 24:24, 24:25, 31:19, 46:17, 49:8, 49:9
**pleadings** [17] - 9:5, 9:21, 13:2, 14:12, 16:22, 18:13, 19:10, 22:13, 28:7, 34:22, 39:13, 41:19, 41:20, 41:25, 42:9, 49:3, 56:4
**please** [2] - 5:7, 50:15
**pleases** [1] - 18:16
**pled** [3] - 17:14, 26:10, 32:20
**plenty** [2] - 38:1
**PLLC** [1] - 1:22
**plotting** [6] - 15:24, 16:25, 21:6, 21:10, 21:11, 24:3
**PMB** [1] - 1:20
**Point** [1] - 26:20
**point** [13] - 6:4, 6:12, 18:3, 18:16, 32:6, 34:20, 35:8, 35:24, 46:5, 46:23, 50:25, 51:14, 55:24
**points** [4] - 17:16, 25:22, 26:17, 26:22
**position** [6] - 12:13, 12:25, 24:22, 26:13, 29:14, 53:21
**possess** [2] - 10:7, 55:3
**possession** [2] - 53:6, 55:6
**predicate** [1] - 38:3
**present** [6] - 14:24, 26:24, 33:12, 35:4, 43:9, 51:1
**presented** [2] - 21:8, 42:14
**pretending** [1] - 15:15
**pretty** [1] - 19:10
**prevent** [1] - 20:2
**previously** [1] - 11:8
**prima** [1] - 50:4
**prior** [6] - 18:11, 18:24, 20:22, 25:5, 48:13, 49:14
**private** [1] - 18:7
**privately** [1] - 18:7
**privilege** [2] - 12:17, 21:17
**privileged** [1] - 12:19
**pro** [4] - 3:25, 4:17, 5:2, 35:22
**probably** [4] - 5:11, 31:23, 43:10, 45:17
**problem** [1] - 35:10
**procedural** [1] - 24:5
**proceed** [4] - 3:2, 39:22, 39:23, 52:9
**proceeding** [2] - 4:10, 52:23
**PROCEEDINGS** [1] - 1:14

**proceedings** [4] - 4:13, 21:21, 56:23, 57:4
**Proceedings** [1] - 1:24
**produced** [3] - 1:25, 15:20, 18:18
**program** [2] - 29:2, 29:10
**prohibited** [1] - 11:2
**prohibits** [1] - 53:6
**prolonged** [1] - 39:19
**promised** [1] - 6:6
**pronouns** [1] - 6:9
**proof** [1] - 13:19
**propagated** [1] - 34:14
**properly** [1] - 30:10
**property** [2] - 8:14, 33:22
**proprietary** [1] - 7:7
**protesting** [1] - 11:16
**prove** [2] - 18:23, 28:9
**proved** [3] - 22:14, 22:24, 38:4
**proves** [2] - 21:23, 22:12
**provided** [1] - 36:6
**proving** [2] - 18:22, 19:18
**public** [6] - 24:25, 25:8, 25:17, 25:19, 28:4, 34:9
**publicizes** [1] - 10:4
**publicizing** [3] - 9:8, 12:16, 12:21
**publishes** [2] - 9:1, 9:2
**pulling** [2] - 47:12, 47:13
**purpose** [1] - 44:22
**put** [9] - 10:2, 12:13, 12:25, 13:1, 27:23, 29:13, 32:24, 33:22, 54:21
**puts** [1] - 9:4

## Q

**question** [11] - 36:8, 37:8, 39:6, 39:11, 43:3, 43:9, 47:8, 53:10, 53:18, 55:21
**questions** [4] - 42:13, 45:7, 48:14, 52:11
**quickly** [2] - 19:10, 39:18
**quite** [2] - 20:25, 24:2
**quotes** [2] - 9:3, 9:14
**quoting** [2] - 28:6, 28:7

## R

**R** [1] - 3:1
**raise** [2] - 42:2, 42:9
**raised** [1] - 46:1
**RAMEY** [30] - 1:22, 2:1, 3:6, 3:15, 3:18, 5:1, 15:1, 19:9, 20:6, 20:12, 23:5, 23:7, 23:14, 23:18, 24:8, 37:6, 37:14, 37:16, 37:22, 38:9, 40:18, 41:4, 41:8, 41:11, 41:14, 41:19, 47:8, 54:16, 56:13, 56:22
**Ramey** [59] - 3:6, 3:12, 3:13, 4:9, 4:11, 4:23, 5:1, 8:4, 9:20, 11:10, 11:11, 11:19, 12:6, 13:9, 13:14, 14:23, 14:25, 23:16, 25:6, 27:9, 27:16, 27:17, 29:3, 29:9, 29:12, 30:3, 30:5, 30:16, 30:22, 31:18, 32:13, 32:14, 32:19, 33:6, 34:25, 35:22, 36:11, 36:13, 36:14, 36:16,

36:19, 36:25, 37:2, 40:16, 43:15, 43:23, 44:23, 45:3, 45:5, 45:8, 45:16, 45:19, 49:9, 50:7, 50:21, 51:4, 51:23, 52:4
**Ramey's** [9] - 9:3, 11:5, 26:22, 27:2, 27:8, 28:7, 39:5, 42:24, 45:1
**random** [1] - 45:16
**rate** [1] - 16:18
**rather** [1] - 20:15
**Rayzor** [1] - 16:20
**RB** [1] - 1:22
**reaches** [1] - 26:12
**ready** [1] - 3:2
**real** [1] - 30:17
**really** [5] - 6:2, 30:3, 41:8, 48:3, 55:20
**reason** [18] - 15:19, 17:21, 18:1, 18:9, 24:20, 25:11, 26:6, 26:14, 38:5, 38:10, 40:23, 42:11, 42:12, 46:6, 46:7, 46:15, 50:5, 50:10
**reasonable** [1] - 51:16
**reasoning** [1] - 22:23
**reasons** [1] - 40:20
**receive** [1] - 18:4
**recently** [2] - 13:11, 14:7
**record** [16] - 18:15, 18:19, 19:13, 19:17, 21:24, 21:25, 24:25, 25:3, 25:8, 25:17, 25:19, 28:18, 28:19, 47:3, 53:3, 57:4
**recorded** [11] - 1:24, 8:22, 9:17, 17:17, 22:14, 23:19, 23:21, 40:24, 41:2, 41:3, 41:12
**recording** [18] - 5:22, 6:2, 7:22, 9:7, 14:19, 17:21, 18:23, 19:7, 27:25, 28:20, 29:9, 31:8, 31:13, 33:13, 33:19, 35:4, 49:11
**recordings** [3] - 18:22, 18:24, 19:3
**records** [2] - 17:22, 28:4
**recover** [1] - 24:12
**red** [1] - 44:17
**reentering** [1] - 51:18
**referred** [2] - 12:9, 23:2
**refers** [2] - 26:19, 56:4
**refused** [1] - 20:13
**regard** [11] - 33:11, 33:13, 33:16, 34:8, 34:18, 35:3, 35:14, 35:20, 36:7, 44:10, 50:21
**related** [7] - 14:2, 18:2, 20:20, 30:1, 38:13, 51:15
**relationship** [1] - 21:12
**relatively** [1] - 54:14
**relevant** [3] - 41:5, 46:5, 55:24
**relied** [1] - 22:13
**relief** [4] - 24:6, 28:10, 28:12, 40:20
**rely** [3] - 48:23, 51:9, 51:10
**relying** [1] - 39:1
**remain** [1] - 18:14
**remained** [1] - 20:21
**remains** [1] - 40:21
**remedies** [1] - 16:2
**reminded** [1] - 10:17

**rename** [1] - 4:3
**repeat** [1] - 55:5
**repeating** [1] - 53:15
**Reporter** [4] - 2:8, 2:8, 57:2, 57:6
**REPORTER'S** [1] - 57:1
**reporting** [3] - 24:23, 26:13, 48:5
**represent** [5] - 3:11, 4:15, 21:20, 36:15, 36:19
**representative** [1] - 39:8
**represented** [1] - 7:10
**representing** [4] - 4:9, 33:6, 35:22, 36:13
**represents** [5] - 24:13, 36:16, 39:6, 43:16, 43:21
**repute** [1] - 46:11
**request** [1] - 17:18
**requested** [2] - 54:10
**required** [1] - 25:24
**requires** [1] - 41:18
**research** [3] - 5:19, 18:23, 50:24
**resolved** [2] - 39:18, 54:13
**respect** [3] - 25:24, 46:6, 48:4
**respected** [1] - 25:7
**respectfully** [1] - 55:8
**responding** [1] - 18:12
**response** [3] - 8:1, 8:22, 27:8
**rest** [3] - 22:3, 39:21, 39:22
**restart** [1] - 51:16
**restarting** [1] - 51:18
**retained** [1] - 36:14
**retaliation** [1] - 16:14
**reviewing** [1] - 41:19
**revolve** [1] - 38:2
**RICO** [8] - 27:10, 30:5, 32:20, 37:9, 37:12, 37:18, 37:23, 38:21
**right** [35] - 3:2, 3:10, 3:20, 4:6, 4:12, 4:14, 4:21, 6:10, 6:15, 12:2, 12:10, 12:12, 14:22, 20:12, 24:13, 24:15, 25:21, 26:16, 36:18, 37:15, 41:20, 42:7, 45:3, 45:6, 49:17, 51:13, 52:13, 54:3, 54:13, 55:18, 55:23, 56:5, 56:8, 56:14, 56:21
**RINGO** [1] - 1:12
**RMR** [2] - 2:8, 57:2
**Robins** [1] - 26:1
**Rodney** [3] - 3:11, 4:23, 33:6
**RODNEY** [1] - 2:1
**Rogers** [2] - 20:6, 42:5
**Room** [1] - 2:10
**room** [8] - 17:19, 18:11, 18:14, 19:16, 19:21, 19:22, 21:24, 25:3
**Rosenthal** [1] - 4:8
**ROSENTHAL** [1] - 1:15
**Royston** [1] - 16:20
**rule** [1] - 55:23
**rules** [2] - 39:14, 44:9
**rulings** [2] - 56:2, 56:19
**Rusk** [1] - 2:10

## S

**S** [1] - 3:1
**Sadler** [1] - 54:22
**SAENZ** [1] - 1:7
**Saenz** [3] - 3:3, 33:1, 43:16
**said** [16] - 6:5, 7:21, 18:10, 21:11, 27:4, 27:6, 28:19, 28:20, 29:6, 38:20, 44:6, 47:12, 49:13, 53:3
**same** [13] - 8:25, 10:1, 20:8, 30:7, 31:4, 31:17, 31:18, 32:22, 41:16, 50:1, 50:2, 50:20, 55:1
**say** [12] - 6:13, 11:12, 21:9, 24:15, 28:17, 29:20, 31:12, 39:14, 48:12, 52:16, 53:14, 55:2
**saying** [3] - 10:8, 25:2, 52:21
**says** [5] - 10:6, 13:7, 27:20, 29:1, 30:22
**scheme** [1] - 21:4
**scintilla** [1] - 42:10
**SCOTT** [2] - 1:22, 2:2
**Scott** [3] - 3:12, 4:24, 36:20
**screen** [1] - 3:15
**scurrilous** [1] - 39:12
**se** [4] - 3:25, 4:17, 5:2, 35:22
**second** [8] - 14:20, 24:21, 25:18, 25:23, 41:6, 43:3, 47:6
**seconds** [1] - 55:15
**secret** [2] - 17:1, 18:1
**secretly** [2] - 15:16, 17:8
**secretly-owned** [1] - 17:8
**see** [6] - 3:5, 3:14, 26:12, 43:23, 45:18, 49:24
**seek** [1] - 24:6
**seeking** [3] - 36:11, 44:2, 56:3
**seem** [1] - 52:10
**seems** [5] - 3:15, 14:23, 29:24, 31:15, 45:20
**seen** [4] - 7:5, 10:13, 22:8, 22:9
**sell** [2] - 7:5, 12:24
**sense** [2] - 14:4, 29:14
**separate** [4] - 18:13, 37:17, 46:16
**serendipitously** [1] - 33:18
**series** [2] - 5:15, 38:3
**seriously** [1] - 54:3
**set** [3] - 18:6, 36:3, 38:14
**settled** [1] - 52:11
**settlement** [1] - 54:25
**several** [1] - 19:15
**shenanigans** [1] - 44:18
**Sherrin** [3] - 39:6, 39:7, 52:2
**short** [1] - 23:1
**shortly** [1] - 55:25
**should** [6] - 3:8, 48:4, 51:11, 53:8, 53:10, 54:9
**shouldn't** [2] - 29:18, 29:20
**show** [1] - 3:15
**side** [1] - 14:24
**side's** [1] - 22:6

**sided** [1] - 10:15
**sides** [1] - 17:2
**significance** [1] - 46:24
**significant** [1] - 46:17
**similar** [3] - 9:4, 14:5, 43:20
**simple** [4] - 24:2, 26:13, 38:25, 44:9
**simpler** [1] - 24:17
**simply** [6] - 9:8, 25:12, 46:22, 48:5, 51:8, 51:18
**since** [3] - 9:20, 11:16, 31:19
**single** [2] - 28:15, 55:22
**sir** [3] - 37:21, 39:25, 52:19
**sit** [1] - 36:4
**six** [3] - 9:21, 48:8, 48:13
**sleight** [1] - 28:22
**Smith** [3] - 2:8, 57:2, 57:6
**snippets** [3] - 9:17, 9:19, 29:8
**so** [108] - 3:4, 4:1, 4:19, 6:3, 7:11, 8:8, 9:14, 10:6, 10:8, 10:14, 10:25, 11:3, 11:8, 11:15, 12:18, 12:21, 13:4, 13:6, 13:7, 13:9, 13:14, 13:23, 14:2, 14:5, 14:10, 16:5, 16:24, 17:5, 17:23, 18:6, 18:20, 19:5, 19:9, 20:18, 20:19, 21:10, 22:1, 22:7, 23:1, 25:9, 25:13, 26:12, 26:21, 27:5, 27:8, 27:13, 27:16, 27:22, 27:23, 28:3, 28:15, 28:21, 29:5, 29:11, 30:4, 31:1, 31:6, 32:2, 32:14, 33:5, 33:10, 33:17, 33:18, 33:23, 34:13, 34:20, 35:7, 35:24, 36:5, 36:21, 37:16, 37:18, 38:1, 38:10, 38:15, 38:23, 39:1, 39:6, 39:9, 39:11, 39:20, 41:23, 42:4, 43:25, 44:10, 44:15, 44:19, 45:7, 45:13, 45:17, 46:15, 47:1, 48:11, 48:16, 48:25, 50:4, 51:2, 51:6, 51:15, 51:22, 51:23, 53:6, 55:6, 55:21, 56:2
**social** [2] - 7:17, 9:2
**some** [25] - 4:11, 5:15, 6:1, 6:4, 6:12, 7:1, 9:6, 10:20, 10:24, 12:23, 13:12, 13:16, 13:19, 13:20, 14:12, 23:15, 28:17, 31:9, 35:8, 44:18, 45:23, 46:21, 49:1, 55:24, 56:1
**somebody** [6] - 10:2, 47:12, 49:1, 50:6, 55:9
**somehow** [3] - 12:17, 33:18, 34:17
**something** [5] - 7:19, 19:3, 32:17, 51:14, 55:11
**son** [4] - 5:17, 6:5, 6:6, 6:12
**soon** [2] - 30:17, 54:14
**sorry** [15] - 3:15, 6:18, 8:13, 9:1, 11:22, 25:16, 29:25, 34:18, 37:22, 38:8, 38:9, 38:17, 40:8, 41:13, 42:18
**sounds** [1] - 52:9
**source** [3] - 49:2, 52:21, 53:1
**South** [2] - 1:23, 2:2
**Southern** [2] - 24:24, 57:2
**southern** [1] - 2:9
**SOUTHERN** [1] - 1:1
**speak** [3] - 19:21, 34:7, 35:9
**specifically** [3] - 17:24, 25:25, 47:13
**Spokeo** [1] - 26:1

**stake** [1] - 45:22
**standard** [1] - 42:2
**standing** [1] - 19:1
**start** [1] - 45:7
**starts** [1] - 7:23
**state** [15] - 4:14, 7:6, 11:9, 11:15, 11:17, 11:23, 11:25, 12:1, 12:4, 12:5, 25:1, 27:5, 31:2, 35:17, 47:19
**State** [3] - 16:22, 24:9, 48:2
**stated** [2] - 35:11, 39:3
**statements** [1] - 33:8
**STATES** [2] - 1:1, 1:15
**States** [2] - 2:9, 57:2
**states** [2] - 33:12, 51:8
**status** [1] - 35:1
**statute** [7] - 10:6, 11:3, 13:3, 13:7, 19:1, 25:25, 53:6
**statutory** [4] - 28:10, 54:20, 54:23, 56:7
**stay** [1] - 52:13
**staying** [1] - 56:19
**Steadfast** [13] - 3:7, 5:2, 15:9, 15:13, 15:25, 18:8, 20:8, 24:12, 32:17, 36:16, 36:23, 39:9, 40:22
**Steadfast's** [1] - 16:2
**steal** [2] - 16:17, 18:7
**stenography** [1] - 1:24
**step** [1] - 11:21
**still** [4] - 23:22, 29:17, 42:25, 55:7
**stole** [4] - 15:11, 15:12, 24:2, 24:3
**stop** [3] - 13:21, 40:15
**story** [7] - 26:21, 27:2, 28:3, 33:17, 48:10, 48:16, 52:20
**straightforward** [1] - 44:24
**stream** [1] - 34:22
**stream-of-consciousness** [1] - 34:22
**Street** [3] - 1:23, 2:5, 17:4
**strike** [1] - 39:13
**stuff** [6] - 8:7, 9:4, 13:6, 14:15, 23:15, 32:22
**subject** [1] - 10:25
**submit** [2] - 54:9, 55:22
**subpoena** [4] - 18:12, 27:19, 27:20, 27:21
**subpoenaed** [2] - 16:9, 16:10
**subsequent** [3] - 10:20, 12:13, 55:24
**subset** [1] - 16:14
**substance** [1] - 51:25
**substantive** [3] - 38:25, 40:20, 55:24
**substitute** [1] - 30:25
**such** [2] - 16:24, 17:12
**sudden** [1] - 11:10
**suddenly** [3] - 30:22, 45:17, 51:17
**sue** [5] - 20:2, 22:5, 38:16, 38:19
**sued** [12] - 12:3, 20:23, 24:8, 24:9, 24:10, 24:11, 27:9, 27:10, 27:12
**sues** [1] - 27:11
**sufficient** [1] - 42:1
**suggest** [1] - 44:21

**suing** [2] - 24:8, 32:13
**Suite** [3] - 1:20, 2:2, 2:6
**summarize** [1] - 19:9
**summary** [8] - 8:1, 8:23, 17:5, 27:8, 43:18, 52:7, 52:12, 52:15
**supporting** [1] - 53:21
**suppose** [1] - 36:5
**supposedly** [1] - 38:20
**sure** [7] - 4:9, 19:2, 22:16, 29:23, 36:9, 46:23, 51:18
**suspect** [1] - 45:2
**sustained** [1] - 26:4
**swore** [1] - 19:16
**sworn** [1] - 35:2

## T

**take** [1] - 55:14
**taken** [4] - 6:7, 6:22, 23:3, 27:23
**takes** [4] - 8:15, 10:4, 11:3, 11:4
**taking** [1] - 41:23
**talked** [1] - 28:25
**talking** [9] - 7:19, 12:1, 13:1, 20:8, 27:25, 28:23, 48:11, 53:12
**talks** [2] - 9:3, 32:22
**tape** [21] - 7:19, 7:21, 9:7, 10:22, 12:4, 14:8, 14:19, 19:7, 22:2, 23:3, 24:3, 24:7, 24:19, 27:4, 28:1, 30:9, 33:18, 40:12, 43:9, 48:20, 53:14
**taped** [5] - 7:11, 12:23, 19:8, 23:12, 40:10
**tapes** [89] - 6:25, 7:1, 7:3, 8:6, 8:18, 9:13, 9:15, 9:21, 9:22, 9:24, 10:24, 11:1, 11:7, 11:9, 11:10, 11:13, 12:11, 12:21, 13:13, 13:19, 16:6, 16:24, 17:7, 17:12, 17:17, 18:10, 18:15, 18:21, 18:25, 19:20, 19:22, 19:24, 20:3, 20:8, 20:20, 20:23, 20:25, 21:3, 21:4, 21:11, 21:14, 22:14, 22:25, 24:23, 24:25, 25:1, 25:5, 25:6, 25:10, 25:14, 26:20, 27:14, 27:24, 28:14, 29:1, 29:5, 29:7, 29:11, 30:4, 31:25, 32:1, 32:2, 32:11, 32:14, 33:16, 33:24, 34:11, 35:12, 38:2, 38:13, 40:23, 41:11, 41:18, 42:11, 42:12, 42:14, 43:24, 44:6, 44:25, 45:24, 46:4, 46:15, 48:7, 48:11, 49:1, 49:12, 51:5, 54:19, 55:5
**taping** [1] - 45:23
**technical** [3] - 37:19, 37:20, 38:6
**tell** [6] - 7:24, 28:13, 48:15, 49:6, 53:22
**telling** [4] - 10:22, 18:19, 19:12, 53:2
**tells** [1] - 7:18
**ten** [2] - 31:23, 34:14
**term** [1] - 15:6
**terms** [2] - 13:22, 32:10
**testifying** [1] - 20:18
**testimony** [9] - 11:5, 18:12, 20:16, 21:23, 22:11, 22:22, 33:14, 34:10, 35:2
**TEXAS** [3] - 1:1, 1:5, 1:11
**Texas** [9] - 1:20, 1:23, 2:3, 2:6, 2:9,

2:11, 26:11, 48:2, 57:3
**text** [3] - 18:18, 25:4, 47:22
**texts** [3] - 19:12, 22:15, 22:23
**than** [7] - 16:6, 16:7, 20:3, 20:15, 20:22, 32:24, 46:20
**thank** [21] - 3:17, 4:6, 5:3, 8:24, 15:1, 37:6, 39:10, 47:18, 51:21, 52:17, 54:4, 54:6, 54:12, 54:15, 54:16, 55:16, 56:14, 56:17, 56:21, 56:22
**that** [290] - 3:16, 5:10, 5:17, 5:21, 6:23, 7:6, 7:10, 7:11, 7:12, 7:25, 8:1, 8:7, 8:12, 8:15, 8:20, 9:4, 9:5, 9:8, 9:14, 9:23, 10:8, 10:16, 10:17, 10:20, 10:21, 10:23, 11:1, 12:6, 12:8, 12:10, 12:16, 13:2, 13:7, 13:9, 13:11, 13:13, 13:21, 13:22, 13:24, 14:2, 14:10, 14:22, 15:4, 15:8, 15:11, 15:14, 15:15, 15:19, 15:23, 16:5, 16:9, 16:11, 17:6, 17:21, 18:3, 18:10, 18:11, 18:14, 18:16, 18:23, 18:24, 19:2, 19:10, 19:16, 19:20, 19:22, 19:23, 20:3, 20:5, 20:7, 20:10, 20:14, 20:15, 20:16, 20:17, 21:11, 21:16, 21:19, 21:20, 21:22, 21:23, 21:24, 22:2, 22:3, 22:4, 22:9, 22:10, 22:11, 22:12, 22:13, 22:14, 22:16, 22:18, 22:22, 22:24, 23:1, 23:3, 23:11, 23:21, 23:22, 24:2, 24:3, 24:8, 24:10, 24:19, 24:23, 25:2, 25:3, 25:9, 25:10, 25:11, 25:12, 25:17, 26:1, 26:2, 26:4, 26:5, 26:6, 26:14, 26:19, 27:3, 27:5, 27:13, 28:6, 28:16, 28:20, 28:21, 29:2, 29:3, 29:9, 29:11, 29:14, 29:24, 30:4, 30:5, 30:15, 30:22, 30:23, 30:25, 31:10, 31:11, 31:13, 32:12, 32:13, 32:14, 32:19, 32:22, 32:25, 33:1, 33:8, 33:12, 33:14, 33:17, 33:19, 33:21, 33:25, 34:8, 34:13, 34:14, 34:17, 34:20, 34:22, 34:24, 35:3, 35:4, 35:11, 35:12, 35:24, 36:6, 37:8, 37:10, 37:11, 37:16, 37:24, 38:1, 38:3, 38:12, 38:15, 38:19, 38:24, 39:8, 39:9, 39:17, 39:20, 39:21, 40:21, 40:22, 40:23, 41:16, 41:18, 41:21, 41:23, 41:25, 42:2, 42:7, 42:8, 42:10, 42:11, 42:14, 42:15, 43:11, 43:21, 43:22, 44:3, 44:8, 44:11, 44:23, 45:2, 45:12, 45:20, 45:22, 45:24, 46:13, 46:15, 46:17, 46:21, 46:25, 47:2, 47:21, 48:3, 48:15, 49:7, 49:9, 49:12, 49:15, 49:17, 50:4, 50:5, 50:6, 50:7, 50:10, 50:13, 50:20, 50:21, 50:24, 50:25, 51:1, 51:6, 51:8, 51:9, 51:19, 51:20, 51:23, 52:3, 52:4, 52:7, 52:8, 52:10, 52:25, 53:2, 53:8, 53:14, 53:22, 54:2, 54:4, 54:9, 55:1, 55:2, 55:4, 55:10, 55:22, 56:5, 56:10, 56:11, 57:3
**that'll** [1] - 55:12
**That's** [1] - 19:19
**that's** [51] - 3:17, 4:1, 8:10, 10:25, 12:2, 14:1, 14:7, 17:19, 19:14, 20:12, 23:10, 24:6, 24:11, 26:20, 27:6, 34:3,

35:12, 36:21, 37:11, 38:10, 38:14, 40:12, 40:14, 40:18, 40:24, 40:25, 41:23, 43:11, 44:6, 45:25, 46:3, 46:19, 47:1, 48:16, 49:5, 50:10, 50:12, 50:14, 50:16, 50:20, 50:24, 51:6, 51:11, 53:3, 53:4, 53:13, 55:11, 56:10
**THE** [141] - 1:15, 1:18, 1:22, 2:1, 2:4, 3:2, 3:10, 3:13, 3:17, 3:19, 3:24, 4:3, 4:6, 4:12, 4:14, 4:21, 4:25, 5:3, 5:7, 6:8, 6:17, 8:9, 8:12, 8:24, 9:7, 9:11, 9:23, 10:8, 10:11, 11:15, 11:20, 11:25, 12:4, 12:9, 12:12, 14:16, 14:18, 14:22, 19:5, 20:5, 20:10, 23:1, 23:6, 23:10, 23:16, 24:7, 24:13, 24:15, 25:14, 25:16, 25:19, 25:21, 26:16, 29:15, 29:18, 29:22, 29:24, 30:1, 30:7, 30:9, 30:14, 31:7, 31:11, 31:13, 31:16, 31:21, 31:25, 32:2, 32:6, 32:10, 32:15, 33:4, 34:2, 34:4, 36:8, 36:10, 36:13, 36:18, 37:1, 37:4, 37:12, 37:15, 37:21, 39:10, 39:25, 40:3, 40:7, 40:9, 40:13, 40:15, 41:1, 41:5, 41:10, 41:13, 41:16, 42:13, 42:17, 42:19, 43:3, 43:8, 43:11, 43:14, 44:2, 44:22, 45:5, 45:7, 45:20, 47:2, 47:10, 47:16, 48:18, 48:22, 49:4, 49:17, 49:20, 50:15, 50:18, 51:13, 51:20, 51:22, 52:15, 52:19, 52:22, 53:15, 53:18, 53:20, 54:1, 54:3, 54:5, 54:8, 54:11, 54:13, 54:17, 54:22, 55:16, 55:18, 56:1, 56:8, 56:11, 56:14, 56:20
**the** [546] - 3:7, 3:13, 3:20, 3:22, 3:25, 4:2, 4:13, 4:16, 4:18, 5:1, 5:2, 5:17, 5:18, 5:19, 5:22, 5:24, 5:25, 6:1, 6:3, 6:5, 6:8, 6:9, 6:11, 6:12, 6:13, 6:14, 6:18, 6:23, 7:1, 7:3, 7:4, 7:6, 7:7, 7:9, 7:10, 7:13, 7:14, 7:18, 7:19, 7:20, 8:1, 8:5, 8:6, 8:9, 8:14, 8:15, 8:17, 8:21, 8:22, 8:24, 8:25, 9:4, 9:11, 9:12, 9:18, 9:22, 9:24, 10:1, 10:4, 10:6, 10:17, 10:21, 10:23, 10:24, 10:25, 11:1, 11:3, 11:6, 11:7, 11:8, 11:9, 11:11, 11:15, 11:16, 11:17, 11:18, 11:23, 11:25, 12:3, 12:4, 12:5, 12:10, 12:15, 12:16, 12:17, 12:20, 12:23, 12:25, 13:3, 13:4, 13:6, 13:10, 13:13, 13:20, 13:25, 14:3, 14:5, 14:6, 14:8, 14:10, 14:13, 14:15, 14:19, 14:23, 14:24, 15:4, 15:5, 15:6, 15:8, 15:11, 15:13, 15:14, 15:16, 15:17, 15:19, 15:25, 16:1, 16:5, 16:11, 16:14, 16:15, 16:17, 16:18, 16:20, 16:22, 17:1, 17:2, 17:3, 17:5, 17:9, 17:11, 17:16, 17:17, 17:18, 17:19, 17:21, 17:22, 18:1, 18:2, 18:4, 18:5, 18:8, 18:9, 18:10, 18:11, 18:12, 18:14, 18:15, 18:17, 18:20, 18:21, 18:22, 18:23, 18:25, 19:1, 19:2, 19:3, 19:6, 19:7, 19:8, 19:12, 19:13, 19:15, 19:16, 19:17, 19:18, 19:20, 19:21, 19:22, 20:2, 20:3, 20:10, 20:16, 20:19, 20:20, 20:25, 21:3, 21:4, 21:11, 21:13, 21:14, 21:17, 21:20, 21:21, 21:22, 21:24, 22:3, 22:5, 22:7,

22:14, 22:23, 23:2, 23:3, 23:4, 23:6, 23:8, 23:9, 23:10, 23:11, 23:25, 24:1, 24:6, 24:7, 24:9, 24:18, 24:19, 24:21, 24:22, 24:24, 25:1, 25:2, 25:3, 25:4, 25:6, 25:9, 25:10, 25:14, 25:17, 25:19, 25:22, 25:25, 26:1, 26:13, 26:19, 26:24, 27:2, 27:4, 27:5, 27:7, 27:9, 27:12, 27:13, 27:15, 27:16, 27:21, 27:22, 28:3, 28:4, 28:10, 28:11, 28:12, 28:13, 28:14, 28:16, 28:17, 28:20, 28:24, 29:1, 29:6, 29:8, 29:22, 30:1, 30:4, 30:7, 30:9, 30:13, 30:15, 30:17, 30:18, 30:21, 30:24, 31:4, 31:5, 31:9, 31:10, 31:13, 31:17, 31:18, 31:20, 31:25, 32:1, 32:2, 32:4, 32:5, 32:9, 32:10, 32:11, 32:12, 32:13, 32:14, 32:15, 32:16, 32:18, 32:20, 32:22, 32:24, 33:1, 33:10, 33:12, 33:16, 33:21, 33:23, 33:25, 34:3, 34:9, 34:13, 34:14, 34:15, 34:18, 34:20, 34:24, 35:1, 35:4, 35:5, 35:7, 35:9, 35:10, 35:11, 35:14, 35:15, 35:16, 35:17, 35:24, 36:1, 36:2, 36:4, 36:10, 36:17, 37:8, 37:9, 37:12, 37:18, 37:24, 37:25, 38:5, 38:10, 38:13, 38:15, 38:16, 38:17, 38:21, 38:22, 39:4, 39:8, 39:13, 39:14, 39:16, 39:17, 39:20, 39:21, 39:22, 40:1, 40:3, 40:4, 40:5, 40:6, 40:7, 40:9, 40:11, 40:12, 40:16, 40:17, 40:18, 40:20, 40:23, 40:24, 40:25, 41:5, 41:6, 41:16, 41:17, 41:18, 41:19, 41:20, 41:21, 41:22, 41:24, 41:25, 42:13, 42:17, 42:20, 42:24, 43:1, 43:2, 43:9, 43:19, 43:23, 43:25, 44:6, 44:8, 44:10, 44:15, 44:17, 44:22, 44:23, 44:24, 44:25, 45:12, 45:14, 45:15, 45:20, 45:23, 46:3, 46:4, 46:13, 46:17, 46:18, 46:21, 46:24, 46:25, 47:2, 47:9, 47:13, 47:22, 47:25, 48:1, 48:2, 48:4, 48:12, 48:14, 48:20, 48:25, 49:3, 49:4, 49:5, 49:6, 49:7, 49:12, 49:13, 49:18, 49:21, 49:23, 50:1, 50:2, 50:10, 50:12, 50:14, 50:16, 50:20, 50:21, 50:22, 50:24, 51:7, 51:15, 51:23, 51:25, 52:3, 52:5, 52:9, 52:12, 52:13, 52:21, 53:3, 53:4, 53:6, 53:7, 53:10, 53:14, 53:21, 53:22, 53:23, 54:18, 54:22, 55:1, 55:2, 55:6, 55:9, 55:10, 55:23, 55:24, 56:1, 56:10, 57:3, 57:3, 57:4

**The** [3] - 1:19, 15:9, 56:23

**their** [10] - 6:23, 12:24, 15:12, 19:25, 20:1, 21:6, 24:12, 30:20, 32:24, 55:9

**them** [36] - 5:15, 7:2, 11:3, 11:10, 11:11, 11:12, 13:1, 14:13, 16:10, 16:16, 18:16, 21:8, 23:19, 24:8, 25:23, 27:17, 28:11, 32:24, 42:14, 42:20, 43:2, 43:4, 43:21, 44:7, 45:14, 48:9, 49:3, 49:9, 50:9, 54:24, 54:25, 56:1, 56:4

**themselves** [2] - 18:10, 19:20

**then** [31] - 8:25, 9:14, 9:20, 10:3, 10:4, 10:14, 10:16, 10:19, 11:4, 11:9, 11:23,

12:24, 14:4, 14:11, 14:12, 16:16, 17:10, 17:22, 19:20, 23:17, 30:20, 31:2, 33:20, 37:4, 38:22, 41:25, 45:14, 45:17, 52:13, 55:22, 55:23

**theory** [1] - 28:21

**there** [46] - 5:15, 5:20, 6:12, 7:1, 7:8, 7:11, 7:16, 8:13, 9:15, 11:9, 11:10, 11:16, 13:2, 17:23, 20:17, 22:2, 23:10, 25:15, 25:16, 25:23, 26:22, 27:24, 33:19, 35:3, 36:23, 40:15, 40:21, 41:9, 42:5, 42:6, 43:20, 44:14, 45:12, 49:10, 49:23, 51:1, 51:3, 51:8, 51:25, 54:21, 56:11

**there's** [26] - 8:3, 8:11, 10:19, 19:3, 19:15, 21:13, 22:1, 22:16, 23:21, 24:21, 25:9, 27:18, 28:8, 31:23, 35:18, 38:3, 38:10, 40:19, 41:8, 41:12, 45:17, 46:14, 51:7, 51:15, 53:11

**therefore** [1] - 30:10

**These** [1] - 49:13

**these** [86] - 8:5, 8:6, 8:7, 8:17, 8:18, 9:5, 9:14, 9:21, 10:7, 10:13, 10:16, 10:21, 11:1, 11:13, 12:14, 12:21, 13:19, 14:3, 14:5, 14:8, 16:12, 16:21, 16:24, 17:6, 17:12, 17:17, 18:19, 18:21, 18:23, 19:2, 19:24, 20:8, 20:20, 20:23, 21:3, 21:11, 21:14, 22:4, 23:20, 24:23, 24:25, 25:1, 25:22, 27:11, 27:13, 27:22, 28:18, 29:7, 29:11, 30:3, 30:16, 30:25, 31:1, 32:20, 32:21, 33:13, 33:24, 34:8, 34:9, 34:10, 34:11, 34:21, 35:16, 35:20, 37:16, 38:2, 38:13, 38:23, 39:2, 41:11, 42:4, 42:11, 42:14, 43:24, 45:19, 46:10, 46:15, 47:25, 50:6, 50:7, 53:8, 54:19, 55:5

**they** [48] - 7:17, 8:1, 12:16, 13:5, 16:25, 18:3, 18:21, 19:11, 20:9, 20:22, 20:23, 20:24, 21:2, 21:10, 23:21, 24:20, 25:12, 26:6, 26:11, 27:4, 27:6, 27:13, 27:23, 28:21, 29:5, 29:13, 37:17, 41:1, 41:3, 41:23, 42:7, 42:8, 42:15, 43:17, 44:18, 45:1, 45:2, 46:9, 47:12, 53:8, 53:10, 53:20, 54:25, 55:4, 55:6

**they're** [15] - 9:6, 11:1, 11:10, 12:20, 21:6, 21:7, 21:10, 28:23, 34:11, 48:1, 48:16, 50:7, 50:25, 51:1, 55:5

**they've** [6] - 6:19, 27:22, 29:7, 42:23, 43:1, 53:7

**thing** [9] - 7:20, 19:23, 27:15, 28:11, 28:13, 38:22, 39:5, 54:17, 56:10

**things** [6] - 15:24, 16:6, 27:22, 38:19, 46:10, 50:7

**think** [28] - 9:20, 13:2, 13:25, 23:25, 32:24, 33:11, 34:19, 34:20, 34:24, 35:15, 36:6, 39:13, 40:19, 44:2, 46:18, 46:20, 49:5, 51:6, 51:7, 51:10, 51:11, 52:3, 53:13, 53:15, 53:21, 55:11, 55:17, 56:14

**thinks** [1] - 10:3

**this** [102] - 3:4, 3:6, 4:10, 4:19, 5:5,

6:15, 7:5, 8:1, 8:5, 8:17, 9:7, 9:8, 9:25, 10:12, 10:18, 11:3, 11:18, 11:19, 13:4, 13:6, 13:17, 14:9, 14:18, 15:5, 15:9, 16:16, 16:21, 16:22, 17:13, 17:14, 17:15, 18:14, 18:23, 19:5, 19:13, 20:18, 20:22, 21:19, 21:21, 21:23, 22:4, 22:10, 23:22, 23:23, 24:10, 26:11, 26:13, 26:14, 26:23, 27:7, 28:7, 28:21, 29:18, 29:21, 30:1, 30:20, 30:23, 30:24, 31:4, 31:7, 31:16, 31:19, 32:11, 33:1, 33:7, 33:17, 33:18, 33:22, 34:7, 35:10, 35:14, 35:17, 35:22, 36:3, 36:7, 36:21, 36:25, 37:9, 38:5, 38:11, 39:1, 39:2, 39:6, 39:7, 40:2, 43:16, 44:13, 44:19, 44:22, 45:11, 45:22, 48:11, 49:13, 49:24, 51:10, 51:11, 52:10, 52:22, 54:5, 54:13

**those** [22] - 15:22, 16:3, 20:1, 20:19, 22:25, 23:8, 25:5, 29:6, 29:19, 33:16, 35:3, 35:12, 36:4, 37:24, 38:18, 44:10, 44:15, 45:7, 48:7, 48:8, 51:4, 52:11

**though** [1] - 44:8

**thought** [2] - 11:20, 14:6

**three** [2] - 16:8, 43:16

**threshold** [2] - 39:20, 40:17

**through** [6] - 29:4, 34:21, 35:25, 36:1, 39:4, 44:19

**throw** [2] - 14:5, 34:23

**time** [17] - 5:4, 5:21, 6:4, 6:12, 12:10, 15:14, 17:19, 17:22, 19:17, 24:24, 25:18, 29:15, 31:4, 50:15, 53:25

**times** [3] - 13:11, 31:24, 56:6

**title** [2] - 17:3, 17:10

**to** [356] - 3:2, 3:5, 3:15, 4:3, 4:11, 4:19, 5:18, 6:5, 6:6, 6:13, 6:15, 6:19, 6:20, 6:24, 7:4, 7:5, 7:6, 7:10, 7:16, 8:1, 8:3, 8:17, 8:19, 8:23, 9:17, 9:18, 10:2, 10:3, 10:12, 10:13, 10:14, 10:20, 11:1, 11:5, 11:7, 11:10, 11:11, 11:12, 12:7, 12:9, 12:14, 12:18, 12:22, 12:24, 13:1, 13:3, 13:5, 13:14, 13:20, 13:21, 13:24, 14:13, 14:14, 14:23, 14:24, 15:3, 15:5, 15:6, 15:10, 15:12, 15:15, 15:17, 15:24, 16:1, 16:5, 16:9, 16:16, 16:21, 16:25, 17:1, 17:3, 17:6, 17:10, 17:17, 17:23, 17:24, 18:2, 18:4, 18:6, 18:7, 18:9, 18:11, 18:12, 18:14, 18:15, 18:17, 18:18, 18:19, 18:24, 19:6, 19:7, 19:13, 19:17, 20:2, 20:9, 20:10, 20:13, 20:15, 20:20, 20:22, 21:6, 21:9, 21:20, 21:23, 21:24, 21:25, 22:12, 22:14, 22:15, 22:18, 23:2, 23:6, 23:11, 23:22, 23:24, 24:1, 24:4, 24:5, 24:6, 24:10, 24:11, 24:15, 24:16, 24:17, 24:18, 24:20, 24:22, 24:23, 25:3, 25:5, 25:12, 25:13, 25:20, 25:23, 25:24, 26:2, 26:5, 26:6, 26:7, 26:11, 26:12, 26:14, 26:16, 26:19, 27:3, 27:8, 27:17, 27:22, 27:23, 28:9, 28:12, 28:21, 28:25, 29:2, 29:3, 29:8, 29:10, 29:24, 30:1, 30:16, 30:18, 30:20, 30:24, 31:9, 31:15, 31:20, 32:17, 32:24, 33:5, 33:11, 33:13,

33:16, 33:19, 33:20, 33:23, 33:24, 33:25, 34:7, 34:8, 34:9, 34:10, 34:11, 34:15, 34:17, 34:18, 34:21, 35:3, 35:7, 35:8, 35:9, 35:10, 35:12, 35:13, 35:14, 35:20, 35:21, 35:24, 36:2, 36:4, 36:7, 36:10, 36:11, 36:15, 36:21, 37:1, 37:6, 37:8, 37:9, 37:10, 37:11, 38:1, 38:11, 38:13, 38:16, 38:19, 38:21, 38:23, 38:25, 39:1, 39:5, 39:13, 39:16, 39:17, 39:21, 39:22, 40:3, 40:4, 40:11, 40:12, 40:23, 41:1, 41:2, 41:5, 41:16, 41:22, 42:2, 42:3, 42:7, 42:11, 42:12, 43:8, 43:11, 43:15, 43:17, 43:20, 43:25, 44:2, 44:3, 44:10, 44:19, 44:20, 44:23, 44:24, 45:1, 45:14, 45:18, 45:20, 45:21, 45:22, 45:25, 46:5, 46:6, 46:7, 46:12, 46:13, 46:14, 46:15, 46:23, 47:1, 47:4, 47:8, 47:10, 47:17, 47:19, 47:21, 48:3, 48:4, 48:15, 48:21, 48:22, 49:8, 49:14, 49:15, 50:5, 50:21, 50:24, 51:3, 51:9, 51:10, 51:14, 51:15, 51:18, 51:24, 51:25, 52:3, 52:4, 52:5, 52:9, 52:10, 52:11, 52:12, 52:13, 52:15, 53:12, 53:13, 53:20, 54:5, 54:17, 54:25, 55:2, 55:3, 55:4, 55:10, 55:13, 55:14, 55:18, 55:22, 56:4, 56:6, 56:11, 57:3

today [6] - 17:14, 20:9, 27:20, 48:15, 51:12, 55:7
together [1] - 11:4
told [9] - 11:8, 13:21, 17:14, 19:6, 26:21, 28:3, 28:22, 50:17, 55:14
too [1] - 44:8
took [4] - 18:1, 22:10, 28:14, 29:1
tortious [1] - 38:16
torts [2] - 37:18, 37:23
towards [1] - 39:12
transaction [1] - 45:22
transactions [2] - 38:14, 39:2
TRANSCRIPT [1] - 1:14
transcript [3] - 1:25, 33:10, 57:3
transcripts [1] - 25:5
transfer [1] - 16:1
transfers [1] - 16:4
trapped [1] - 12:21
trial [1] - 11:21
Trickey [1] - 29:3
tried [4] - 7:5, 20:2, 20:9, 24:11
tries [1] - 12:24
true [4] - 22:13, 40:25, 46:8, 57:3
truly [1] - 50:25
trust [2] - 17:1, 17:7
trusts [1] - 21:3
truth [1] - 40:24
truthful [1] - 51:1
truthfulness [1] - 35:10
try [8] - 10:2, 16:1, 17:10, 23:24, 24:1, 44:18, 52:11
trying [9] - 12:14, 16:16, 24:4, 24:5, 24:6, 38:16, 38:18, 38:23, 55:14
tune [1] - 15:17

turns [1] - 15:14
TV [2] - 9:1
two [11] - 15:19, 15:24, 19:25, 20:3, 20:22, 26:17, 42:3, 45:7, 46:25, 47:25, 49:1
type [2] - 10:7, 33:9
types [3] - 33:24, 34:9, 34:10
typically [1] - 38:24

## U

under [10] - 3:20, 7:7, 17:9, 18:8, 18:12, 18:13, 19:16, 24:18, 25:25, 27:10
underlying [2] - 17:6, 38:15
understand [7] - 9:23, 15:7, 22:16, 32:18, 44:3, 55:23, 56:2
understanding [4] - 25:20, 48:25, 49:15, 57:4
understood [1] - 55:21
undisputed [10] - 15:11, 17:20, 18:14, 18:21, 20:20, 20:21, 22:22, 33:13, 33:14, 40:25
unique [1] - 33:22
United [2] - 2:9, 57:2
UNITED [2] - 1:1, 1:15
unlawful [3] - 55:5, 55:6, 55:7
unlawfully [4] - 14:10, 24:20, 25:12, 46:8
unless [2] - 49:10, 52:15
unpack [1] - 36:10
until [5] - 26:20, 36:5, 37:25, 52:13
up [14] - 7:24, 13:7, 15:25, 17:25, 18:6, 19:18, 22:24, 23:25, 24:1, 33:17, 38:4, 38:7, 38:8, 42:23
upon [2] - 51:9, 51:10
us [6] - 16:5, 18:18, 35:18, 44:20, 53:2, 55:22
use [22] - 10:6, 13:7, 14:13, 18:21, 18:23, 18:25, 20:3, 21:20, 24:7, 31:21, 33:24, 34:4, 34:5, 34:9, 38:13, 49:14, 53:6, 55:1, 55:3, 55:4, 56:6, 56:9
used [9] - 12:5, 12:9, 13:20, 14:15, 30:10, 31:19, 31:20, 51:4
useless [1] - 17:6
uses [2] - 13:19, 30:3
using [7] - 13:22, 14:8, 17:7, 28:11, 31:22, 32:24, 45:17

## V

various [2] - 37:18, 37:23
veracity [1] - 27:13
verify [1] - 49:15
versus [3] - 3:3, 26:1
very [26] - 3:19, 4:25, 5:4, 8:16, 8:25, 15:1, 15:6, 19:22, 23:9, 25:22, 32:23, 35:15, 36:2, 37:16, 38:14, 38:25, 39:4, 43:20, 44:9, 45:21, 46:3, 46:16, 49:12, 51:22, 56:14, 56:21

via [1] - 1:25
view [2] - 40:16, 53:22
violated [1] - 14:13
violation [3] - 14:11, 22:2, 35:19
violations [1] - 37:23
voice [2] - 5:25, 28:15
VS [2] - 1:5, 1:11

## W

Wait [1] - 7:21
wait [6] - 4:12, 9:7, 11:20, 11:25, 41:10
waited [1] - 53:5
waived [2] - 12:17, 20:1
waiver [2] - 12:19, 33:15
walked [2] - 33:20, 53:14
walks [1] - 12:23
Wallis [1] - 1:23
want [18] - 8:21, 12:19, 28:21, 30:24, 34:11, 36:10, 37:1, 37:11, 40:3, 43:20, 44:20, 46:2, 47:10, 48:21, 54:18, 55:18, 55:21
wanted [6] - 17:24, 18:6, 37:8, 46:23, 47:1, 51:18
wants [2] - 35:12, 56:3
warned [1] - 13:24
was [103] - 4:10, 5:12, 5:15, 5:18, 5:20, 5:22, 6:1, 6:2, 6:12, 7:8, 7:11, 7:13, 7:15, 7:16, 7:18, 8:13, 11:5, 11:16, 12:10, 13:4, 13:16, 15:15, 16:20, 17:23, 18:2, 18:4, 18:11, 18:14, 18:24, 19:7, 19:16, 19:17, 19:21, 20:3, 20:5, 20:16, 20:17, 21:2, 21:5, 21:17, 21:22, 21:23, 23:2, 23:10, 23:12, 25:3, 26:15, 26:24, 26:25, 27:24, 27:25, 28:20, 29:10, 29:21, 30:9, 30:18, 33:12, 33:21, 35:5, 35:6, 39:20, 40:9, 40:10, 42:5, 42:6, 42:8, 43:9, 45:12, 45:25, 46:7, 46:12, 46:13, 46:19, 46:20, 47:13, 48:8, 49:7, 49:8, 49:9, 49:10, 49:11, 49:14, 49:17, 49:20, 49:21, 49:23, 49:24, 51:1, 51:3, 51:8, 51:9, 51:10, 55:21
wash [1] - 11:11
wasn't [6] - 8:14, 12:8, 21:17, 35:3, 53:17, 55:20
watch [1] - 34:7
waterfall [1] - 40:19
way [13] - 4:19, 14:1, 14:4, 25:9, 33:22, 37:24, 39:17, 44:24, 46:13, 52:9, 52:13, 53:7, 55:10
WAYNE [1] - 2:5
Wayne [4] - 3:5, 4:22, 52:21, 52:25
we [52] - 3:2, 3:8, 4:18, 5:21, 5:25, 6:25, 7:1, 8:8, 9:15, 10:21, 11:20, 11:25, 15:19, 16:8, 22:13, 22:24, 23:7, 23:8, 24:20, 27:15, 28:22, 28:25, 29:5, 29:8, 29:9, 29:11, 32:18, 33:23, 34:8, 34:17, 34:19, 35:7, 35:24, 37:16, 41:21, 42:4, 44:19, 44:20, 45:7, 45:15, 46:11, 47:5, 48:9, 50:20, 52:20, 53:2, 54:7,

54:9, 54:13, 55:8, 56:17

**we're** [7] - 20:8, 35:25, 37:10, 39:1, 46:18, 48:10, 55:17

**we've** [7] - 6:7, 10:20, 10:23, 22:9, 25:23, 26:1, 36:22

**website** [2] - 9:2, 48:12

**week** [2] - 4:11, 30:22

**weeks** [2] - 48:8, 48:13

**weigh** [1] - 37:10

**weird** [1] - 21:3

**well** [19] - 5:2, 15:25, 16:3, 20:7, 23:8, 25:4, 25:7, 25:25, 26:10, 32:18, 33:21, 40:3, 41:5, 45:8, 48:1, 48:3, 52:8, 54:22

**well-respected** [1] - 25:7

**went** [4] - 6:15, 7:6, 28:2, 30:16

**were** [44] - 5:16, 7:11, 10:18, 11:20, 11:25, 15:24, 16:9, 18:3, 20:19, 21:2, 22:14, 23:21, 24:19, 24:20, 24:25, 25:1, 25:6, 25:10, 25:12, 26:6, 35:15, 37:24, 38:20, 40:23, 41:1, 41:3, 41:11, 41:14, 41:18, 42:5, 42:11, 42:12, 42:15, 44:25, 46:4, 46:9, 46:15, 47:13, 48:2, 50:6, 56:23

**weren't** [3] - 41:23, 45:1, 45:2

**West** [1] - 2:2

**what** [66] - 5:4, 5:21, 5:25, 6:2, 6:24, 7:17, 8:18, 9:13, 9:16, 9:23, 10:1, 10:10, 11:11, 14:14, 14:18, 15:5, 17:13, 18:9, 18:16, 19:6, 21:2, 24:15, 27:6, 27:24, 28:23, 29:9, 29:11, 29:12, 32:10, 32:19, 34:23, 35:11, 35:12, 36:21, 39:16, 39:20, 40:3, 40:4, 40:16, 41:10, 43:12, 43:19, 44:12, 44:24, 45:25, 47:9, 47:10, 48:5, 51:2, 51:4, 51:11, 53:3, 53:20, 53:21, 53:22, 54:18, 54:21, 55:11, 56:2, 56:15

**What** [1] - 29:16

**what's** [4] - 15:7, 19:5, 23:9, 37:9

**whatever** [1] - 30:6

**whatsoever** [1] - 22:2

**when** [19] - 8:8, 10:16, 23:11, 27:24, 28:2, 28:21, 28:25, 35:4, 41:20, 46:1, 46:10, 48:9, 48:12, 50:13, 51:4, 53:10, 53:22, 54:2, 55:9

**When** [1] - 7:6

**where** [17] - 8:10, 11:12, 12:13, 14:18, 24:24, 25:1, 25:16, 25:24, 27:25, 29:2, 29:10, 35:5, 35:15, 47:2, 47:25, 48:10, 49:8

**whereas** [1] - 10:6

**whether** [11] - 21:5, 23:20, 30:7, 43:9, 44:25, 45:1, 46:4, 46:9, 51:25, 52:11, 52:12

**which** [24] - 6:17, 12:21, 15:21, 15:23, 16:6, 18:13, 18:15, 19:4, 19:6, 22:8, 34:16, 34:17, 34:19, 34:25, 40:1, 42:1, 44:21, 46:12, 46:19, 46:20, 47:22, 47:23, 49:6, 55:1

**while** [2] - 14:22, 17:23

**whistle** [5] - 15:20, 16:5, 16:7, 37:19,

37:25

**whistle-blower** [1] - 16:5

**whistle-blowers** [4] - 15:20, 16:7, 37:19, 37:25

**white** [2] - 7:23, 28:2

**white-faced** [1] - 7:23

**who** [28] - 3:20, 4:7, 4:15, 7:3, 7:15, 7:22, 11:6, 16:12, 16:15, 16:20, 17:3, 18:4, 21:7, 21:11, 24:13, 25:6, 25:7, 26:13, 29:22, 30:14, 32:15, 36:14, 36:20, 37:20, 38:20, 40:9, 48:5, 51:9

**who's** [1] - 16:19

**whole** [10] - 22:7, 27:9, 33:10, 33:23, 34:20, 35:24, 38:3, 40:19, 43:24, 44:15

**whom** [2] - 3:21, 34:16

**whose** [2] - 20:5, 49:2

**why** [11] - 11:15, 16:24, 17:12, 18:1, 18:9, 21:1, 21:25, 22:19, 29:18, 38:10, 51:6

**Why** [1] - 22:19

**wild** [2] - 14:5

**will** [7] - 14:19, 14:20, 34:7, 36:6, 47:2, 55:14, 56:15

**wire** [1] - 22:2

**wiretap** [3] - 17:16, 35:19, 49:11

**wisely** [1] - 36:15

**with** [74] - 5:13, 5:22, 6:4, 7:13, 7:22, 9:11, 9:12, 10:24, 11:23, 12:6, 12:7, 12:15, 12:16, 12:23, 13:8, 14:3, 16:21, 16:22, 18:13, 18:16, 19:22, 21:3, 23:2, 23:3, 24:10, 25:24, 26:14, 27:17, 27:19, 27:20, 29:16, 29:18, 30:23, 31:2, 31:4, 31:25, 32:1, 32:16, 32:18, 33:11, 33:13, 33:16, 34:1, 34:8, 34:18, 35:2, 35:4, 35:8, 35:9, 35:14, 35:16, 35:19, 36:7, 36:19, 36:21, 38:16, 38:17, 38:18, 39:2, 39:14, 41:16, 41:17, 43:20, 44:10, 44:15, 45:7, 46:2, 46:6, 48:4, 49:11, 50:21, 51:3, 52:8, 53:11

**without** [3] - 39:18, 43:2, 52:4

**witness** [6] - 34:15, 43:24, 44:1, 44:11, 45:9

**witnesses** [1] - 38:12

**won't** [3] - 7:24, 22:7, 55:4

**word** [3] - 55:12, 55:19, 55:20

**work** [1] - 51:23

**worked** [2] - 5:11

**working** [2] - 17:23, 27:17

**worry** [1] - 27:4

**worse** [1] - 3:16

**would** [18] - 21:15, 25:7, 31:17, 32:23, 38:24, 39:13, 41:8, 44:15, 44:19, 47:9, 50:5, 50:22, 50:24, 52:11, 54:2, 55:13, 55:23, 56:8

**wouldn't** [3] - 41:5, 49:11, 49:16

**write** [1] - 27:18

**wrong** [4] - 30:13, 30:21, 45:24, 55:11

**wrote** [2] - 27:16, 30:21

**Wyatt** [53] - 5:11, 5:18, 5:20, 6:11, 6:13, 6:15, 6:17, 6:18, 6:22, 7:4, 7:10,

11:6, 15:20, 16:7, 17:17, 17:23, 18:11, 19:13, 19:16, 19:21, 20:2, 20:4, 20:21, 20:23, 21:23, 22:19, 22:20, 22:21, 23:2, 23:18, 23:19, 24:11, 25:2, 26:23, 27:3, 27:13, 27:16, 28:13, 29:1, 29:9, 29:10, 33:11, 35:4, 40:12, 42:6, 45:12, 46:12, 50:23, 50:24, 51:3, 51:8

**Wyatt's** [7] - 11:8, 22:9, 22:13, 22:22, 34:19, 45:9, 47:22

## Y

**Yale** [14] - 7:20, 13:17, 13:20, 14:1, 14:3, 15:11, 15:16, 17:2, 17:4, 17:8, 21:7, 21:9, 45:22

**yeah** [3] - 8:10, 49:19, 54:24

**year** [3] - 7:13, 22:10, 27:23

**years** [8] - 16:20, 19:25, 20:3, 20:22, 23:22, 34:14, 37:24, 42:3

**yes** [37] - 3:18, 4:5, 5:7, 10:10, 11:22, 14:17, 14:20, 19:9, 23:13, 24:22, 25:6, 25:20, 26:17, 31:9, 31:22, 32:4, 32:8, 33:4, 36:12, 37:5, 37:14, 39:25, 41:7, 43:14, 47:24, 48:24, 52:14, 52:19, 52:24, 53:19, 53:24, 54:11, 56:6, 56:12, 56:13

**yesterday** [1] - 35:21

**yet** [3] - 44:14, 44:15, 51:24

**you** [118] - 3:5, 3:13, 3:14, 3:17, 3:24, 4:3, 4:6, 4:7, 4:15, 5:3, 7:19, 7:21, 8:21, 8:24, 10:6, 11:15, 13:1, 13:2, 13:7, 14:10, 14:13, 14:20, 15:1, 16:11, 16:20, 19:2, 19:10, 22:5, 23:3, 24:15, 25:23, 25:25, 26:21, 27:17, 27:25, 28:3, 28:15, 28:18, 28:19, 28:22, 29:2, 29:10, 30:23, 30:24, 31:6, 32:9, 33:10, 33:11, 34:4, 34:8, 34:11, 34:21, 34:23, 34:24, 35:2, 35:15, 35:25, 37:4, 37:6, 37:9, 37:11, 37:24, 38:9, 38:19, 38:22, 39:10, 39:11, 40:1, 41:20, 41:25, 43:20, 43:23, 44:20, 44:21, 45:14, 46:4, 47:4, 47:6, 47:18, 48:12, 48:15, 48:16, 48:21, 49:6, 49:24, 50:4, 50:20, 50:23, 51:3, 51:21, 52:17, 52:20, 53:13, 53:18, 53:21, 53:23, 54:2, 54:4, 54:6, 54:12, 54:15, 54:16, 54:18, 54:24, 55:16, 55:18, 55:21, 56:8, 56:14, 56:15, 56:17, 56:21, 56:22

**You** [1] - 12:18

**you'll** [2] - 23:17, 54:20

**You're** [2] - 38:8, 55:2

**you're** [14] - 10:8, 11:25, 14:22, 32:6, 34:21, 35:7, 37:21, 38:7, 51:19, 53:11, 53:12, 53:15, 55:2, 56:18

**you've** [5] - 19:6, 23:2, 33:8, 35:25, 46:10

**Your** [36] - 3:4, 3:6, 3:18, 4:5, 5:8, 14:17, 15:1, 15:2, 16:12, 19:9, 20:4, 20:12, 23:14, 33:3, 33:24, 34:6, 36:24, 37:6, 37:14, 39:24, 40:18, 41:4, 41:9, 48:7, 50:17, 52:14, 52:17, 52:18, 54:12,

54:15, 54:16, 55:8, 55:13, 56:13, 56:17, 56:22

**your** [11] - 3:14, 4:14, 13:25, 40:16, 41:2, 47:8, 52:5, 53:12, 53:21, 54:19

**yourself** [2] - 4:3, 53:15

## Z

**Zoom** [1] - 51:15