EXHIBIT

_____2_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| LLOYD KELLEY | § | |
|     **Plaintiff** | § | |
| | § | |
| vs. | § | |
| | § | **CIVIL ACTION NO. H-4:22-cv-2175** |
| JOE SAENZ, JOSEPH C. HIBBARD, | § | |
| JOHN BRANNON, WAYNE DOLCEFINO, | § | |
| CHRISTOPHER RAMEY, SCOTT | § | |
| BREITENWISCHER, MARC SHERRIN, | § | |
| AND SALVADOR BALLESTEROS | § | |
|     **Defendants** | § | |

<u>**DECLARATION PURSUANT TO C.P.R.C. 132.001, T.R.C.P. 93, 28 U.S.C. 1746, F.R.C.P. 56, etc.**</u>

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF AUSTIN | § |

My name is Christopher B. Ramey, my date of birth is XX-XX-XXXX, and my address is 215 S. 4th Street, Wallis, Texas 77485. I am a named Defendant in the above styled case and I am over the age of 18 years, of sound mind and otherwise competent to make this Declaration, and have never been convicted of a felony or a crime of moral turpitude.

Prior to July 15, 2021, I prepared and filed a Memorandum of Law Confirming legality of Wyatt Audio in relevant Steadfast cases. The Memorandum of Law Confirming Admissibility of Wyatt Audio ("Wyatt Memorandum") contained supporting research and exhibits including the Declarations of Chris Wyatt.

Per the Wyatt Memorandum, and the Declarations of Chris Wyatt, Chris Wyatt was asked by Ali Choudhri ("Choudhri") to record the audio recordings at issue in this case and was present with Choudhri and Plaintiff Lloyd Kelley ("Kelley") when the audio recordings took place. No other audio recordings are being complained about by Plaintiff aside from the audio recordings at issue in this case, which were recorded by a party to the conversation and by consent of a party to the conversation. Upon receipt of this information by Chris Wyatt and prior to using the audio recordings in any judicial proceeding, I determined that there was no credible evidence that any of the audio recordings at issue in this case violated the Federal or Texas Wiretap Acts or any other law, and that the clear and convincing evidence proved that they were legally made and used.

1

Based on credible evidence, I had no reason to believe that the audio recordings at issue in this case were illegally intercepted, or that their use might violate the Federal or Texas Wiretap Acts.

I have reviewed Defendants Christopher Ramey and Scott Breitenwischer's SUPPLEMENTAL MOTIONS FOR SUMMARY JUDGMENT AND TO DISMISS FOR LACK OF JURISDICTION to which this declaration is attached, and the recitation of facts contained and cited therein, which are required to be verified under the Rules of Civil Procedure and otherwise, and are all true and correct, based upon my personal knowledge; copies of any and all Exhibits attached are true and correct copies of the originals received by my office in the course of litigation and discovery, most if not all of which were also filed of record in underlying litigation by various parties and have been of public record for years.

I declare under penalty of perjury under the laws of the United States of America and the State referenced above that the foregoing is true and correct.

Executed in Austin County, State of Texas, on this the 5th day of June, 2025.

_____
CHRISTOPHER B. RAMEY

2