United States District Court
Southern District of Texas
**ENTERED**
September 12, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LLOYD E. KELLEY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-22-2168 |
| RINGO LANZETTI, et al., | § § § | |
| Defendants. | § § | |

**ORDER**

On August 4, 2025, defendants Ringo Lanzetti, Richard Metler, Riley Uglum, Dale Pilgeram, Stephen Zupanc, and Edwin A. Mead filed a motion to dismiss under FRCP 12(b)(1), (5), and (6). (Docket Entry No. 47.) Despite expiration of a reasonable period of time of thirty-seven or more days, plaintiff has not filed a response to the motion.

Plaintiff is **WARNED** that if he fails to file a response to the motion to dismiss within **FIVE DAYS** from date of this order, this lawsuit will be dismissed for failure to prosecute.

Signed at Houston, Texas, on this the 12th day of September, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE