United States District Court
Southern District of Texas
**ENTERED**
April 09, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LLOYD E. KELLEY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-22-2168 |
| | § | |
| RINGO LANZETTI, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Plaintiff is **ORDERED** to file an expedited response to Defendants' motion for an extension of time (Docket Entry No. 52) within **TEN DAYS** from date of this order.

Signed at Houston, Texas, on this the 8th day of April, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE