United States District Court
Southern District of Texas
**ENTERED**
April 29, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LLOYD E. KELLEY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-22-2168 |
| | § | |
| RINGO LANZETTI, *et al*., | § | |
| | § | |
| *Defendants*. | § | |

# ORDER

Plaintiff filed a response to Defendants' pending motion for an extension of time to undertake discovery. (Docket Entry No. 54.) Plaintiff alleges, upon information and belief, that one of the defendants, Dale Pilgeram, may have passed away over a year and a half ago. Plaintiff claims that counsel for Defendants ignored his informal requests as to Pilgeram's status, and suggests that counsel is intentionally delaying notifying the Court of the death in order to delay disposition of the lawsuit. It does not appear that Plaintiff has undertaken any written discovery as to Pilgeram's status, and a suggestion of death or motion to substitute party has not been filed by any party.

Counsel for Defendants is **ORDERED** to file an expedited reply to Plaintiff's response within **FIVE DAYS** from date of this order, specifically addressing Plaintiff's following allegations: (1) defendant Dale Pilgeram is deceased; (2) he was deceased at the time counsel Rodney Drinnon filed a motion to dismiss on behalf of Pilgeram on August 4, 2025; (3) counsel Rodney Drinnon had no legal authority to file a motion to dismiss on

behalf of Pilgeram on August 4, 2025; and (4) counsel Rodney Drinnon has no legal authority at this time to represent Pilgeram in this lawsuit.[1] If Pilgeram is deceased, counsel for Defendants must also explain to the Court why he has failed to notify Plaintiff or the Court of his client's death.

Defendants' motion for an extension of time to complete discovery (Docket Entry No. 52) remains under the Court's advisement.

Signed at Houston, Texas, on this the 24th day of April, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

[1]Plaintiff requested service on Pilgeram in Arnold, California. (Docket Entry No. 4-2, p. 1.) The Court takes judicial notice of an online obituary for an individual named Dale Pilgeram, stating that he passed away on May 1, 2024, and referencing his home in Arnold, California. *See* https://www.legacy.com/us/obituaries/morganhilltimes/name/dale-pilgeram-obituary?id=58485190 (last visited on April 21, 2026).