EXHIBIT
A

# McCATHERN
## HOUSTON

RODNEY L. DRINNON
MANAGING PARTNER
rdrinnon@mccathernlaw.com

May 14, 2025

Dale Pilgeram
pilgeram@sbcglobal.net

***Via Email***

Re: Status Update re *Lloyd E. Kelley v. Ringo Lanzetti, Riley Uglum, Dale Pilgeram, Edwin Meade, and Stephen Zupanc*; Cause No. 4:22-cv-02168; In the U.S. District Court Southern District of Texas, Houston Division.

Mr. Pilgeram,

As you may be aware, Christopher Ramey of the RB Legal Group, PLLC, withdrew as counsel for you individually on July 11, 2024 in the above referenced case. Unbeknownst to me, McCathern Houston was substituted in, and a signed order from the Court was issued on July 24, 2024 (see attached). We were not made aware that Mr. Ramey was making this representation.

As of the date of this letter, a Scheduling Conference was held with Mr. Kelley and Judge Keith P. Ellison to determine the proceedings of this case. To briefly update you, Mr. Kelley will be amending his complaint within the next thirty (30) days, and we will be following that with a Motion to Dismiss along with a Motion for Summary Judgment within the following thirty (30) days.

McCathern Houston will continue representation of you up until the date of these filings, however, due to an ongoing arbitration pending against 829 Yale Holdings, Inc. d/b/a Steadfast 829 Yale Holdings, Inc. (the "Steadfast Entity") for non-payment, we must withdraw from our representation of you. McCathern Houston will move to withdraw as counsel for you and respectfully asks if you would be opposed or unopposed to this action.

We understand the inconvenience this may cause you and are available should you wish to discuss this matter further. Please respond at your earliest convenience. I may be reached at 832-533-8689 or rdrinnon@mccathernlaw.com.

Sincerely,

Rodney Drinnon

Enclosure
RLD;sn

United States District Court
Southern District of Texas
**ENTERED**
July 24, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LLOYD E. KELLEY, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-22-2168 |
| | § | |
| RINGO LANZETTI, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

# ORDER

Pending before the Court is a motion to withdraw and substitute filed by movants Christopher Ramey, Ramey Legal Group, PLLC, and RB Legal Group, PLLC. (Docket Entry No. 41). Movants move to withdraw as counsel of record for Richard R. Metler, Ringo Lanzetti, Riley Uglum, Dale Pilgeram, Stephen K. Zupanc, and Edwin A. Mead ("Defendants"), and to substitute Rodney Drinnon, McCathern Houston, as counsel of record for Defendants. Movants represent to the Court that Rodney Drinnon, McCathern Houston, has agreed to the form and substance of the motion.

The motion is **GRANTED**. Christopher Ramey, Ramey Legal Group, PLLC, and RB Legal Group, PLLC are **ORDERED WITHDRAWN** as counsel of record for Defendants, and Rodney Drinnon, McCathern Houston, is **ORDERED SUBSTITUTED** in their place and stead as counsel of record for Defendants.

Signed at Houston, Texas, on this the 24th day of July, 2024.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE