EXHIBIT

B

exhibitsticker.com

**From:** Rodney Drinnon
**To:** Lloyd Kelley
**Subject:** RE: 4:22-cv-02168; Kelley v Lanzetti
**Date:** Monday, October 6, 2025 4:48:21 PM

Actually no. Getting a back to a few more.

Rod

**Rodney Drinnon**
Managing Partner
McCathern
2000 West Loop South, Suite 1850
Houston, TX 77027

P 832.533.8689 | F 832.213.4842
rdrinnon@mccathernlaw.com
www.mccathernlaw.com

*This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify McCathern immediately by telephone 832-533-8689 and destroy the original message. Messages sent to and from us may be monitored.*

*Please consider the environment before printing this email.*

**From:** Lloyd Kelley <kelley@lloydekelley.com>
**Sent:** Monday, October 6, 2025 3:05 PM
**To:** Rodney Drinnon <rdrinnon@mccathernlaw.com>
**Subject:** 4:22-cv-02168; Kelley v Lanzetti

**EXTERNAL EMAIL CAUTION!**
**This email originated from outside of the organization.**

Mr. Drinnon,

I have not received an offer to my proposal. I should assume it is rejected correct?

Lloyd E. Kelley
The Kelley Law Firm
2726 Bissonnet Ste 240 PMB 12
Houston, Texas 77005
P: 281-492-7766
F: 281-652-5973
Kelley@lloydekelley.com