United States District Court
Southern District of Texas
**ENTERED**
October 07, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LLOYD E. KELLEY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-22-2168 |
| | § | |
| RINGO LANZETTI, *et al*., | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Defendants' motion to extend the discovery deadline (ECF No. 52) is **DISMISSED AS MOOT**.

The Agreed Scheduling/Docket Control Order (ECF No. 46-1) is **ORDERED AMENDED** as follows. All other deadlines remain in effect.

4. DISCOVERY must be completed by: 12/7/26

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS (except motions in limine) will be filed by: 1/8/27

6. JOINT PRETRIAL ORDER and MOTIONS IN LIMINE will be filed by (Due the Monday before trial): 3/8/27

7. TRIAL will begin at 9:00 a.m. Monday, March 15, 2027

**NO FURTHER EXTENSIONS OF THESE DEADLINES WILL BE GRANTED.**

Signed at Houston, Texas, on this the 7th day of October, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE